1: CV00-1520

RECEIVED SCRANTON AUG 2 4 2000 DEPUTY CLERK

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District _Middle_ |
|---|---|

| Name _Steven L. Romansky_ | Prisoner No. _AY-8324_ | Case No. |
|---|---|---|

Place of Confinement _SCI-Greene 175 Progress Drive, Waynesburg, PA 15370-8090_

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| _Steven L. Romansky_ | V. _Conner Blaine, Jr. et al_ |

The Attorney General of the State of: 

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _Common Pleas Wayne County Courthouse; 925 Court Street Honesdale, PA 18431_

2. Date of judgment of conviction _September 17, 1986_

3. Length of sentence _Four to Ten years_

4. Nature of offense involved (all counts) _Reckless Burning or Exploding; Causing or Risking Catastrophe and Tampering with Evidence._

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

**FILED SCRANTON AUG 25 2000** PER ____ DEPUTY CLERK

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _Superior_

   (b) Result _Affirmed_

   (c) Date of result and citation, if known _November 24, 1987 No. 00706 PHL87_

   (d) Grounds raised _Hypothetical Question; Hearsay; Prejudicial Testimony; Prejudicial Exposure; Meiser; Excessive Sentence; Reason For Sentence_

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _Common Pleas Wayne County_

    (2) Nature of proceeding _Post-Conviction_

    (3) Grounds raised _Ineffective Assistance - Failure To Raise Suppression Issue under Wiretap Act; Fourth Amendment_

(3)

AO 241 (Rev. 5/85)

_Violation and Failure To Investigate; Perjury of Commonwealth's Arresting Officer._

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _Dismissed_

(6) Date of result _April 28, 1999_

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___

(2) Nature of proceeding ___

(3) Grounds raised ___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result ___

(6) Date of result ___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Commonwealth's Use Of False Testimony And Concealment Of Impeachment Evidence

Supporting FACTS (state *briefly* without citing cases or law) Deputy Attorney General, Gregory B. Abeln Allowed Arresting Officer Special Agent Russell W. Thomas To Conceal Impeachment Evidence And Commit Perjury On The Witness Stand.

B. Ground two: Ineffectiveness Of Counsel: Failure To Suppress Recordings Made In Violation Of Pa. Wiretap Act.

Supporting FACTS (state *briefly* without citing cases or law): Counsel Was Ineffective When He Failed To File A Motion To Suppress Tape Recordings Made In Violation Of Pa. Wiretap Act. Voluntary Consent Was Not Ascertain By Deputy Attorney General As Required By Act.

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing     *Randolph T. Borden*

    (b) At arraignment and plea    *Randolph T. Borden*

(6)

AO 241 (Rev. 5/85)

(c) At trial _Randolph T. Borden_

(d) At sentencing _Randolph T. Borden_

(e) On appeal _Randolph T. Borden_

(f) In any post-conviction proceeding _Pro Se_

(g) On appeal from any adverse ruling in a post-conviction proceeding _Pro Se_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒   No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: _Common Pleas of Monroe County, Stroudsburg PA 18360_
    (b) Give date and length of the above sentence: _November 10, 1986   Three To Six Years_
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
_August 23, 2000_
        (date)

_Steve Romansky_
Signature of Petitioner

(7)

AO 241 (Rev. 5/85)



RECEIVED SCRANTON
8-25-0(

AUG 2 4 2000

PER _____

DEPUTY CLERK

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

