Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
November 29, 2000

Clerk's Office, U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA
DEC 4 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Romansky v. Blaine, 1:00-cv-01520 (Judge, Sylvia H. Rambo)

Dear Clerk:

I'm writing to ascertain the current status of my habeas corpus. On August 23, 2000, I mailed my petition for writ of habeas corpus and on September 25, 2000, I mailed my memorandum in support of habeas corpus. However, I have not received any reply from the court or the Commonwealth. Could you please inform me of the current status of my habeas corpus. Thank you for your attention and cooperation.

Very truly yours,
Steve Romansky