

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

*(570) 207-5600  FAX (570) 207-5650*
*e-mail address: www.pamd.uscourts.gov*

*Divisional Offices*

*Harrisburg:*    *(717) 221-3920*
*Williamsport:*  *(570) 323-6380*

January 11, 2001

FILED
SCRANTON

JAN 1 2 2001

PER _____
DEPUTY CLERK

Mr. Steve Romansky
AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090

Re:  <u>Romansky v. Blaine</u>, Civil No. 1:CV-00-1520
     (Judge Rambo)

Dear Mr. Romansky:

   I am writing in response to your recent letter
regarding the above-referenced action.  Please be advised that
your petition is presently under consideration by the court.

   Sincerely,

   Diana L. Belisario, Esquire
   Pro Se Law Clerk

DLB:laf