**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices
Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380



June 25, 2001

Mr. Steve Romansky
AY-8324
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-8090

**FILED**
**SCRANTON**
**JUN 27 2001**
PER _____
DEPUTY CLERK

Re:    Romansky v. Blaine, Civil No. 3:CV-00-1520
       (Judge Rambo)

Dear Mr. Romansky:

   I am writing in response to your recent letter to the Clerk of Court regarding the case referenced above. Please be advised that court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

   Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.

Sincerely,

Angela Pitts, Esquire
Pro Se Law Clerk

AP:laf