FILED
SCRANTON
JUL 05 2001

COPY ⑬

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,           :
                              :
         Petitioner           :
                              :
    v.                        :   CIVIL NO. 3:CV-00-1520
                              :
CONNER BLAINE, JR.,           :   (Judge Rambo)
                              :
         Respondent           :

## NOTICE OF ELECTION

I, Steven Romansky, petitioner in the above-captioned action, have read the Order of Court which accompanied this form notice. Pursuant to that order, I elect to proceed in this action as follows:

_____    Option 1. - The Court should rule on my case as filed.

_____    Option 2. - Recharacterize and treat my case as a proceeding under 28 U.S.C. §2254. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit.

_____    Option 3. - I wish to withdraw my petition which was filed under 28 U.S.C. §2254 and file one all-inclusive petition; that is one that raises all the grounds I have. I realize this all-inclusive petition must be filed within the one year period as defined by 28 U.S.C. §2244(d).

Date: _____      _____
                                 Steven Romansky
                                 Petitioner

I, Steven Romansky, petitioner in the above-captioned action have read the Order of Court which accompanied this form notice and do not understand it for the following reasons:

1. I do not understand my options because I only filed one 28 U.S.C. section 2254.

2. I do not understand how _United States v. Miller_, 197 F.3d 644 (3d Cir. 1999) applies because Miller filed two post-conviction motions with the District Court. Id. at 647. I on the other hand only filed one.

3. I do not understand how I could file one all-inclusive petition if I only filed one in the first place.

Please clarify order dated May 29, 2001, and state why these options apply to me if I only filed one petition.

Dated: June 29, 2001                    _Steven Romansky_