IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,

    Petitioner

v.                          CIVIL NO. 3:CV-00-1520

CONNER BLAINE, JR.,      (Judge Rambo)

    Respondent

**FILED**
HARRISBURG, PA
AUG 06 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

NOW, THIS 6th DAY OF AUGUST, 2001, in accordance with Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts, IT IS HEREBY ORDERED THAT Respondent, within twenty (20) days of the date of this order, shall furnish a complete copy of the transcript of petitioner's trial to the court. The transcript shall include the trial court's ruling on Romansky's motion to suppress as well as the tape recordings of the alleged admissions by petitioner.

                                          _____
                                          Sylvia H. Rambo
                                          United States District Judge

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                        August 6, 2001


Re:  1:00-cv-01520    Romansky v. Blaine



True and correct copies of the attached were mailed by the clerk
to the following:


     Steven L. Romansky
     SCI-GREENE
     AY-8324
     1030 East Roy Furman Highway
     Waynesburg, PA  15370-8089

     Andrea F. McKenna, Esq.
     Office of the Attorney General
     Strawberry Sq.
     16th Floor
     Harrisburg, PA  17120    Fax No.: 717-787-6346




cc:
Judge                        (X )         (X ) Pro Se Law Clerk
Magistrate Judge             (  )         (  ) INS
U.S. Marshal                 (  )         (  ) Jury Clerk
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  )   with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5          (  )
Order to Show Cause          (  )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen  (  )    PA Atty Gen (  )
                                         DA of County (  )    Respondents (  )
Bankruptcy Court             (  )
Other_____ (  )
                                              MARY E. D'ANDREA, Clerk
```

DATE: August 6th, 2001                             BY: _____
                                                        Deputy Clerk