JUDGE'S COPY

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
August 17, 2001

Gary Hollinger, Chief Deputy
Clerk of Court
United States District Court
for the Middle District of Pennsylvania
Federal Building 10th Floor
Harrisburg, PA 17120

FILED
HARRISBURG, PA
AUG 23 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Romansky v. Blaine, 1:CV-00-1520

Dear Mr. Hollinger:

In light of the fact that Romansky has never had the opprtunity to listen to the four (4) cassette tapes and they are indeed Brady material that has been withheld from Romansky for more than fifteen (15) years and contain exculpatory evidence pertaining to all three of Romansky's trials, it is respectfully requested that Romansky be provided with copies of the four (4) cassette tapes so that he can meet the sixty (60) day rule for filling a PCRA under newly discovered evidence. Thank you for your attention and cooperation.

Very truly yours,

Steve Romansky