IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,  :
:
    Petitioner  :
:
v.  :  CIVIL NO. 3:CV-00-1520
:
CONNER BLAINE, JR.,  :  (Judge Rambo)
:
    Respondent  :

FILED
HARRISBURG, PA
AUG 24 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

For the reasons set forth in the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas is denied.

2. The Clerk of Court is directed to close this case.

3. There is no basis for the issuance of a certificate of appealability.

                                              _____
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: August 24, 2001.
O:\RAMBO\KING\INBOX\ROMANS~2.WPD

18

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *
```

Re:  1:00-cv-01520     Romansky v. Blaine

True and correct copies of the attached were mailed by the clerk to the following:

```
    Steven L. Romansky AY-8324
    SCI-GREENE
    1030 East Roy Furman Highway
    Waynesburg, PA   15370-8089

    Andrea F. McKenna, Esq.
    Office of the Attorney General
    Strawberry Sq. 16th Floor
    Harrisburg, PA   17120    Fax No.: 717-787-6346
```

```
cc:
Judge                           (X)         (X) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (X)
Federal Public Defender         ( )
Standard Order 93-5             ( )
Bankruptcy Court                ( )
Other_____        ( )
                                            MARY E. D'ANDREA, Clerk


DATE: August 24th, 2001                     BY: /s/ signature
                                                Deputy Clerk
```