ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,
    Petitioner

CIVIL NO. 1:CV-00-1520

v.

(Judge Rambo)

CONNER BLAINE, JR.,
    Respondent

NOTICE OF APPEAL

FILED
HARRISBURG, PA
SEP 0 6 2001
MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

Notice is hereby given that Steven L. Romansky, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order entered in this action on the 24th day of August, 2001.

                        Steven L. Romansky
                        175 Progress Drive
                        Waynesburg, PA 15370-8090

Dated: August 29, 2001

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
August 29, 2001

Ms. Mary E. D'Andrea, Clerk
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

RECEIVED
HARRISBURG, PA
SEP 06 2001
MARY E. D'ANDREA, CLERK
Per _____

Re: Romansky v. Blaine, Jr., No. 3: CV-00-1520

Dear Ms. D'Andrea:

Enclosed please find Petitioner's Notice of Appeal for filing.

Thank you for your attention and cooperation.

Very truly yours,

Steve Romansky

P.S. Could you please tell me if there is a standard format for a Certificate of Appealability.