Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
September 10, 2001

Gary Hollinger, Chief Deputy
Clerk of Court
United States District Court
for the Middle District of Pennsylvania
Federal Building 10th Floor
Harrisburg, PA 17120

Re: Romansky v. Blaine, 1:CV-00-1520

FILED
HARRISBURG, PA
SEP 13 2001
MARY E. D'ANDREA, CLERK
Per _____

Dear Mr. Hollinger:

On August 17, 2001, I made a request for Brady material (four (4) cassette tapes) in your possession. Could you please tell me if these tapes will be fourthcoming. Thank you for your attention and cooperation.

Very truly yours,
Steve Romansky