INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

STEVEN L. ROMANSKY           Dist. Ct. Docket # 1:00-CV-1520
    Petitioner/Appellant     (Judge Sylvia H. Rambo)
    v.
                                     Ct. of Appeals Docket # _____

CONNER BLAINE, JR.
    Respondent/Appellee


NOTICE OF APPEAL FILED 09/06/01    COURT REPORTERS:  No

FILING FEE:
Notice of Appeal        ___ Paid   _X_ Not Paid   ___ Seaman
Docket Fee              ___ Paid   _X_ Not Paid   ___ US or Govt.

CJA Appointment: (Attach copy of order) N/A
___ Private Attorney
___ Defender Association or Federal Public Defender
___ Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
_X_ Motion Granted In First Instance
___ Denied
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)
___ Granted
___ Denied
___ Pending

MOTIONS CURRENTLY PENDING :  No

COPIES TO:
Judge Sylvia H. Rambo              Steven L. Romansky
Andrea F. McKenna, Esquire         PRSLC Angela Pitts
File Copy


DATED: September 13, 2001          Virginia Gilmore
                                   Deputy Clerk


Please acknowledge receipt of these documents on the enclosed copy of this sheet.