

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959



September 13, 2001



OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RE: STEVEN L. ROMANSKY V. CONNER BLAINE, JR.
Case Number: 1:CV-00-1520
USCA Case No: Unknown    Appeal filed 09/06/01

Dear Ms. Waldron:

Enclosed please find:

___ One certified copy of the docket entries
to be filed as the Certified List in
Lieu of the Record.

_X_ Actual Record with one certified copy
and one uncertified copy of docket
entries. (Docs. 1-21)

___ One certified copy of docket entries to be filed as the
Certified List in Lieu
of the _____ Supplemental Record

___ Actual_____ Supplemental Record with
one certified copy and one uncertified
copy of docket entries.

FILED
HARRISBURG, PA

SEP 18 2001

MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

*Virginia Gilmore*
Virginia Gilmore
Deputy Clerk