OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4938

pacer.ca3.uscourts.gov

September 18, 2001

NOTICE OF DOCKETING OF APPEAL

**FILED
HARRISBURG

SEP 2 4 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

Romansky v. Blaine

No(s): 00-cv-01520

(Honorable Sylvia H. Rambo)

An appeal by **Steven L. Romansky** was filed in the above-captioned case on 9/6/01, and docketed in this Court on 9/18/01, at No. **01-3529**.

Kindly use the Appeals Docket No. **01-3529** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk