**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380



September 21, 2001

FILED
SCRANTON
SEP 2 5 2001
PER _____
DEPUTY CLERK

Mr. Steve Romansky
AY-8324
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-8090

Re: Romansky v. Blaine, Civil No. 1:CV-00-1520
(Judge Rambo) /AP.

Dear Mr. Romansky:

I am writing in response to your letter of September 10, 2001 regarding the case referenced above. In your letter, you request that we provide you with four cassette tapes which were submitted by the Respondent in response to the court's order of August 6, 2001 (Doc. 17).

Please be advised that the case file has been forwarded to the Court of Appeals for the Third Circuit and is no longer in our possession. Any inquiries or requests regarding the case should be directed to the Court of Appeals.

Sincerely,

Angela Pitts, Esquire
Pro Se Law Clerk

AP:laf