copy (28)

**JUDGE'S COPY**

Steven Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
January 29, 2002

Ms. Mary E. D'Andrea, Clerk
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA

FEB 01 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re: Romansky v. Blaine, No. 1:CV-00-1520

Dear Ms. D'Andrea:

On November 19, 2001, I filed a Writ of Mandamus with your Court asking that the Commonwealth be compled to furnish me with four (4) cassette tapes. Could you please tell me if this writ is still pending. Thank you for your attention and cooperation.

Very truly yours,

Steve Romansky