OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburg_____ Clerk of Court          Date _3/7/02_
        District

_Romansky vs. Blaine_____          C. of A. Nos _01-3529_
    (Caption)

_00-cv-01520_ _____          
    (D.C. No.)

RECEIVED
HARRISBURG, PA

MAR 11 2002

Enclosures:

_3/7/02_____Certified copy of C. of A. Order by the (Court/Clerk)          MARY E. D'ANDREA, CL
    (Date)                                                                    Per _____

_____ Released (Record) (Supplemental Record - First - Second - Third)

___XXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
                is recalled.

                                        _Tonya Wyche_          _(267)-299-_ _4938_
                                         Deputy Clerk          Telephone Number

Receipt Acknowledge:

_acknow'd_____
    (Name)

_3-11-02  BTB_____
    (Date)

*Amended CPS-50

January 4, 2002
December 21, 2001
December 6, 2001

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **01-3529**

STEVEN L. ROMANSKY,

      Appellant

    v.

CONNER BLAINE, Jr.

    (M.D. PA. CIV. NO. 00-CV-01520)

FILED
HARRISBURG

MAR 1 1 2002

MARY E. D'ANDREA, CLERK
Per _____ S.B. _____
DEPUTY CLERK

Present:  SCIRICA, AMBRO and STAPLETON, Circuit Judges

       Submitted are:

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2)    Appellant's letter dated November 8, 2001, which the Court may wish to construe as a motion to compel the appellee to turn over copies of the cassette tapes to appellant;

(3)    Appellee's motion for extension of time to file response, which the Court may wish to construe as a motion to file response out of time ;

(4)    Appellee's response thereto; and

(5)    Appellant's reply to appellee's response, filed December 28, 2001

in the above-captioned case.

       Respectfully,

       A TRUE COPY:

       Clerk

       Kathleen Brouwer,
       Chief Deputy Clerk

MMW/JDM
(continued)

*AMENDED CPS-50
Romansky v. Blaine
C.A. No. 01-3529

Page -2-

_____ORDER_____

The foregoing request for a certificate of appealability is granted, limited to the issue of whether Romansky was denied due process by the Commonwealth's failure to disclose that it had a cooperation agreement with Thomas Smithers and by knowingly using false testimony from Special Agent Russell Thomas.  The parties should also address the jurisdictional issue of whether Romansky was "in custody" on the Wayne County convictions at the time he filed this habeas action.  See 28 U.S.C. § 2254(a).

Appellant's letter dated November 8, 2001, which we construe as a motion to compel the appellee to provide appellant with copies of the 4 cassette tapes currently in the record, is granted.  The appellee's "motion for leave to extend time for response," which is construed as a motion to file the response out of time, is granted.  The appellee shall provide copies of the cassette tapes to counsel for the appellant within 14 days of the date of this order.

By the Court,

_____
Circuit Judge

Dated:  MAR  7 2002

+/w/cc: SLR
           MG
           AFM

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE 03C | 2. PERSON REPRESENTED STEVEN L. ROMANSKY | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-CV-01520 | 5. APPEALS DKT./DEF. NUMBER 01-3529 | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) ROMANSKY vs. BLAINE | 8. PAYMENT CATEGORY ☐ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other X Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant  X Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) CA |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS MARY GIBBONS, ESQ. #16 600 MULE ROAD HOLIDAY PLAZA III TOMS RIVER, NJ 08758  Telephone Number :    866-645-6529 | 13. COURT ORDER X O  Appointing Counsel  ☐ C  Co-Counsel ☐ F  Subs For Federal Defender  ☐ R  Subs For Retained Attorney ☐ P  Subs For Panel Attorney  ☐ Y  Standby Counsel  Prior Attorney's Name: Appointment Dates: ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR ☐ Other (See Instructions) |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) A TRUE COPY:  *Kathleen Brown* Kathleen Brouwer, Chief Deputy Clerk | *Signature of Presiding Judicial Officer or By Order of the Court*  3/7/02 Date of Order    Nunc Pro Tunc Date Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  Y ☐ NO |

| | CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|
| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $          ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| Out | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $          ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |