OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4916

www.ca3.uscourts.gov

January 28, 2005

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 01-3529**
    **Romansky  vs. Blaine**
    **D.C. No. 00-cv-01520**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the order in the above-entitled case. The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We return herewith the certified record in the case.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified order is also enclosed showing costs taxed, if any.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                           By:  Anthony W. Infante
                                Case Manager

Enclosure

cc:
        Mary Gibbons, Esq.
        Andrea F. McKenna, Esq.