ORIGINAL

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
February 7, 2005

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA

FEB 09 2005

MARY E. D'ANDREA, CLERK
Per _____

J Rambo

Re: Romansky v Blaine, C.A. No. 01-3529, D.C. No. 00-cv-01520

Dear Clerk:

On January 6, 2005, the Third Circuit granted my Motion for Remand. On January 14, 2005, this Honorable Court issued an order to supplement the record within thirty (30) days from the date of its order and fifteen (15) days to amend the petition.

On January 18, 2005, Mary Gibbons, Esq. stated that she would be willing to continue to handle this case for me. I feel that her representation in this case would be advantageous to myself and the Court in light of the fact that she is familiar with the case and pursuant to the request of both Ms. Gibbons and myself I respectfully request that this Honorable Court will allow Ms. Gibbons to continue her representation of me on this case.

In addition, on January 5, 2005, I wrote to Ms. Andrea F. McKenna, Esq., Deputy Attorney General informing her that the DOC has lost the four (4) audiotapes and I will need another set

before I can respond to this Court's Order to amend my petition. Due to this fact I feel that it will be necessary to extend the filing date until the Attorney General's Office provides me with the four (4) audiotapes. Thank you for your attention and cooperation.

Sincerely,

Steve Romansky

c: Mary Gibbons, Esq.
Andrea F. McKenna, Esq.

Steve Roadosky  AY-8324
175 Progress Drive
Waynesburg, PA., 15370



INMATE MAIL
PA DEPT
OF CORRECTIONS

$ 00.37⁰  FEB 07 2005
MAILED FROM ZIP CODE 15370

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108