ORIGINAL

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
March 8, 2005

Office of The Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA

MAR 10 2005

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

Re: Romansky v. Blaine, C.A. No. 01-3529
    U.S.D.C., M.D. Pa. No. 1:00-CV-1520 (Rambo)

Dear Clerk:

On January 14, 2005, the Honorable Sylvia H. Rambo issued an Order stating that I could supplement the record and add additional claims based upon four (4) audiotapes. On February 7, 2005, via letter to you I explained that Attorney Mary Gibbons is willing to handle this case. To avoid hybrid representation in this case could you please inform me as to whether the Court has appointed Ms. Gibbons.

Also, in my February 7, 2005, letter I notified you that the DOC has lost the four (4) audiotapes and I will need the Court to issue an order upon the Attorney Generals Office to send me another set of tapes. Could you please inform me as to whether this order has been issued. Thank you for your attention and cooperation.

Sincerely,
Steve Romansky

c: Mary Gibbons, Esq.
   Andrea F. McKenna, Esq.

**INMATE MAIL
PA DEPT
OF CORRECTIONS**

$00.37⁰ — MAR 08 2005 — MAILED FROM ZIP CODE 15370

Office Of The Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Steve Rendosky  AY-5324
175 Progress Drive
Waynesburg, PA., 15370