IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Steven L. Romansky          :
    Petitioner          :          No. 1:00-CV-1520
                                                        :
    V.          :
                                                         :
Conner Blaine, Jr.          :
    Respondent          :

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2005, I placed in the United States Mail, **four cassette tapes and a transcript of those tape recordings**, served on upon the person and in the manner indicated below, which service satisfies the requirements of F.R.Civ.P. 5

*Service by certified mail addressed as follows:*

Louis Folino, Superintendent
SCI Greene
169 Progress Drive
Waynesburg, PA 15370

    These materials were accompanied by a copy of this Court's Order of April 18, 2005, directing the production of these items, and instructions that these materials are to be provided to Inmate Steven Romansky, AY-8324 pursuant to this Court's order.

    A copy of this certificate is being mailed to Inmate Romansky.

                                                    ____/s/ *Andrea F. McKenna*____

Office of Attorney General                   ANDREA F. McKENNA
Appeals and Legal Services                Senior Deputy Attorney General
16th Floor, Strawberry Square           PA Attorney ID 39717
Harrisburg, PA 17120
(717) 787-6348                                    Date: April 26, 2005