Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
April 25, 2005

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

**FILED**
HARRISBURG, PA
APR 28 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re: Romansky v. Blaine, No. 1:00-CV-1520 (Rambo)

Dear Clerk:

On April 21, 2005, I received the Courts Memorandum and Order of April 18, 2005, in the above captioned case. However, the address was incorrect. The correct address is listed above. And in the past the documents you sent me had the first digit in the case number as being one and not three as it is now. Also, the copy you sent me was cutup by the mail room and now has a quarter inch strip cutout of each page. Could you please send me another copy. Thank you for your attention and cooperation.

Sincerely,

Steve Romansky

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA., 15370



INMATE MAIL
PA DEPT
OF CORRECTIONS

$00.37⁰ APR 25 2005
MAILED FROM ZIP CODE 15370

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108