OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650
*Internet address: www.pamd.uscourts.gov*

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

*Harrisburg:   (717) 221-3920*
*Williamsport: (570) 323-6380*

COPY

April 29, 2005

Mr. Steve Romansky
AY-8324
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-8090

Re:   Romansky v. Blaine, Civil No. 1:CV-00-1520

Dear Mr. Romansky:

I am writing in response to your recent letter regarding the action referenced above. Enclosed for your information is a copy of the Court's Order of April 18, 2005 (Document 36).

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure