ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,

    Petitioner

v.

CONNER BLAINE, JR.,

    Respondent.

1:00-CV-1520

J. Rambo

FILED
HARRISBURG, PA
JUN 15 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## STATUS REPORT

PLEASE TAKE NOTICE, that Petitioner/Appellant, STEVEN L. ROMANSKY, hereby submits this Status Report to inform the Court that he has received an Order from the Honorable Joseph F. Kameen, P.J., Court of Common Pleas of Pike County, Pennsylvania setting an Evidentiary Hearing date of July 6, 2005, to address the issue of the four (4) audio tapes released to Petitioner. Case No. 190-1985.

Due to the fact that Petitioner cannot be advised of the date he will be moved to or returned from the Pike County Jail, HC 8 Box 8600, Hawley, PA 18428, and is held incommunicado, is not allowed to take his legal files nor will SCI-Greene forward any legal correspondents Petitioner respectfully request this Honorable Court hold all legal correspondents until Petitioners return to SCI-Greene.

For confirmation of the above stated facts please contact the law office of Jeremy A. Haugh, Esquire, Hamlin Corners Professional Building, P.O. Box 735, Hamlin PA 18427-0735, Phone 570-689-3010, or Louis S. Folino, Superintendent, at SCI-Greene, 169 Progress Drive, Waynesburg, PA 15370-8089, Phone 724-852-2902.

Respectfully submitted,

Steven L. Romansky
175 Progress Drive
Waynesburg, PA 15370-8090

Dated: June 13, 2005

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005, I placed in the United States Mail, Petitioner's Status Report, served upon the person and in the manner indicated below which service satisfies the requirements of F.R.Civ.P.R. 5

Service by first class mail addressed as follows:

Andrea F. McKenna, Esquire
Senior Deputy Attorney General
Appeals and Legal Services
16th Floor, Strawberry Square
Harrisburg, PA 17120

Steven L. Romansky
175 Progress Drive
Waynesburg, PA 15370-8090

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
June 13, 2005

Office of the Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Re: Romansky v. Blaine, No. 1:00-CV-1520 (Rambo)

Dear Clerk:

Enclosed for filing in the above-captioned case you will find Petitioner's Status Report. Thank you for your attention and cooperation.

Sincerely,
Steve Romansky





State Correctional Institution at Greene
Inmate Name: Steve Rambert
DOC Number: AV-8124
175 Progress Drive
Waynesburg, PA 15370-8090

Office of The Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108