ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,

    Petitioner    :  CIVIL No. 1:00-CV-1520

v.    :  (Judge Rambo)

CONNER BLAINE, JR.,

    Respondent.

STATUS REPORT


FILED
AUG 17 2005
PER _____ KN
HARRISBURG, PA.    DEPUTY CLERK

    PLEASE TAKE NOTICE, that Petitioner/Appellant, Steven L. Romansky, hereby submits this Status Report to inform the Court of the following:

    On May 20, 2005, Petitioner filed with the Court a Motion For Enlargement of Time to Supplement the Record Based on New Audiotapes and Evidentiary Hearing Thereon.

    On June 13, 2005, Petitioner informed the Court that he would be transferred to Pike County for an Evidentiary Hearing and asked the Court to hold all legal correspondence until Petitioner returned to SCI-Greene. The within Status

Report is to advise the Court that Petitioner has returned to SCI-Greene and is now awaiting any legal correspondence that have been withheld.

To the best of Petitioner's personal knowledge and information Petitioner believes that the last order issued by this Court was issued on April 18, 2005. Any orders issued after this date Petitioner did not receive.

Respectfully submitted

Steven L. Romansky
175 Progress Drive
Waynesburg, PA 15370-8090

Dated: August 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I placed in the United States Mail, Petitioner's Status Report, served upon the person and in the manner indicated below, which service satisfies the requirements of F.R.Civ.P. Rule 5.

Service by first class mail addressed as follows:

Andrea F. McKenna, Esquire
Senior Deputy Attorney General
Appeals and Legal Services
16th Floor, Strawberry Square
Harrisburg, PA 17120

Steven L. Romansky
175 Progress Drive
Waynesburg, PA 15370-8090

3

Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
August 15, 2005

Office of the Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P. O. Box 983
Harrisburg, PA 17108

Re: Romansky v. Blaine, No. 1:00-CV-1520 (Rambo)

Dear Clerk:

Enclosed for filing in the above-captioned case you will find three (3) handwritten copies of Petitioner's Status Report. Thank you for your attention and cooperation.

Sincerely,

Steve Romansky

c: Andrea F. McKenna, Esquire



Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8080

Office of the Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108