IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN L. ROMANSKY,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 3:CV-00-1520 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **CONNER BLAINE, JR.,** | : | |
| | : | |
| Respondent | : | |

## O R D E R

Steven Romansky, an inmate at the State Correctional Institution-Greene in Waynesburg, Pennsylvania, commenced this action with a petition for writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2254. By order dated January 14, 2005 (Doc. 32), the court granted Petitioner thirty (30) days to supplement the record. Subsequently, by order dated April 18, 2005 (Doc. 36), the court granted an enlargement of forty days to supplement the record. Pending before the court is Petitioner's second motion for enlargement of time to supplement the record, and for an evidentiary hearing (Doc. 40).

Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) The motion as it relates to Petitioner's request for a hearing is deemed withdrawn and is therefore denied. *See* M.D.Pa.L.R. 7.5.

2) The motion, as it relates to Petitioner's request for enlargement of time (Doc. 40) is **GRANTED**. Petitioner shall have twenty (20) days from the date of this order to supplement the record. Thereafter, within fifteen (15) days from the submission of supplemental evidentiary materials, Petitioner may file a motion to amend his habeas petition.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge

Dated: August 26, 2005.