1:00-CV-1520

**FILED**
HARRISBURG, PA

SEP 0 6 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Exhibit A

1  Transcripts of four (4) audiotapes surreptitiously
2  recorded by members of the Office of Attorney
3  General, Bureau of Criminal Investigation.
4  Conversations of Steven L. Romansky and Thomas
5  E. Smithers.  Conducted on December 19, 1985,
6  January 14, 1986, and January 19, 1986.
7
8
9  TAPE NO. 23, SIDE ONE, CASE NO. 21-298.
10  DATE:  DECEMBER 19, 1985.
11
12
13  I, William E. O'Connell, Criminal Investigator,
14  Office of Attorney General, Bureau of Criminal
15  Investigation, Certification Number 0025, am
16  placing a body recorder on the person of Thomas
17  E. Smithers this 19th day of December 1985 at
18  approximately 1810 hours.  Do you, Thomas E.
19  Smithers, voluntarily consent to the placing of
20  this device upon your purpose to be, upon your
21  person for the purpose of intercepting one Steven
22  Romansky?
23
24  TS:  I do.
25
26  Noise: Coat working back and forth across the
27  body recorder and footsteps of Mr. Smithers
28  coming into the Romansky residence.
29
30  TS:  What is this your new residence?
31
32  SR:  Yeah.
33

i

1  TS:  Where did all the deer come from out there?
2

3  SR:  Out of the woods.
4

5  TS:  Do they get feed good?
6

7  SR:  Yeah.
8

9  TS:  There must of been 20 of them out there - Whistle
10

11  SR:  At least
12

13  TS:  What's going on?
14

15  SR:  Not much, how about your self? Follow me down
16       stairs. I'm working in the cellar.
17

18  TS:  Huh? Footsteps.
19

20  SR:  Follow me. Footsteps.
21

22  TS:  What are you doing down here? Footsteps.
23

24  SR:  Working on the window frames and fixing the place
25       up. So how did the funeral go?
26

27  TS:  Oh, we got him in the ground. Buried him last
28       Saturday. Judy's pretty shook up about it,
29       but she'll get over it. So whats up?
30

31  SR:  I was wondering why you were avoiding me.
32

33  TS:  Why I was avoiding you?

2

1   SR:  Yeah.
2
3   TS:  Don't you think that's best?
4
5   SR:  I don't think so.
6
7   TS:  Why?
8
9   SR:  Because your the only one they been able to pull
10      apart and they've been trying that with everybody.
11
12  TS:  What do you mean they pulled me apart?
13
14  SR:  Well, you're the only one they've been able to
15      get anything out of so far. And ah, what's his
16      name? Fulgel. The one you used for an alibi.
17
18  TS:  Tony?
19
20  SR:  Yeah.
21
22  TS:  Yeah.
23
24  SR:  They been investigating him and they know he lied
25      for you.
26
27  TS:  Yeah.
28
29  SR:  They asked me a bunch of questions about Flugel
30      and they said that you'll both be there under
31      subpoena, and that's not good for you. But as
32      far as I can see there's no way for you to get
33      around it. How did you make out the same day

3

1       we were up there together?
2
3   TS:  Where's that? You mean down in Harrisburg.
4
5   SR:  Yeah.
6
7   TS:  Well that was, well you know that was because
8        Otto, you know.
9
10  SR:  What? You know Otto just told the truth of
11       what actually happen.
12
13  TS:  Oh yea, well you know it wasn't the truth.
14
15  SR:  What?
16
17  TS:  Maybe that's the way he read it, but it wasn't
18       the truth. Is that the reason you called me
19       over here?
20
21  SR:  The fact that you threaten Otto is only one reason
22       you been threatening him for a long time.
23
24  TS:  Yeah.
25
26  SR:  There are lots of reasons, you know this thing
27       been going on for a long time.
28
29  TS:  Yeah.
30
31  SR:  What are you doing to make a living now?
32
33  TS:  I went into private investigation.

4

1   SR:  You make any money at it?

3   TS:  Nope, not that good.

5   SR:  Yeah, well see it's not just you though with
6        Otto. Otto's doing pretty good, because not
7        only you threatened Otto but so did what's his
8        face. Lynett. That don't look good for
9        Lynett either. I haven't gotten anything
10       about my car yet. But when the time comes
11       I'm in pretty good shape from what we got
12       out of the hearings.

14  TS:  What car?

16  SR:  Firebird.

18  TS:  Firebird.

20  SR:  That's because.

22  TS:  You know that's what they're really upset about.

24  SR:  Well, the three of them lied through their teeth,
25       and we got'em.

27  TS:  Uh, huh.

29  SR:  And when it comes right down to it. The guy
30       that has the VIN plates from my Firebird?

32  TS:  Uh, huh.

1  SR:  Big prick, and he don't even know he's got 'em.
2       And I got the guy's name that stole it the
3       dirty bastard. He's got 'em in his house.
4

5  TS:  Well what did they do with that car?
6

7  SR:  Well its no longer together. I got, I got another
8       one, another truck, got another Bronco, I
9       recopied everything I had. I don't take no
10      shit from nobody. You know I'm not backing
11      up.
12

13 TS:  Yeah.
14

15 SR:  I like the part where I say hello to them but
16      they didn't.
17

18 TS:  Yeah.
19

20 SR:  Seems to be better. But really what they have is
21      absolutely shit. When it comes right down to it
22      They have absolutely nothing. Did you hear
23      anything about an arraignment date. I guess
24      Al Vican was supposed to give your lawyer a
25      call.
26

27 TS:  I haven't heard a word from anybody.
28

29 SR:  Because you know when it comes down to the
30      title on the Bronco, they keep saying that ah, I
31      bought it off Davis and I keep saying no.
32      You know I can't tell them anything about where
33      it come from without involving anybody else.

6

1   TS:   Un huh.

2

3   SR:   And that's exactly what I did. You know, sooner
4         or later they're going to have to come up with
5         something where it came from.

6

7   TS:   What's the, what's the story on the fires or
8         whatever the hell happened up there. They got
9         nothing on you there?

10

11  SR:   Their, their pissing in the wind, and they, they tell me
12        that maybe one day they'll get lucky and I'll come
13        up and confess and all this shit. They have
14        nothing. Absolutely fucking nothing. The only thing
15        they have about my truck was they tell me what
16        you tell them.

17

18  TS:   Which truck?

19

20  SR:   Brown one.

21

22  TS:   Who said that I said, said it was stolen?

23

24  SR:   Horek and Novatnak. When they asked me why
25        it come up a couple different years for inspection

26

27  TS:   Yeah. I haven't talked to those guys at all.

28

29  SR:   Yeah. Well they were the, your place, you had to
30        talk to them once.

31

32  TS:   Oh yeah. When they come they had taken the
33        inspection stickers and they ah.

7

1   SR:  I know they were in there and not long after they
2        talked to Debbie. And she had ah, a girl.
3

4   TS:  Yeah, Judy said that it was in the paper. Yeah.
5        But, I think their biggest problem then, would
6        be with the, with the arson and the ah, the
7        stealing of that car up there at Mt. Pocono is the
8        only ones I can think of.
9

10  SR:  When you aint got nothing, and they can't get nothing
11       and they can't create nothing. I know where I
12       was. I have everybody to say I was there, I
13       mean there's a place of business.
14

15  TS:  Yeah.
16

17  SR:  And they'll testify and say I was there. Simple
18       as that. You can't be in two places at the same
19       time. They don't have shit on my brother either.
20       What do you think the other problem is?
21

22  TS:  Huh?
23

24  SR:  What do you think the other problem is?
25

26  TS:  Well that car in Mt. Pocono.
27

28  SR:  Dave Swiderski had a guy take that.
29

30  TS:  Dave did?
31

32  SR:  Yeah. Him and another guy. And that's just the
33       way it comes out, and that's why there going to

1   have to give Flugel another call because him
2   and Squiddley lied about and that was done at
3   the hearing where Squiddley showed up.
4
5   TS:  Yeah.
6
7   SR:  And ah, he definitely can't change that story. So
8   that's down in black and white.
9
10  TS:  Is this all your stuff?
11
12  SR:  Most of it.
13
14  TS:  Well
15
16  SR:  $80,000 in this house.
17
18  TS:  Is that what you earned out of here?
19
20  SR:  That's what I put in the bank.
21
22  TS:  Oh.
23
24  SR:  That what it comes out to.  But um.
25
26  TS:  I can't stay very long.  Got to get back home.
27
28  SR:  Well how comes, in the beginning, when all this shit
29  happened, we didn't sit down and talk?
30
31  TS:  Well Steve you know I was a police officer. That
32  put a, put a bad spot on there you know.
33

9

1  SR:  Yeah, that would do it.

2

3  TS:  Yeah.

4

5  SR:  And you know what? When we was running around
6       together, they only thing you ever said is, if I
7       go to jail you go with me. That you'd have to
8       you know that was bull shit. You said it and you
9       know you said it and you know it was bull shit at
10      the time. And ah.

11

12 TS:  Well.

13

14 SR:  Thats where the trouble started. The trouble didn't
15      start with me, it started with you. I know it did
16      Tom. I traced it right back to you.

17

18 TS:  Yeah.

19

20 SR:  I'd like you better if you didn't lie.

21

22 TS:  Well I'm not lying.

23

24 SR:  Listen, as far as it comes to blouses over at Joe's
25      mill where you think everything started.

26

27 TS:  Huh.

28

29 SR:  I know how Joe found out cause you told him.
30      You told um, Flo. Flo's son told Flo and Flo
31      told Joe. We set everything up at the mill to get
32      out from under what we was involved in. It
33      wasn't you know, it isn't something you can

10

1    TS:  You mean the night that Dave Swiderski stopped
2         you?
3
4    SR:  It wasn't Swiderski. You know what, what went
5         down as well as anybody else. It was Lynett
6         and Swiderski when I stopped at the stop sign
7         at the print shop.
8
9    TS:  I didn't hear about that until the next day.
10
11   SR:  There was no arrest or anything.
12
13   TS:  Yeah.
14
15   SR:  We counted on one thing them having a big mouth
16        and they did. Worked fine. It got me out from
17        under and caught the girl that was in there telling
18        them what's being made and where it was going.
19
20   TS:  Yeah.
21
22   SR:  Tom I know for a fact.
23
24   TS:  Yeah.
25
26   SR:  You know I was working so hard to find ah,
27        find ah.
28
29   TS:  Doug.
30
31   SR:  You were supposed to get him on the phone and tell
32        him to call me right.
33

11

1  TS:   Um huh.
2
3  SR:   What happened there?
4
5  TS:   I haven't talked to Doug for months either.
6
7  SR:   I'm talking about when, when we were involved
8        in. When I was coming over to you looking for
9        a reason for things. I wanted him to call
10       that day. You called and talked to Doug and
11       told me you never got in touch with him. You
12       talked to him that day.
13
14 TS:   Steve you got yourself in a bind and that's all
15       there is to it.
16
17 SR:   I'm in no bind Tom.
18
19 TS:   Yeah well.
20
21 SR:   I just want to know why you were running around
22       stabbing me in the back like that.
23
24 TS:   I wasn't running around stabbing you in the back.
25
26 SR:   I don't do that to anybody.
27
28 TS:   You never did I know.
29
30 SR:   Why would you do that to me?
31
32 TS:   I didn't.
33

12

1  SR:  Tom you know if you didn't that makes everybody
2        I talked to and me a liar and you're the only one
3        telling the truth. Now lets face it. When it
4        comes to telling the truth record I have a longer
5        straight line than you do.
6
7  TS:  Yeah.
8
9  SR:  It's not going to work unless we keep working
10       together.
11
12 TS:  Huh.
13
14 SR:  You know their trying to separate people and
15       get them mad at each other, its gonna work in
16       their favor.
17
18 TS:  Well I'll think about it. I got to get going.
19
20 SR:  Listen, it isn't, it isn't just about Doug. That's
21       one thing. It's about a lot of things. Because
22       when you called Doug and talked to him you told
23       him to stay away from me. I was going to jail
24       for a long time. But why did you do that? You
25       knew I needed help at that time. And I helped
26       myself when I found out you were doing that. You
27       know that's all I'm asking you right now is to tell
28       me why.
29
30 TS:  Steve I was a police officer.
31
32 SR:  So you were a police officer. Your going to tell
33       me you didn't do anything illegal as a police officer

13

1  TS:  Nope. Well wish you luck.
2
3  SR:  This isn't how I want to leave it. It's no way
4       for you to leave.
5
6  TS:  Call me again.
7
8  SR:  I did that's why I want to get something
9       straightened out now. This is not something
10      that's going to go away. The time is gonna
11      come when we'll have to sit down together and
12      ah, the smartest thing I thought to do was to
13      have a talk.
14
15 TS:  Yeah I know that but I can't
16
17 SR:  He said if as soon as the paperwork comes out
18      that Vican gets you first. You know what I mean.
19
20 TS:  Tell him to give me a call
21
22 SR:  Tom.
23
24 TS:  No. I got to get back home.
25
26 SR:  What's your hurry to go home.
27
28 TS:  I got a hot one lined up.
29
30 SR:  There's got to be a reason your so God dam nervous
31      all of a sudden. We used to spend hours
32      together.
33

14

1    TS:   Uh, huh.
2
3    SR:   Why now can't you just come out and tell me you
4          talked. Did you think I was going to drag
5          you to jail with me? Did you feel you was on
6          a losing ship?
7
8    TS:   No Steve.
9
10   SR:   You trying to get off? There had to be a fucking
11         problem why you go ahead and do things like
12         that. I never did anything like that to you.
13         Just the one incident alone with Doug.
14
15   TS:   Yup.
16
17   SR:   Telling me you couldn't get in touch with him when
18         you talked to him. Now there has to be a
19         reason you do stuff like that. All I'm looking for
20         is the reason. I didn't do it to you.
21
22   TS:   I know.
23
24   SR:   Then why can't you tell me the reason why you
25         did it to me. I mean before you were always
26         told me the reason.
27
28   TS:   Yup.
29
30   SR:   Tom I only want to fucking know.
31
32   TS:   Yeah.
33

15

1   SR: It's never gonna work like this
2

3   TS: I'll talk to Al. See you later.
4

5   SR: Listen Tom that's not what I want. I want us
6        to talk first. I can handle Al.
7

8   TS: Well as long as you can handle it yourself there
9        at the trial you'll have no problem really.
10

11   SR: I'm not worried about any problem with any of
12        the vehicles, or any cops right now. I'm worried
13        about the problems between us. I want to know
14        why. That's the only thing I was to know is why
15        you did it. You, you send me around looking for
16        rats in the wood pile like Sonny Kiper and stuff
17        that you have all your problems with and when you
18        needed me in court I was there for you. Telling
19        me there's a rat in the wood pile and the rat
20        in the wood pile was you for a long time.
21

22   TS: Um huh.
23

24   SR: Well at least deny it, or something or tell me why.
25        Tell me I'm wrong. I know I'm right. I
26        checked all my questions and answers. But I
27        talked to these people. Doug had no reason
28        to lie to me.
29

30   TS: Right
31

32   SR: I talked to him the same day you said that you
33        could not get in touch with him. Exact same day.

1  TS:  I don't, I don't talk to anybody Steve.
2
3  SR:  Now. No I'm talking about then.
4
5  TS:  Yup.
6
7  SR:  Neither have I.  I talk to the people that they
8       don't care about.  They think I murdered
9       somebody and they don't want to ah believe
10      that these people are just friends of mine.
11      They have nothing to say because they don't know
12      nothing.
13
14 TS:  Why who did you murder now?
15
16 SR:  Nobody, they think I have. The thing that burns
17      me up is that they had to arrest Fran too.
18
19 TS:  Yeah why?
20
21 SR:  Why because her name was on her Firebird. Why
22      is because it'll piss me off.  Why is because
23      they want me to go over there and kill you. That's
24      what they want me to do.  I'll do it when I
25      want to.
26
27 TS:  Um huh.
28
29 SR:  I take care of people when I want.  Not
30      because they're pushing.  They're telling me
31      how you're stabbing me in the back.  And I
32      have no reason not to believe them. And you're
33      not giving me any reason to believe you. They're

17

1     telling me that you are turning me in left and
2     right. Squiddley tells me when all this comes
3     down that ah, you're going to come out all
4     right and I'm the only one that's going to get
5     the shit.
6

7 TS:   Who said that?
8

9 SR:   Dave Swiderski the big new Police Chief. These
10    people are telling me one thing and you're not
11    telling me anything. You know what they have
12    is down in black and white and that's your
13    written testament.
14

15 TS:   Mine?
16

17 SR:   They got everything that you told them. Has been
18    taken in writing. Everytime they talk to you.
19    Everytime they went to the garage and talked
20    to you. And you weren't the one that said a
21    single thing. You didn't even tell me you even
22    talked to them. The minute Flugel's name
23    came in they asked me what kind of guy Flugel
24    was. Would Flugel lie for you. And the only thing
25    I told them as far as I know I've never met
26    a cop that doesn't lie. I said that I don't know
27    Flugel that well. And that's the truth I don't
28    know him that well.
29

30 TS:   Um huh.
31

32 SR:   That's the only reason I could give.
33

18

1  TS:  I'll talk to you tomorrow.

2

3  SR:  I'd rather you did it now Tom. There's got to
4       be a reason. I don't give a shit what it is.
5       If you hated me, you dislike me, or what I
6       don't care what the reason is. I just want a
7       reason. You just can't walk around and say
8       there was no reason. Were you afraid of going
9       to jail or what? Everybody has his fears,
10      mine just don't happened to be one of them
11      about going to jail there's no way. I can handle
12      all the problems I got except one. The
13      problem between you and me because I don't
14      know what it is. It's hard to bring trust back
15      into a relationship once it's been lost.

16

17 TS:  Yeah I know.

18

19 SR:  And I never, never, gave you a reason for this.
20      They did. My name and your name didn't come
21      together at all in any of my conversations.
22      I didn't tell them where I got anything. The
23      only thing that came through you is the receipt
24      I have for the Bronco. And you didn't know
25      nothing about it because you weren't there you
26      were at school at the time I ran the garage at
27      that time and it was in the back of the garage
28      at that time and that's exactly what I told them.

29

30 TS:  Well that's fact man.

31

32 SR:  That's right. And all I told them was fact. And
33      the facts are that I have witnesses as to

19

1    Where I picked it up. And I have everything
2    I need. They don't know about any evidence
3    I got. Because I didn't have to say nothing
4    at the one hearing. I was the only one out of
5    all their people to have a hearing. All the rest
6    of them copped a plea.

8    TS:  Yeah.

10   SR:  I aint copping to nothing, simple as that. It's
11   important.

13   TS:  I don't know. I'll talk to you tomorrow.

15   SR:  Chances are you won't because you aint nearly
16   ready to come back.

18   TS:  Shame on you.

20   SR:  Tom what the hell is your problem?

22   TS:  Yeah, yeah.

24   SR:  So you screwed Doug, you told the cops, you made
25   Doug very unhappy. So is, ah, Otto doesn't matter
26   how good friends we were.

28   TS:  Man I don't understand Otto.

30   SR:  He's afraid to talk to you.

32   TS:  Huh?

1   SR:   He's afraid to talk to you.
2
3   TS:   I know I'll talk to you.
4
5   SR:   So why are you running out?
6
7   TS:   I ain't
8
9   SR:   I think it's important that we stay together I'll
10        tell you right now this is more important than
11        anything else that can happen.
12
13  TS:   I know.
14
15  SR:   Then why the fuck are you running out. I haven't,
16        I haven't done a thing to you. I could have
17        told them everything I have no reason not to
18
19  TS:   Yeah oh, you went over to my house?
20
21  SR:   Yeah I can do anything I want to do.
22
23  TS:   You're not the one that poisoned my dog are you?
24
25  SR:   You know God dam well I'm not. Cause I got
26        one thing that I want to do to you. You know
27        I don't want to kill you. I don't want to do
28        any of that kind of shit. I don't want to
29        destroy any of your property. When this is all
30        over, I want you to be man enough to come
31        to me and tell me is all. All I want to do is
32        break you face a little bit and that's that. That's
33        all I want to do. Man to man any way you want

21

1    to do it. But I'm not going to come over there
2    and destroy anything you got, because I don't
3    figure your that important. I really don't. And
4    if you got people bothering you over there it's
5    probably someone I know. But I won't know
6    who it is until you tell me what the fuck's going
7    on. I don't know. There's a lot of people don't
8    want to tell the truth. Doug wants to help me kill
9    you. Just for what you did to him. I told Doug
10   not to worry about it. I'll take care of it. I said
11   stay away from him. That's what I told him. And
12   Doug's got some pretty nasty friends. Maybe they
13   went. I got blamed for a lot of things I
14   didn't do. Even in my neighborhood when Brian
15   did things
16
17   TS:   Um huh.
18
19   SK:   Because people bad mouth me. But you don't have
20         nothing to fear from me because when I have
21         something to say I'll call you and I will say it.
22         I'll call you at the house. And that's the only
23         thing I want to know is why the hell do you want
24         to stab me in the back for. And when the hell are
25         you going to come back on this side and get off
26         the other side. You're no longer a cop. There are
27         no sides. Them people are no fucking better than
28         us. They only evidence they got, they made up they
29         lied. They have no real fucking proof. We've got
30         proof that they lied. Even their official inspector
31         that said they found special numbers and shit. Bull
32         shit. They can't come up with where they found
33         them. And there will be no trial until they do.

22

1    Vican has to know where those numbers are and
2    there are none. I pulled my vehicles apart, no
3    numbers. What do you know about um, that guy
4    from Stricklands the one that use to drive the
5    blue truck?
6
7    TS:    Don Williams?
8
9    SR:    Yeah.
10
11   TS:    Nothing why?
12
13   SR:    He hasn't talked to you since any of this has
14          started?
15
16   TS:    Well I see him on the road. Why what does he know?
17
18   SR:    He was up there.
19
20   TS:    He was up there too?
21
22   SR:    Him and What's his face.
23
24   TS:    Who's what's his face?
25
26   SR:    Whoever used to ride in the blue truck with him.
27
28   TS:    Oh, I don't know who he was.
29
30   SR:    Yeah you do.
31
32   TS:    That old fella?
33

1    SR:   Yeah they were up there and they didn't come
2            talk to you. I thought you guys were pretty
3            close friends.
4

5    TS:   Oh, they stop in and told me they looked at
6            something and didn't tell them who it come from
7            or anything.
8

9    SR:   I'd really like to know why. You got to have a
10           reason in your head. You know all you have to do
11           is think back. Tom get off it. You know before
12           I asked you any of these questions I already
13           knew the answers. That's why I asked you. I
14           was hoping at least you'd have nerve enough to
15           tell me the truth. All the while that I worked
16           for you I didn't, I never took one fucking thing
17           without telling you. They're trying to tear us
18           apart and come between us. They want me to
19           go over there and take care of you so they don't
20           have to. They tell me your not my friend. And they
21           can't nail me because nobody else knows anything
22           I did but me. And they know it for a fact. So
23           all they can do is keep playing this game hoping
24           somebody will get scared and every fucking thing
25           they got I got back I replaced it.
26

27    TS:   Talk to you later.
28

29    SR:   Tom.
30

31    TS:   I'll come back we'll get together.
32

33    SR:   I don't have a schedule that I have to keep and

1  do you. You don't work a steady job.
2
3  TS:  No, nope.
4
5  SR:  Why would you know there has to be, why would
6       you do something like tell Doug to stay away from
7       me? Could you answer that one small question.
8
9  TS:  I don't remember telling Doug that. I'll ask
10      Doug about it.
11
12 SR:  Ask what?
13
14 TS:  I'll ask Doug about it.
15
16 SR:  Tom the same day that you called, I was here.
17      I called you up. I told Doug to call.
18
19 TS:  Um huh.
20
21 SR:  I told you to get a hold of Doug. Have him call
22      here it was vitally important. I wanted to get in
23      touch with him about the Bronco.
24
25 TS:  Yeah.
26
27 SR:  About ah, Hawk. What he looked like, his hand-
28      writing and all that stuff. And then you called
29      him and told him to stay away from me because
30      I was going to jail. Were you so sure that I was
31      going and you weren't going to have any problems
32      or what. There's got to be a reason.
33

TS:   Well Steve look I don't want to have any
      problems with anybody. All I want to do is get
      out of this thing.

SR:   Tom I don't want you to have any.

TS:   Yeah.

SR:   I just told you exactly what I wanted to do. That's
      all I want to do to you. It would be just as
      easy to put a bullet in your head any night.

TS:   Yeah.

SR:   If you don't believe that I can show you all the
      pictures that I've shot of you.

TS:   Well that's up to you. If you're going to shoot
      me or do whatever you want go right ahead and
      do it.

SR:   Tom you know dam well all I want is the truth.
      So far what you've tried to do as far as I can
      see is have me put away and it hasn't worked.
      Maybe you thought if I was put away you'd feel
      safe walking around. Having somebody like me
      angry at you is not a good idea. It's just not.
      And I don't want to do anything.

TS:   Well I came here, I came here to talk to you
      as a friend. Now if you're going to stand there
      and threaten me I don't want to stick around.

1   SR:   You haven't heard me threaten you.
2
3   TS:   Yeah.
4
5   SR:   Because I'm not threatening you. I told you
6         what I wanted to do. That's the end of it.
7
8   TS:   Yeah.
9
10  SR:   Now all I want to get down to is fist to cuffs
11        some day. I don't care if it's next year or
12        two years from now. But we cannot pull
13        apart with this problem. We have to work
14        together. There's a lot you can do to help me.
15        And there's a lot I can do to help you. But
16        I don't want any help from you. And I don't
17        want to give you any help from me until I know
18        why you did what you did. There's certain things
19        that happened that, you know, when you lie it's
20        fine. Everybody does it. But to stand here and
21        lie to me the guy that's done everything and knows
22        how many lies you told before the things that you've
23        done wrong the things that I've done wrong and
24        the things we did together that's entirely different.
25        You know Otto said that you threatened to kill
26        him. You know I can believe that because that's
27        you, but when they asked me why you did that
28        I said, "Smithers was probably joking. Tommy
29        always says that because of Otto." And you know
30        what? I had everybody else say that. Now
31        When they asked you that question what kind of
32        answer did you give them?
33

1  TS:  The same answer.
2

3  SR:  You said that you could never do it because you
4       didn't trust Otto that's what you said.
5

6  TS:  I said, I said it in jest. That's exactly the
7       same way that I said it.
8

9  SR:  I sat there at that hearing in Harrisburg and I
10      had everybody else go in before me I knew all
11      the questions before I got there I knew what
12      all everybody else's answers were befor. I laid a
13      pretty good pattern for you to pick up on. Hope-
14      fully you picked up on it, but Lynett didn't even
15      go down. And the other problem was when you
16      told Otto to get my car out of there because it
17      was stolen. That bothered them. Why would
18      you say that?
19

20 TS:  Steve they had already pegged that car as being
21      stolen. And when Otto brought it to my garage
22      I told him to get that out of there. What would
23      have happen if they'd have driven in there and
24      saw that car sitting there? Am I right?
25

26 SR:  What would happened? That's what I'm
27      asking.
28

29 TS:  Yup, well I didn't want to take any chances.
30

31 SR:  You didn't want to take a chance of getting
32      involved.
33

1   TS:   Nope. That's right.
2
3   SR:   So I can understand that. Then why didn't you
4         just say that? Steve I think you're over
5         your head. you're going to go down. And I
6         don't want to go with you. Why didn't you
7         just say that? I could believe that a lot
8         more than you making believe you're helping
9         me when you're lying.
10
11  TS:   Um huh.
12
13  SR:   That's all I wanted to hear. Steve I can't help
14        any more you went too far Steve you didn't know
15        when to stop. That's all you had to do.
16
17  TS:   Yup.
18
19  SR:   And I could not understand why you didn't.
20
21  TS:   I'll talk to you later. I'll talk to you later.
22
23  SR:   I'd like to iron more of this out. It'll make
24        me feel a whole lot better. And it's got to
25        make you feel a whole lot better whether you
26        want to admit it or not.
27
28  TS:   Yeah.
29
30  SR:   We used to have a lot of fun together.
31
32  TS:   Yup.
33

1  SR:  And because you were a cop and I was a
2        criminal and you didn't think we could hang
3        out together is that it?  But I wasn't
4        hanging out with you when you lost your job
5        as a cop. I didn't have anything to do with
6        it now did I?
7
8  TS:  No, not that I know of.
9
10 SR:  I didn't help it did I
11
12 TS:  Huh? I know you didn't help it much. No.
13
14 SR:  Yeah, but I didn't drag you into it.
15
16 TS:  Yeah.
17
18 SR:  If, if you think I'm the reason you lost your
19        job you should say so. Now is not the time to
20        beat around the bush. I'm being as honest
21        with you as I can. I don't know what's safe
22        to tell you and what isn't.  And there was a time
23        I could tell you anything. But I found out
24        different. Why you letting me do all the talking?
25        Use to be you did all the talking.
26
27 TS:  Yeah.
28
29 SR:  Got to be a problem. Got to be. How am I going
30        to give testimoney without getting you involved.
31        You know how, you know how I came by every-
32        thing.  You're the only one on the face of the
33        earth that does know. When those people came

30

1  to me asking questions I didn't tell them any-
2  thing. You know sooner or later I'm going to
3  have to tell them something.
4
5  TS:  Um huh.
6
7  SR:  You know all they want me to do is give you up, that's
8  all they want me to say. You know where the Firebird
9  come from why don't you tell me. Why you got a
10  good memory. You remember which one it was, it
11  was the black one. And you remember why because
12  you had trouble with the forklift. All of a suddents
13  different now when I'm falling everythings legal now.
14  Well everybody still got a hot vehicles with hot parts.
15
16  TS:  Well that's your bag Steve. I had nothing to do with
17  that.
18
19  SR:  And you're telling me that you washed your hands of
20  it and your totally ligitimate now.
21
22  TS:  Yup.
23
24  SR:  And that's where you're going to stay at.
25
26  TS:  Um huh.
27
28  SR:  You're not going to get involved in anything illegal you
29  been scared straight.
30
31  TS:  Yeah I guess.
32
33  SR:  Listen the only thing I'm worried about is them

1  calling you to court. I mean there's no way that
2  nobody knows how it's going to come down. Let's
3  face it! You don't know any more about it than
4  I do. But if we pull apart chances are I'll be
5  okay and feel a whole lot better. If I say I got
6  this part from a certain vender it does necessarily
7  mean that it came through your garage. How about
8  the green truck that I got from...
9

10  TS:  Yeah from the bank. Yeah.
11

12  SR:  I can't get in touch with anybody that ever owned it.
13

14  TS:  Just call Bob Wilson. That's where that truck came
15       from. The green one that Stanley drives?
16

17  SR:  No. I'm talking about the other one.
18

19  TS:  Oh that's, that's First, First Eastern Bank. Yeah
20       First yeah. First Eastern Bank.
21

22  SR:  But I can't get a hold of nobody by the name of House
23       Doctor. I can't get the signed over and I can't
24       get it transferred.
25

26  TS:  Well all you got to do is go down to the Courthouse
27       and look it up. It's a corporation. Well I'll see
28       you later. I got a date.
29

30  SR:  So that green truck I got I can make it legal
31       for the road? There's no problem with that.
32

35  TS:  Call Bob Wilson. He can sign those papers. He

1  can sign those papers. That's who you got the
2  truck from.
3
4  SR:  Yeah that's the one I got out otherwise it's in the
5  back.
6
7  TS:  That's the same outfit.
8
9  SR:  It was from the House Doctor.
10
11  TS:  Yup, keep in touch. See you later, come on up,
12  hah, hah. I got to go. See you later Steve.
13
14  SR:  What's your hurry. When are you suppose to have
15  more time?
16
17  TS:  Give me a call.
18
19  SR:  I'm not going to be doing that all the time because
20  I feel that I'm forcing you to come here.
21
22  TS:  I would't come here unless I wanted to talk to
23  you.
24
25  SR:  Well you haven't done much talking. I've done all
26  the talking. There's got to be a reason why.
27
28  TS:  I'll see you later.
29
30  SR:  I really want to know what it is.
31
32  TS:  I'll talk to you.
33

1  SR:  It hurts me. It really does. It's not bull shit.
2       We had a good thing going everything was going
3       great.
4
5  TS:  Yeah.
6
7  SR:  I tried talking to you. Tried to talk to you. You
8       didn't want nothing to do with me for some reason.
9
10 TS:  I was a cop. I'm sorry.
11
12 SR:  There wasn't three better friends.
13
14 TS:  Yup.
15
16 SR:  Than you, me and Otto.
17
18 TS:  I know there wasn't any better friends than you,
19       me and Otto. But there's different parts of life
20       too Steve.
21
22 SR:  Then sit down and talk to me about it.
23
24 TS:  I will.
25
26 SR:  Don't tell me where the problem is. I know the
27       problem between us. And you're the only one
28       that can put it back together.
29
30
31       END OF CONVERSATION IN THE ROMANSKY HOME
32
33

34

1  TS:  Come on you fucken car. Good. How you doing?
2       I got a quarter. Son of a bitching phone. Yeah
3       why don't you come up to the diner and meet. I
4       was thinking about what you were talking about.
5       I just don't like. I don't like that house. Yeah.
6       Huh? Yeah meet me out in the parking lot out
7       here. That way we can talk and then I know
8       nobody's around. Yeah all right. Bye. He'll
9       be here in two minutes.
10
11  Russell W. Thomas, Special Agent
12
13      Okay don't be so dam cautious and get out front
14      with him. Tell him this, tell him this, the reason,
15      the reason I told them cops what I told them is
16      because I'm fucking saving my own fucking ass
17      that's why God dam it. Now you tell me what's
18      your fucking story, how can I help you out. Give
19      me your fucking alibi. What did you do with that
20      fucking tag... I know I can get in trouble over
21      it.
22
23  TS:  You want me to pull that shit?
24
25  Russell W. Thomas:
26
27      Yeah.
28
29  TS:  Okay.
30
31  Russell W. Thomas:
32
33      Pull right over on the side here.

1  TS:  Okay. Turn your parking lights on if there's too
2       much noise in this car. If I take this coat off
3       I don't think it'll be obvious.
4
5
6       END OF TAPE NO. 23, SIDE ONE, CASE NO. 21-298.
7       DATE: DECEMBER 19, 1985.
8
9
10      TAPE NO. 23, SIDE TWO, CASE NO. 21-298.
11      DATE: DECEMBER 19, 1985. CONVERSATION IN
12      THE CAR AT THE MOUNTAIN HOME DINER IN
13      PENNSYLVANIA. DOUBLE TAPING BEGINS.
14
15 TS:  I just don't fucking trust you yet.
16
17 SR:  Listen all right it's only because I don't trust you.
18      I don't run around with tape recorders.
19
20 TS:  Yeah.
21
22 SR:  In my pocket to talk to people.
23
24 TS:  Yeah.
25
26 SR:  And I don't ever, ever fuck a friend. And I
27      don't use people. That's the difference...
28
29 TS:  Yeah.
30
31 SR:  ...between you and I.
32
33

TS: Now what's, what's the fuck actually went on up there. With that fire. That arson?

SR: Smithers.

TS: I mean you sure as hell didn't do it yourself. Now I have to know the answers to these kind of things if I'm going to help you.

SR: Listen, I didn't come to you looking for help. I can handle it pretty much myself okay. And there's nothing went on with that fucking fire. They ain't got nothing. They've got absolutely fucking nothing. They come to my house and they confiscated the fucking, what's that you mix fiberglass with.

TS: Did anybody help you do it?

SR: Fuck Smithers I worked alone all my life. You're the only one that. You know what? You want to see something? You sit in this car and I'll flip the fucker over with you in it.

TS: Well I don't want you to do that. I just wanted to make sure that.

SR: I work alone my entire life. There's no one that knows anything about me other than, the only thing that people help me with are taking pictures and following people because I can't be everywhere.

TS: What are these pictures that you're taking of me.

1   SR:  No.

2

3   TS:  With that God dam long lens thing?

4

5   SR:  Just pictures of you. Just ah, that was at the
6        time that you was dating that girl in Scranton.

7

8   TS:  Oh.

9

10  SR:  The nurse and that's about the same time everything
11       started to fucking happen. Tom I didn't come
12       to you for help. I really don't think I need it.

13

14  TS:  Well if you, if you want me to help you I at least
15       have to know the God dam stories.

16

17  SR:  There are no stories. The thing, all they're fucking
18       trying to do is get me angry enough to kill you.

19

20  TS:  To kill me yeah.

21

22  SR:  Well boil the bull shit out of it and that's what it
23       comes down to. They didn't arrest Fran just
24       because they think she's guilty. They arrested
25       Fran to piss me off. That picture they printed in
26       the news paper that wasn't no accident that my
27       truck was right up fucking front. It was no fucking
28       accident. They waited for. I'm the only one that
29       had a fucking hearing out of every body. Only one.
30       And the only time your name came up is when
31       they said they would subpoena you to testify to
32       re-restate the fact...

33

1  TS:  Well I probably won't...

2

3  SR:  that my truck was stolen.

4

5  TS:  Yeah I probably won't even be around if they do
6      subpoena me. What the hell are they going do?
7      Come and get me wherever I'm at?

8

9  SR:  You'll be there.

10

11  TS:  Yeah.

12

13  SR:  It isn't something you can escape. It isn't
14      something you can sweep under the fucking rug.
15      You'll have to be subpoenaed.

16

17  TS:  The only thing that I should never...

18

19  SR:  The only thing that I told the...

20

21  TS:  Huh?

22

23  SR:  The only thing that I told the lawyers to get to-
24      gether is that when it does come down.  I
25      would rather have Vian subpoena for you as a
26      witness on our side so they can't get you first.

27

28  TS:  I really don't think that should make a God dam
29      bit of difference who gets subpoenaed or what
30      the hell. They put you on the stand and that's it.

31

32  SR:  You won't be able to squawk, give testimony for
33      two different sides at two different trials at the

39

1    same time.

2

3    TS:   You sure your girlfriend isn't telling them things?

4

5    SR:   She don't know nothing. You know no matter what
6          you fucking people think she don't know nothing.
7          Smithers I walk from here to my house. I
8          walk it takes ten hours to walk from here to
9          my fucking house. I do that alone. They
10         followed me. They had three different fucking
11         people following me. They wanted to know what
12         the fuck I was doing walking. One guy tried
13         to pick me up three fucking times. I told
14         them all the way from Mountain Home that I
15         didn't need a ride. The last place I talked
16         to them is all the way over in Newfoundland when
17         he says, "I thought you didn't need a ride." I
18         said, "I didn't need a fucking ride. I needed
19         the fucking exercise". If I want to do something
20         I'll walk from here the fuck to Hamlin. That's
21         the kind of guy I am. There is nothing on the face
22         of the earth to stop me when I want to do it.
23         Nothing. And that's all there is to it.

24

25   TS:   Well you don't need to threaten anybody.

26

27   SR:   I'm not.

28

29   TS:   Like shooting me and stuff like that. That's crazy.

30

31   SR:   I just told you I'm not going to kill you. If I
32         wanted to do it I'd do it long ago. The only
33         thing I'm pissed off about and want to break

1   your face about is because that you were doing
2   that behind my back.
3
4   TS:  No I was a cop.
5
6   SR:  It doesn't matter.
7
8   TS:  Once they ask me a question and I'm going to
9        give them answers Steve. That's all there is
10       to it.
11
12  SR:  Probably stolen. That's a good answer? Why
13       didn't you use the same fucking answer that
14       I did when they asked you about my brown truck.
15       I said my registration doesn't have a date in it
16       how would any of them guys that inspected it
17       know what the fuck year it was? That's what I
18       told them. And my registration don't have a year
19       in it.
20
21  TS:  I don't think they're worried about the cars. I
22       don't think they're worried about the cars at all.
23       I think they're really pissed off about the fucking
24       fire up there. I don't know whether you did it or
25       not, but that's their jesture.
26
27  SR:  They're pissed off about the Firebird disappearing
28       There ain't a fucking thing they can do about it.
29       Because Squiddley going to go to fucking jail for
30       that. There ain't a fucking thing...
31
32  TS:  What did you say Squiddley stole that car?
33

41

SR: Fucking a roadie and I got a witness to say that he gave him money and the money in his fucking hand that Squiddley gave him and Squiddley got the fucking plates.

TS: Dave Swiderski...

SR: Yeah. Squiddley's got the fucking plates in his house from my Firebird. Now how is he going to lie his way out of that.

TS: Well what about the fire. I think that's another thing they're pissed off about.

SR: Well too bad. I ain't even fucking started to slap them in their faces. When I'm done fucking slapping them they won't have nothing to drive. I know where every one of them mother fuckers live. I know every one of their kids. Where the fuck they go to school. What time they get up in the morning. If you wanted to learn how to do private investigatin work I can teach you a lot about it. I know where they're all the fuck at. You should see Horek when I walk in the mall right behind him and say hello. He walks right out and runs to his fucking car cause he ain't got no buddies with him. They don't come to my house without six fucking cops for Christ sake. They're scared to death for some reason. And that's a bull shit story somebody else fed them. It isn't a fucking can of worms that I opened. I'm not the one that told Paul I'm stealing blouses out of the mill. You're the one that

42

1  told Paul and Paul told his mom, his mom told
2  Joe and Joe told me. That's the way it goes.
3  Blood is actually thicker than water. All the
4  time Joe sat there, over there, thinking that
5  he's telling you that he hated my guts. We
6  knew what was going on. I never knew from
7  the beginning whether I could trust you or not
8  because you were a cop.
9
10  TS:  I am. I was.
11
12  SR:  How could you trust a fucking cop? Let's face it.
13
14  TS:  Yeah.
15
16  SR:  There's no difference between crooks and cops
17       except the cops are crookeder. And they try
18       to do it legally. That's it. That's the only fucking
19       difference there is. There's a big difference
20       between me and your common crook. Your
21       common fucking crook goes out and steals
22       because he has to, he wants to survive. I'm
23       out there because I'm going to get even. I'm
24       pissed. They don't use fucking Fran like that
25       and get away with it.
26
27  TS:  Oh you're the one that got Fran into it.
28
29  SR:  I didn't.
30
31  TS:  You should of told them right away at the
32       hearing or whatever that she had never any know-
33       ledge or whatever.

43

1  SR:  I told them all that shit. Did everything I
2       could. The only thing they would do to keep
3       Fran's name out of it is say, tell us Smithers
4       did. Then they'd keep Fran's name out of it.
5       Tell us Smithers knew all about it. Did you
6       want me to do that instead to get her off?
7       Fucking a roadie. I didn't either. And I don't
8       do them kind of things. It's as simple as that.
9       That's just the fucking way it goes. They drug
10      her. I'm telling you. You just don't want to
11      accept the fact. They want to get me mad and
12      they want to get me angry to do something stupid.
13      Cause they know I'm short fused. I'm holding
14      my cool better than fucking anybody. Their game,
15      the whole fucking game plan is to piss me off.
16      Hoping I do something. They got it fenced in
17      now. They got trip wires all over the fucking
18      place. And they got guards around them vehicles.
19      All the fucking time just hoping that someone will
20      come back there. And you know what? If I
21      want to go back there and bring them guards
22      home with me I can fucking do it. And that ain't
23      bull shit. Cause I ain't afraid to go out there
24      and do it. And you told me you'd be by my side
25      all the time. And when I wanted to go up there
26      the first time I knew when I asked you, you
27      didn't have the nerve to do it.
28
29  TS:  Nope.
30
31  SR:  That's all you had to say. Don't pretend to me Tom.
32      If you don't have the fucking nerve you don't
33      have it. There's nobody else that has it either.

44

1      So don't feel bad. You have to be totally fucking
2      crazy.
3
4   TS:   That's it.
5
6   SR:   And your not
7
8   TS:   Well I'm not going to go back. I'll meet you
9      again. I'll meet you again. If you want to talk
10      again. Let me think about what's going on here.
11      And I'll meet with you again.
12
13   SR:   You have to separate the bull shit.
14
15   TS:   Yup all right.
16
17   SR:   Call me don't fucking ignore me.
18
19   TS:   I'll call you and I'll meet you here. And I'll meet
20      you at the same spot. I'm not going to meet you
21      at that fucking house again.
22
23   SR:   I don't mind.
24
25   TS:   But I think you know.
26
27   SR:   That house is the safest fucking thing. That house
28      has got the best alarm system you ever seen.
29
30   TS:   Well
31
32   SR:   Inpenetrable.
33

1   TS:  And you don't do no good to threaten me.

2

3   SR:  I didn't threaten.

4

5   TS:  Or kill my fucking dogs. I don't know who killed

6       my fucking dogs.

7

8   SR:  I didn't kill your fucking dog. And if I did I

9       had the nerve. I have never done nothing to

10      hurt you. Thats why I didn't deserve the treat-

11      ment I got from you. I told you the only thing

12      I want to do is because you stabbed me in

13      the back is break your face a little.

14

15   TS:  Well it might come to that some day.

16

17   SR:  Thats all you got to do you know. Whats the big

18      fucking deal? You made a mistake and you

19      got to pay for it. I make mistakes and I pay

20      for them.

21

22   TS:  Okay.

23

24   SR:  You thought you was on the wrong fucking side.

25      You thought I was drowing for sure and you

26      jumped off the ship. Thats as far as I can see

27      it went. And thats what...

28

29   TS:  Well you think what you think. You do whatever

30      you want to do.

31

32   SR:  You didn't give me anything else to think.

33

1  TS: Well I, I you said when you called that you
2      wanted to talk to me. That there was somethings
3      that I needed to know.
4
5  SR: Right.
6
7  TS: We met, we talked, now we know what we're
8      talking about.
9
10 SR: The things that you needed to know.
11
12 TS: Now if you want to meet with me again fine.
13      We will meet again.
14
15 SR: The things that you needed to know is we have to
16      fucking do something about that fucking alibi you
17      used with whats his name because their already
18      checking into him.
19
20 TS: All right.
21
22 SR: With Flugel.
23
24 TS: We'll see.
25
26 SR: He alibied you.
27
28 TS: Well that's a fact.
29
30 SR: And because of his brothers bad reputation, it aint
31      going to work well. Tony's the Police Chief now.
32
33 TS: Yeah.

1   SR:   You know it doesn't work. They're out to nail
2         fucking cops. You know and me, you know because
3         I'm crooked. They're out to nail me because I
4         slapped them fuckers in the face and I got away
5         with it. That's what pisses them off about me.
6         Who else would slap them in the fucking face and
7         get away with it?
8
9   TS:   Yeah.
10
11  SR:   People in their right mind don't do that. They don't
12        walk into the police barracks and tell them they're
13        a bunch of fucking ass holes.
14
15  TS:   You must have been fucking crazy to go up there and
16        light.
17
18  SR:   Tom when we talked about the fucking deal.
19
20  TS:   Yup. It's crazy.
21
22  SR:   You said I should just go up there and take it.
23        That's what you fucking told me.
24
25  TS:   Well.
26
27  SR:   Because you didn't believe I was fucking crazy
28        enough to do it. That's why you said it.
29
30  TS:   Oh well.
31
32  SR:   And that's exactly what happened. You can't get
33        out of it. You, you run your whole life looking

over your shoulder thinking someones following
you. And you can get one thing out of your head.
It's not me because when I want to do some-
thing to you I'll let you know.

TS: All right.

SR: That's, that's, that's as far as it fucking goes. And
I told you all that I want to fucking do. I could
not understand. I just can't understand why
you keep lying to me. I never lied to you, you
know. Never. Why would you tell fucking Doug
that? He should leave me alone. You know Doug
still runs around with Hawk.

TS: Yeah, well Steve that's the trouble see Steve I
mean listen Doug is a friend of mine. I, I
raised Doug since he was so high, right.

SR: Um huh.

TS: Okay.

SR: Yeah.

TS: I'm going to look out for Doug. I really am Steve.

SR: Yeah, but see it's not, it's not what I call looking
out for Doug. You know you can be anything or
cure any problem if you stick together. It's as
simple as that. I don't care what it is.

TS: Well maybe I thought I was going to save my

49

1   fucking ass, but I don't. I don't see that now.
2   I don't know what the hell's going to happen.
3
4   SR:  But, but you know, you know what you did
5        with Doug is you got another enemy running
6        around.
7
8   TS:  Steve I'm going to go through life having enemies.
9
10  SR:  No you're not.
11
12  TS:  Yeah.
13
14  SR:  Not if you stop fucking them. You know. You know
15       you've got a, you got a natural talent for fucking
16       people in the garage business. It was great. It
17       was fun. You know. You could do it and make
18       money. But you can't run your life like that.
19
20  TS:  Well that's the way the business is.
21
22  SR:  That's right. But you can't run your life as a
23       business like that.
24
25  TS:  Yeah.
26
27  SR:  It's not. I don't fuck nobody. No friend. I have
28       friends that I'll kill for and I have friends that
29       will kill for me. And I that's as simple as it
30       goes. And not because it's right or wrong or illegal
31       someone harms me or my family there'll be hell to
32       pay. And what they're trying to do is put me
33       away. And they fucking failed. There's no way

50