1   They can do it. I can see it now. It's my turn
2   now. When it's all, it's my fucking turn. If I
3   want Mt. Pocono to be leveled I'll fucking level
4   Mt. Pocono. I won't call any friends into help.
5   I'll do it myself. I don't endanger anybody else's
6   life. I do it myself. I can be a fucking one
7   man wrecking crew.
8
9   TS:   You didn't have anybody help you up there?
10
11  SR:   I don't need nobody. I'm a one man fucking
12        wrecking crew. If I wanted to level Mt.
13        Pocono I'll level Mt. Pocono. I can put enough
14        fucking dynamite in the top of fucking Mt. Pocono
15        to move it down to stroudsburg. Cause I know what
16        the fuck I'm doing. I know how to work it. It's just
17        as simple as that. I don't need any fucking help.
18        I don't want any help. The only I, like I said,
19        it's no good running around like that. There's no
20        reason. I don't give a fuck what people think.
21        I don't pick my friends because the cops say
22        I should have them, or the cops say I shouldn't have
23        them. They come over to Otto and says well you can
24        choose, Otto you can have either us for friends, or
25        you can have Steve for a friend. There's four of
26        them that interrogated him. And they wanted to
27        know if I ever threatened Otto. And Otto told
28        them right out no. And he says if you're asking me
29        to make a choice between Steve you guys can
30        stay the fuck out and that's just the way Otto.
31        Otto doesn't know anything and they think he does.
32        And he doesn't know anything about anything. And
33        his phone call. When he when they asked Otto

1  Why you said my car was hot. Otto come right back
2  and said that he called me right away and I told
3  him to take that to any fucking barracks there was
4  and have it checked out.    And that's exactly
5  what I told Otto.    And they say they got a VIN
6  number off the door which they did not. They made
7  one up. Cause there's no VIN number off of the.
8  There wasn't no stolen car.
9
10  TS:    Where's that car now?
11
12  SR:    There is no pieces left. There is no fucking pieces
13  left. There is no fucking pieces left except for
14  the VIN plate. My ace in the hole in Squiggley's
15  house. He lied.  If I can get him just on perjury
16  I'll be happy.  If not I'm going nail him good.
17  But perjury looks pretty good. But see if he goes
18  down for perjury he'll just. He'll just look at me.
19  Flugel their both there together. And I didn't know
20  how close you were to Flugel. But if they both
21  stick to their stories they're fucked. Their story's a
22  lie.  On the Firebird. I got to get to work.
23
24  TS:    Okay I'll be in touch with you.
25
26  SR:    Let me know what Flugel says. All you're doing is
27  investigative work huh?
28
29  TS:    That's it.
30
31  SR:    You making enough money at it?
32
33  TS:    No.

1  SR:  What are you getting into. Anything to make money?
2
3  TS:  That's about it. I got to wait for it to start going.
4
5  SR:  I don't think they'll wait. But um, Joe's not doing.
6
7  TS:  I know they shut him down there.
8
9  SR:  No he is.
10
11  TS:  Yeah.
12
13  SR:  If I can get him the money he'll open back up. I
14       haven't. I don't have any problems with money.
15       I don't have to do what I'm doing. I do it because
16       I love it. And I love to get fucking even. That's
17       all I do and they can't figure out.
18
19  TS:  All right.  Take it easy.
20
21  SR:  If you have someone fucking with you and killed
22       your dog you can be sure its not me because I'm
23       not like that if I have a problem with you I'll come
24       to you I won't do things behind your back. Listen
25       give me a call when your done with Flugel.
26
27  TS:  All right I'll call you.
28
29  SR:  I'll meet you any place you want.
30
31  TS:  I'll get in touch again. See yeah. I'm going to go
32       from here down to the ah, the place we originally
33       met.  Down at the playhouse.

1  END OF TAPE NO. 23 SIDE TWO, CASE No. 21-298
2  DATE: DECEMBER 19, 1985.
3
4
5  TAPE NO. 24A, CASE NO. 21-298.
6  DATE: JANUARY 14, 1986. SECOND CONVERSATION
7  IN THE CAR AT THE MOUNTAIN HOME DINER IN
8  PENNSYLVANIA. AGAIN DOUBLE TAPING.
9
10  NOTE: THIS IS THIRTEEN DAYS AFTER SMITHERS AND
11  GREGORY B. ABELN ENTERED INTO THEIR
12  AGREEMENT.   NOT ONLY DID MR. ABELN,
13  PROSECUTING ATTORNEY NOT REVEAL THIS
14  AGREEMENT. HE ALLOWED MR. SMITHERS TO
15  GIVE FALSE TESTIMONY. SEE COMMONWEALTH
16  V. ROMANSKY. 702 A.2d 1064 (Pa. Super. 1997)
17  THESE TAPES NOW REVEAL THAT NOT ONLY DID
18  MR. ABELN ALLOW MR. SMITHERS TO GIVE
19  FALSE TESTIMONY, BUT HE ALSO ALLOWED
20  EACH AND EVERY ONE OF THE COMMONWEALTH'S
21  WITNESSES TO GIVE FALSE TESTIMONY.
22
23  I, William E. O'Connoll, criminal investigator, Office
24  of Attorney General, Bureau of Criminal Investiga-
25  tion, certification number 0025, am placing a body
26  transmitter and a Nagra recorder in a vehicle
27  belonging to one Thomas E. Smithers, this 14th day
28  of January 1986, at approximately 18:30 hours. Do
29  you Thomas Smithers voluntarily consent to the
30  placing of these devices within your vehicle for the
31  purpose of intercepting your conversation with one
32  Steven Romansky.
33

1 TS:   I do.

2

3       For about 20 minutes or until the tape counter gets
4       to 246 there is nothing on the tape.

5

6 TS:   Looks like we got a connection. Jesus. If it ain't
7       a diesel its got a hell of a problem.

8

9 SR:   Yeah must be the rods. So what's up doc.

10

11 TS:  We gotta get something fucking straight here.

12

13 SR:  What's that?

14

15 TS:  All right. Either somebody's fucking lying here, or I
16      don't know what the hell's going on.

17

18 SR:  Well it's not that someone's lying. It's everybodys
19      lying.

20

21 TS:  Well that's bull shit all right. You're fucking lying
22      got my ass in a bunch of shit all right.

23

24 SR:  I haven't done any lying.

25

26 TS:  Well somebody did some fucking lying here cause
27      I know somebody at that barracks up there and
28      those son's of a bitches they know something up
29      there. Cause the guy that I know up there told
30      me that my fucking ass is in a sling and I don't
31      like that Steve.

32

33 SR:  You know what? Your ass is in a bigger sling

1  than its ever been in your entire life, but I
2  didn't put it there. You put it there. I didn't.
3  Your ass has been in a sling all your life.
4
5  TS: They seem to, they seem to think that I have some-
6  thing involved in that fucking fire up there. And
7  I didn't have nothing to do with that.
8
9  SR: You're the one that walked away. You're the one that
10  wanted it to be known that we were no longer
11  talking to each other. That was your first biggest
12  mistake. That was the first one and you know
13  what? They would turn me over in a minute
14  for you, in a minute. They've already plea bar-
15  gained twice and I didn't ever get to trial
16  yet. All we had was the arraignment.
17
18  TS: You mean you're the one that's telling them that
19  I'm fucking involved in this thing?
20
21  SR: I ain't telling them nothing. I don't have to tell
22  them anything. They're bargaining with me. I have
23  all the aces you understand. They're bargaining
24  with me. They haven't got nothing. Absolutely
25  nothing.
26
27  TS: The day that you came over to my house and you
28  asked me to go up there and help you. All right.
29
30  SR: Um huh.
31
32  TS: Well who the fuck did you get to help you?
33

1  SR:  What makes you think I had anybody to help me?
2

3  TS:  Well you dumb fuck. I know you can at least
4       light a fire right? kind of looks like something
5       you know. Maybe you think I'm the squealer in
6       this whole fucking situation.
7

8  SR:  Well Tom listen let's get out of this, this car for
9       just a minute. You don't like the house. I don't
10      like the car. You don't trust me. I don't trust you.
11      I don't trust nobody. Just get out for a minute.
12      I only got one thing I want to say to you.
13

14 TS:  Here, here just look it over. I ain't getting out of
15      this fucking car. I don't trust you man. Here I'll
16      take my fucking clothes off.
17

18 SR:  Stand up, stand up over there.
19

20 TS:  I'll take my fucking clothes off.
21

22 SR:  Stand up.
23

24 TS:  I don't have to. I ain't going out.
25

26 SR:  Listen I already told you.
27

28 TS:  You crazy son of a bitch. I don't trust you.
29

30 SR:  If I had anything I wanted to do to you. I'd
31      done it already.
32

33 TS:  Yeah, here, look the fucking car over, here how's

57

1   this? Look for a fucking recorder anything you
2   want to fucking look for you want my hands on
3   my head.
4
5   SR:   Why would you be afraid to get out of the fucking
6         car?
7
8   TS:   Cause I don't trust you, you crazy son of a bitch.
9
10  SR:   Well I don't trust you either. I don't trust the
11        car. I got something to say to you that could
12        make everything all right and all you have to do
13        is get out of it. All you have to do is step out
14        of the car.
15
16  TS:   Yeah.
17
18  SR:   I mean if I wanted to do you in I had run the
19        car over with you in it. You're getting excited
20        over nothing.
21
22  TS:   Yeah, I'm fucking excited I'll tell you. Somebody's
23        fucking lying here.
24
25  SR:   Well get out.
26
27  TS:   Close the door before I catch pneumonia
28
29  SR:   Well get out for just a minute. And I can tell you
30        who's doing it all.
31
32  TS:   I don't give a fuck if you tell me really.
33

1  SR:  Well I ain't saying nothing in here. You know, why
2       should I trust you. Same reason you don't want
3       to trust me or what?
4
5  TS:  Well somebody's fucking lying here Steve.
6
7  SR:  It's not somebody it's everybody. You want to know
8       who I know for sure is lying?
9
10 TS:  Who?
11
12 SR:  I know Tony Flugel's lying through his teeth.
13      Squiddley's lying through his teeth.
14
15 TS:  Oh, that's another thing.
16
17 SR:  Horek's lying through his teeth and Novatnak's
18      lying through his teeth and Golden's lying through
19      his fucking teeth. You know that I know for sure
20      and that I can prove. And that I will prove.
21
22 TS:  Well you're trust in somebody else here.
23
24 SR:  I ain't trusting nobody. I don't have to trust
25      anybody. But I'll tell you one thing. All them guy's
26      are lying. And I have a pretty good chance of
27      proving it. And what you ought to be doing is
28      giving Flugel a wide berth instead of being seen
29      in public with him. Because that was one of the
30      major questions they asked me.
31
32 TS:  Now, that's another guy that. Hell, I thought you
33      know that VIN plate that you were telling me

1      about right. Fucking VIN plate?

2

3   SR:  On what the Bronco?

4

5   TS:  The Firebird. The one that you said you put in
6      Squiddley's house.

7

8   SR:  Um huh.

9

10  TS:  Well if it ain't fucking in Squiddley's house I
11     could put the fucking thing in there you know
12     what I mean?

13

14  SR:  It's already there. Everything's taken care of.
15     And the problem, see, what the problem with
16     Squiddley is ah, what's his name's got to go
17     down with him. Flugel. But what they want
18     to do is they want to arrest Flugel for lying for
19     you. They think he is. And when they asked me
20     the only thing I told them is I says, I haven't
21     ever met a cop in my life that doesn't lie. I says,
22     I don't know Flugel that well. But they want to do
23     that cause they was pissed.

24

25  TS:  Well I was.

26

27  SR:  When they come after you and Flugel alibied you.

28

29  TS:  I was fucking pissed too when I found out what
30     the fuck's going on here.

31

32  SR:  Well.

33

1  TS:  I don't know what the. I don't know what the fuck
2       you used up there, but it sure as shit didn't work.
3

4  SR:  It's only the beginning. Everythings going okay right
5       now.
6

7  TS:  Yeah.
8

9  SR:  Except for the fact that Jensen just died.
10

11 TS:  What did he die from?
12

13 SR:  Heart attack man heart attack.
14

15 TS:  Did he?
16

17 SR:  Yup.
18

19 TS:  How old was he?
20

21 SR:  Took a lot of my time. 71 he would have been 72.
22

23 TS:  I know how close he was to you. How's his wife?
24

25 SR:  She took it hard. I had to stay with her. That's where
26       I've been staying except for just the past week.
27

28 TS:  What you're not living out here?
29

30 SR:  Um huh.
31

32 TS:  I called, and called and called out there and didn't
33       get ahold of you at all.

61

1    SR:  Yeah well I

2

3    TS:  I hated to call Fran, but fuck was I going to do?

4

5    SR:  Yeah well.

6

7    TS:  I want to get this fucking thing squared away so
8         that when we go we got our God dam answer right.

9

10   SR:  Listen, there's only, ah two ways that you're even
11        gonna go. I can tell you that now. You're either
12        going to go because they subpoened you to go or
13        you're gonna go on my side. That's the only two ways
14        you're going to go. If you want to go and help me
15        then you go with me. If you want to go and help me
16        then you go with me. If you want to wait for them
17        they're going to subpoena you. That I can tell you for
18        sure. They already said they'll subpoena you.

19

20   TS:  Yeah, well they might, they might have to go out of
21        state to get me.

22

23   SR:  I don't think you should run because it's gonna
24        make it look bad. You already did enough things
25        to your self to make it look bad.

26

27   TS:  Well who the fuck took you up there. Don't tell me
28        you went up there fucking alone either. What the
29        hell did you need me for then?

30

31   SR:  You know.

32

33   TS:  What did you want to take me up there that night

62

1        for and then you took somebody up. I don't under-
2        stand it. You fucking not straight with me here.
3

4   SR:  You're believing what you want to believe.
5

6   TS:  That fucking report up there I read the son of a bitch.
7

8   SR:  Yeah what? And you didn't, you didn't see fit
9       to come and tell me what you read or tell me
10     what you knew.
11

12  TS:  Well no now I do.
13

14  SR:  Just like Stanley's wife Debbie didn't want to tell
15     me that she sat in the car and talked to Horek and
16     you knew that. And you could have told me that.
17     And you didn't bother to tell me that. I come to
18     see you just to see if you was going to put up or shut
19     up. And I found out that you shut up instead of
20     put up.
21

22  TS:  You're God dam right. When you get my tit in the
23     fucking wringer.
24

25  SR:  Well look. I didn't do anything to you. Not a thing.
26     Otto passed. Otto didn't lie.
27

28  TS:  Fucking Otto, lied. I didn't threaten fucking Otto
29     either. You know that as well as I do.
30

31  SR:  Otto didn't lie. Otto didn't lie. You know. I told
32     him right out when I told them, I told everybody
33     what to say. And I told them that you probably

did it in jest you know because Otto's the type that's scared to death of cops. And that's exactly what I told everybody to say and that's what they said. And when I winked at you there I was hoping you knew the same thing.

TS: Does, does Otto, does Otto know that, or is that Otto the one that took you up there? Otto told me you were that he's the one that picked up out here when you were almost got your ass caught out here at Smedley's Otto told me he picked up down at ah, at that Mexican place. So don't trust Otto. He's the one that told me.

SR: See, there's been two guys that threatened Otto though not, you're not the only one. Lynett threatened Otto too.

TS: Well if he told me that what's to stop. All right. Let's say you and I concoct something here.

SR: You know you.

TS: What's, what's to stop Otto from telling them that he's the one that possibly took you up there?

SR: He can tell 'em what he wants, but I know Otto pretty well, and ah, Otto be too scared to do anything. And I have never talking Otto to do anything illegal no matter what they think. You know all of them questioned Otto. Four of them took him out and questioned him. And he just finally walked out.

1  TS:  That's good to know.

3  SR:  You know you told, you told Otto that.

5  TS:  Just as long as there was no plea bargain with
6       him.

8  SR:  You told um, Otto you knew who that guy was
9       that came over to look at the Firebird. You
10      remember? The guy that ran through Otto's
11      backyard to look at it, you know who that was?

13  TS:  Yeah, Yeah.

15  SR:  You know who it was?

17  TS:  I presumed it was another local cop.

19  SR:  Yeah well, they have to send me a statement
20      back stating who it was. So I'm gonna get it
21      sooner or later.

23  TS:  What are you subpoenaing their records?

25  SR:  Um huh, everything. They have to give me every-
26      thing. Everything they got.

28  TS:  Is Otto gonna, is Otto gonna, what's he gonna
29      say with that dam lens that you got?

31  SR:  They don't know nothing about it.

33  TS:  Went through Otto's place.

1   SR:  Doesn't, no it didn't

3   TS:  Well that's were the credit card come.

5   SR:  See, you're misinformed again.

7   TS:  Well fucking Otto.

9   SR:  That's why they took Otto in and questioned him.
10      They questioned Otto about stolen TVs he was
11      supposed to have took and he ain't never had.
12      Otto ain't never had anything hot in his entire
13      with that hotel. Nothing. You're totally misin-
14      formed again.

16  TS:  Well fucking Otto.

18  SR:  That's why they took Otto in and questioned him. They
19      questioned Otto about stolen TV's he was supposed
20      to have took and he ain't never had. Otto ain't
21      never had anything hot in his entire life at that
22      hotel. Nothing. You're totally misinformed. It
23      come no where near the fucking state of Pennsylvania.

25  TS:  That lens?

27  SR:  That's right.

29  TS:  How the fuck did you ever do that anyway?

31  SR:  It come straight in from Japan. That's where it
32      came from.

1  TS:  You ordered it from Japan?

2

3  SR:  That's right. You know what bothers them the

4        most? There's only two of them in the United

5        States. You know who has the other one? State

6        Police from Swiftwater, and I seen that. The

7        only thing they got that I aint got is the ninety-

8        one-hundred dollar infrared attachment.

9

10  TS:  And you got that?

11

12  SR:  No I don't.

13

14  TS:  Oh.

15

16  SR:  I want their's I'll get their's. Yup. They're the

17        only two in the United States.

18

19  TS:  I don't fucking trust otto.

20

21  SR:  Well you'll have to trust who you have to trust.

22

23  TS:  And you're telling me that you went there, went up

24        there alone to light them fucking cars?

25

26  SR:  I'm not telling you anything. You know if you wanna.

27        If you just want to go for a walk or sit in the diner

28        you could come in the diner you know. Get a cup

29        of coffee or whatever.

30

31  TS:  I don't think we should be seen at all together.

32

33  SR:  Well that's where you made your first mistake.

1  You know, there's two things that, there's, there's
2  only two things that got you involved in the whole.
3  Maybe three. One, the fact that you threatened
4  Otto and he went and told them that. So that
5  means you have to be hiding something or you
6  wouldn't threaten him. Okay. Two, is you said
7  that the Firebird was stolen and I told him to
8  take it any fucking place he wanted to that it,
9  wasn't.
10

11  TS:  Um huh.
12

13  SR:  So that made you look bad. So you had to know
14  something then okay. And the second thing, or
15  the third thing was your inspection records.
16  Whoever wrote my stickers up on my truck didn't
17  use the same year. And I called them and told
18  them the minute they told me that. I says I have
19  the card here in my hand there's no year in it, what
20  year would you say it is?
21

22  TS:  Well they seem to think that it has something to
23  do with that fucking arson.
24

25  SR:  They can think anything they want to think. But
26  I know. I had my hearings already seen all
27  the evidence they got. All the people that they
28  have that are going to testify right. And I
29  have as many people or more people that are
30  going to work for me. And their expert isn't
31  much of an expert. We stumped him three times
32  already.
33

28

1  TS:  How was that?

2

3  SR:  On the vehicles and stuff.

4

5  TS:  Yeah.

6

7  SR:  We got the same books that he reads out of now.
8       That tells you what they look like, where to look
9       and he lied about hidden numbers on the vehicle.
10      Well in other words there is no such thing. They
11      have to produce where they're at. And I know
12      there's not.

13

14  TS:  Can't fucking believe you could a did.

15

16  SR:  And my expert that I'm paying says to us that he
17       is bull shiting.

18

19  TS:  Who's that?

20

21  SR:  We had to hire an expert for a thousand dollars
22       a day.

23

24  TS:  Oh my God.

25

26  SR:  Yeah well old Mike cried like a baby.

27

28  TS:  Who?

29

30  SR:  Mike Palmisano from S and S because he was
31       hurt. He didn't make peace with Jensen. They
32       stopped talking to Liz and Jensen when I had
33       the trouble with S and S.

69

1  TS:  Yeah what about that arson out to S and S did
2       they ever do anything with that?

3

4  SR:  I ain't responsible for it. Mike paid me off
5       I got what I wanted out of Mike. His wife
6       was in Jensen's will and he took Sally right
7       out because of the problem at Sand S. They had
8       no reason to stop talking to Jensen and Liz. I
9       mean if they didn't like me that's one thing. But
10      just because they seen Liz and Jensen standing
11      down at the lawyer's office they figured they
12      were going to say something against Mike. See
13      that was the same thing there. Mike lied. Mike
14      said I was never, never in there on Saturday or
15      Sunday to pick up materials. And I had like
16      35 receipts that were dated on Sundays. From
17      the place. All different years from all different
18      people. From Bob Marley himself took me in
19      there Sunday's to get stuff. They copped out at
20      the last minute too. These guys are trying to cop
21      out bad now. They might not make the hundred
22      and eighty day right to trial. Doesn't look like
23      there's any way they can do it. But that's a
24      seven year old law that might not still be in
25      effect. From what they tell me. And they've
26      got to their first ah, plea bargain. I got 15
27      charges against me and five against Fran. And
28      they want to drop them all but one. If I plead
29      guilty to one.

30

31 TS:  You'd be a God dam fool not to take it.

32

33 SR:  I ain't taking it. Why should I take it? You

70

1    think they'd be doing all this plea bargaining
2    if they had anything? They aint done yet. They're
3    just starting. Their deals keep getting better
4    and better. They gave me a better one already.
5    So why don't we go have a cup of coffee or go
6    some place else? I have a lot more I could
7    tell you but I don't want to in here

9  TS:  Let's go over there then.

11  SR:  Take a walk not drive.

13  TS:  Let's go over there to the Methodist Church.

15  SR:  Why are you scared to get out of the car?

17  TS:  Cause I don't want you rolling the son of a bitch over
18     on me. Let's just go over to the parking lot over there.

20  SR:  Let's just walk out of it over there. Park it up against
21     the building or something. There's too many places
22     you could hide things in here. And it wouldn't be
23     like you didn't do it once already. You know?

25  TS:  Well I, I didn't know what was all in that fucking
26     report.

28  SR:  I'm talking about the first time you tape recorded

30  TS:  Yeah,

32  SR:  Well, I wouldn't be like that if you didn't already
33     do it once you know.

1  TS:  Well I got to hear plenty more before. Because I
2       don't trust you fucking ass either. Now somebody's
3       fucking lying here.
4
5  SR:  There's nothing to fucking trust. You should know me
6       well enough. If I wanted to harm you I'd done
7       it already. You know that well enough.
8
9  TS:  Well I guess, I guess I shouldn't fucken worry
10      because you can't even fucking vehicles.
11
12 SR:  You shouldn't fucking worry about anything cause if
13      I wanted you to worry you'd worry plenty.
14
15 TS:  Yeah.
16
17 SR:  I knew just by leaving you alone you'd worry enough.
18
19 TS:  Well yeah, I'm going to find out what the fuck's going
20      on.
21
22 SR:  There's nothing to find out. Why don't you just walk
23      to the end of the parking lot and back.
24
25 TS:  Fuck you.
26
27 SR:  It's, it's perfectly fucking lit up. Why you ain't got
28      a coat or what?
29
30 TS:  Yeah. I got a coat.
31
32 SR:  Well put it on. Walk down the highway. I'm not
33      going to roll you over on the highway or nothing.

72

1    I told you I understood it pretty well. Nobody
2    else did but I did. It's a lot easier to talk
3    about not being scared of anything or anybody, but
4    it's a whole lot harder to do.

5

6   TS:  Yeah you found out huh?

7

8   SR:  Oh I found out.

9

10  TS:  Can't fucking believe it.

11

12  SR:  There isn't much to believe. Just walk over to
13     the end of the parking lot with me and back.
14     That's it.

15

16  TS:  What do you got a fucking wire on you?

17

18  SR:  Nope. I don't have anything.

19

20  TS:  Fuck you.

21

22  SR:  You want me to take everything off and strip or
23     what?

24

25  TS:  Yeah.

26

27  SR:  Here check any fucking thing you want. It's a
28     big problem. You're going to have to overcome
29     this because you're not going to get any place
30     until you do. Until you trust me and I trust you.
31     Now, when you break a trust it's awful hard to
32     come back.

33

1    TS:    Yeah.

2

3    SR:    It's awful fucking hard. You're looking at it all
4            wrong. I ain't broke no fucking trust. I tried
5            to call you over and over. You didn't return
6            calls. You know, I told you everything I was
7            doing step by step before I did it even. You
8            know.

9

10   TS:    You never told me you were going up there and
11           burn them fucking cars. You wanted me to
12           take you up there Steve and drop you off. You
13           were going to take it to some fucking God dam
14           fire fence, or fire, fireplace, remember what
15           we talked about?

16

17   SR:    You told me you didn't want to go.

18

19   TS:    And then you crazy son of a bitch what the fuck
20           did you do?

21

22   SR:    You told me you didn't want to go. That's what
23           you told me you ought to know you have nothing
24           to be afraid of.

25

26   TS:    Yeah.

27

28   SR:    What do you have to be afraid of?

29

30   TS:    Who went with you?

31

32   SR:    Why should I tell you that? What difference
33           would it make huh?

74

1  TS:  Cause I don't you know that's another person.
2
3  SR:  Walk to the other end of the parking lot.
4
5  TS:  That's another fucking person.
6
7  SR:  Walk to the other end and walk back and I'll
8       tell you.
9
10  TS:  Who went up there with you?  And who lit, and who
11       lit the fucking fire?
12
13  SR:  Walk to the other end and back.
14
15  TS:  Was it you?
16
17  SR:  Walk to the other end and back.
18
19  TS:  Nope.
20
21  SR:  What do you mean. It's perfectly lit up. I didn't
22       bring anybody with me.
23
24  TS:  Yeah.
25
26  SR:  Well let's drive down the road and jump out
27       quick then.
28
29  TS:  Jump out quick?
30
31  SR:  Yeah if someone's following us he won't be able
32       to keep up.
33

75

1 SR: Right that's what I'm telling you. You're getting
2 Worked up over nothing. You watch too many
3 television shows
4
5 TS: That's right. Well you want to go for a fucking
6 walk. You want to get out in the cold and go
7 for a walk.
8
9 SR: That's all. Just for two fucking minutes. Well what's
10 the problem? Now I got out of my truck and
11 got into your car. Why won't you get out of your
12 car and get into my truck?
13
14 TS: That's because I don't fucking trust you. What did
15 you say last time you want to beat my fucking
16 face in.
17
18 SR: I told you.
19
20 TS: You want to roll my car over with me in it.
21
22 SR: I didn't say any of that. I said I haven't threat-
23 ened you in any way and what I told you is the
24 only thing I would like to do is break your face.
25
26 TS: Yeah.
27
28 SR: That won't happen until it's all done and over
29 with you know. And that ain't. I'm not going
30 to walk up to you and say hay Tom it's time you
31 know. It's just going to come down to it you
32 know. No kid can be bad without getting
33 Spanked.

76

1  TS:  Yeah.
2
3  SR:  You can't run around being a spoiled kid all
4       your life without having somebody come back.
5       You can't screw ninety-nine people and not
6       expect one of them to come back you know. You
7       can't do it forever and get away with it. Let's face
8       it.
9
10  TS:  But why the hell did you get me involved in
11       that thing up there?
12
13  SR:  I didn't get you involved in nothing.
14
15  TS:  If I'd went up there, I'd have lit them fucking
16       things and they'd a burned.
17
18  SR:  I didn't get you involved in nothing. You're
19       watching too many television shows.
20
21  TS:  What the hell did you use anyhow?
22
23  SR:  Just go for a fucking walk.
24
25  TS:  Yeah what do you got a bomb in here?
26
27  SR:  Here take the bomb.
28
29  TS:  No I don't fucking trust you.
30
31  SR:  Trust you know anybody that knew I was here
32       would fucking have me committed to a fucking
33       mental institution. The only word I got about

77

1      you is to stay away.  Shouldn't talk to you.

2

3   TS:   You called me.

4

5   SR:   I didn't say I didn't.  What do you want me
6         to deny it?  Just walk to the end of the park-
7         ing lot.  What do you think I could do to you
8         from here to the fucking parking lot.

9

10  TS:   Steve I know how fucking strong you are.  You're
11        liable to pick me up and throw me all the way back
12        here.

13

14  SR:   I don't have a knife you know. There's nothing
15        stuck on me.  I don't have high shoes on. Do you
16        want me to go barefoot?

17

18  TS:   Yeah you probable have a God dam gun in there
19        or something.

20

21  SR:   Yeah you want me to go barefoot?  If I was going
22        to do it I'd already done it.

23

24  TS:   What the hell are you going to tell me out there that
25        you can't tell me in here?

26

27  SR:   Why can't you just bring your gun with you.

28

29  TS:   I can't, I'm not even a fucking cop any more.

30

31  SR:   Yeah but.

32

33  TS:   I can't legally wire anything.

78

1  SR:  Did I ever tape anything you said?
2
3  TS:  I don't know did you?
4
5  SR:  Fuck no. You did to me in your cottage.
6
7  TS:  When?
8
9  SR:  That time we had the trouble with Joe. When you
10      thought Joe and I were best enemies.
11
12 TS:  Yeah.
13
14 SR:  Yeah you did then. Okay you did it to me once.
15      What's to prevent you from doing it again? I'm
16      the one taking all the chances.
17
18 TS:  Yeah there's a gun underneath there.
19
20 SR:  I don't care. Take that with you if you feel safe
21      Put it in your pocket and take it with you.
22
23 TS:  That was a little pocket recorder remember?
24
25 SR:  Yeah.
26
27 TS:  There ain't no fucking pocket recorder in here.
28      Look underneath. Look in there.  See there
29      ain't none is there?
30
31 SR:  Well.
32
33 TS:  Who the fuck is this?

1  SR:  I didn't say there was. It'll only take you
2       two minutes to walk over to the end of the
3       parking lot and back.
4
5  TS:  Yeah.
6
7  SR:  All I'm asking you to do is take the first step.
8       I mean I took the first step already I called
9       you didn't I? I met you. I wasn't scared.
10
11 TS:  I'm not going back overthere.
12
13 SR:  You ought to get your shit together fast because
14       the time's coming down.
15
16 TS:  Well you don't want to tell me who the fuck you
17       went up there when you lit the fucken fire.
18
19 SR:  All I want you to do is walk to the end of the
20       fucking parking lot and I'll answer your questions.
21
22 TS:  Yeah.
23
24 SR:  You know what?
25
26 TS:  What?
27
28 SR:  Any fucking thing I say or anytime I meet some-
29       body the day after when somebody calls me and
30       tells me we're going to have a hearing or some-
31       thing. And then if I tell you about someone
32       else's name and it's recorded. You know then
33       somebody else is going to have to be talked to

and there'll be another person involved. And you
ought to know it. And I don't involve people. If
you'd just take a walk down the road or step
into my truck for a minute.

TS: What the fuck's the difference whether we sit
in your car or go for a walk?

SR: Well that's what I'm asking you. There's no
difference to me except for the tape recorder.
That one time you did the tape recorder shit.

TS: Well I ain't got it any more. I quit working
with the fucking Radio Shack job and it didn't
work no more.

SR: Okay so you don't have it anymore what do you
have to be afraid of. Go for a walk?

TS: You.

SR: I ain't doing nothing to you. You want me to, you
want to tie my hands up before we go?

TS: I don't have hand cuffs anymore or I'd put
fucking hand cuffs on you. I'd go for a walk
with you then.

SR: I got some. You want them?

TS: Where'd you get them?

SR: Same place you get them you know. I don't care.

81

1      All I want you to do is show a little faith.
2
3   TS:  I showed you enough faith by coming out here
4       twice. Now if you can't get your fucking shit
5       together.
6
7   SR:  That wasn't faith.
8
9   TS:  I. I'm trying to help you out. We're trying to
10      look up a deal here. I can get some more
11      information. I mean what the fuck you got
12      up there?
13
14   SR:  Listen.
15
16   TS:  He hasn't got that out for me yet, but I asked
17      him to get it. Now.
18
19   SR:  He hasn't what?
20
21   TS:  The reports on you. I want to see them.
22
23   SR:  Yeah well you ain't going to see them.
24
25   TS:  The hell I won't.
26
27   SR:  Well I can tell you what they are. I got copies.
28      I could tell you everything I said from the
29      word fucking go. I mean the thing that every-
30      body gets a kick out of is when I called Swider-
31      ski for Squiddley.
32
33   TS:  Did they arrest you for that arson?

1   SR:   Aut, aut.

2

3   TS:   I was hoping they would.

4

5   SR:   Why?

6

7   TS:   I got an alibi for that fucking night like they
8         won't fucking believe. You sure you went there
9         alone? Cause there's, there's somebody.

10

11  SR:   Go for a two minute walk. Walk into the diner.
12        Any fucking thing. Just step outside the car and
13        stand up on the roof. I don't fucking care. I mean
14        let's have a little faith here.

15

16  TS:   Let me hear your alibi. Then I'll get out and go
17        for a fucking walk.

18

19  SR:   Listen, the night that fucking went off I was in
20        the Webb with a least 50 witnesses.

21

22  TS:   Um huh.

23

24  SR:   All prominent business men. Where everyone of
25        them will go testify.

26

27  TS:   So then it wasn't you that lit it?

28

29  SR:   Don't know this for sure do you? I said step
30        out and I can tell you for sure.

31

32  TS:   I know that took fucking brass balls.

33

1  SR: Nah, it didn't. Jesus that didn't take nothing.
2      Wait until you see what's about to happen.
3
4  TS: Your fucking heart must have been falling out of
5      your chest.
6
7  SR: Wait until you see what's about to happen. You
8      aint seen nothing yet. You aint see Steve's
9      revenge.
10
11 TS: I can't fucking believe it.
12
13 SR: Well just step out for a minute and maybe you
14     can. You know you're going to have to get used to
15     the fact that I'm not going to stab you. I'm not going
16     to kill you. I'm not going to shoot you. The first
17     day that I heard about it I might have thought
18     of it. Of blowing your brains out. But I got
19     over that fast.
20
21 TS: What the hell.
22
23 SR: I didn't feel it was worth it.
24
25 TS: What did you use up there to light them fucking
26     things? It didn't even burn.
27
28 SR: Listen, I sit here and I'm telling you right out that
29     I didn't do it now if you want to hear anything
30     else you'll have to get out of the car.
31
32 TS: They seem to think, they.
33

1   SR:   They seem to think what?
2

3   TS:   They seem to think that some sort of accelerant or
4         something like that. Accelerant. What the hell
5         the fucking word they used. I don't remember
6         what it was.
7

8   SR:   Whenever they don't understand what was used they
9         say that.
10

11   TS:   Oh um, I never had that arson shit in school.
12         I don't know anything about it.
13

14   SR:   You don't want a cup of coffee or something?
15

16   TS:   No, you got, you got me so fucking upset. What
17         the hell is wrong with you?
18

19   SR:   Want to go to Twin Rocks up on 84 or some place
20         where you aren't known? A 24 hour place. How
21         about Dunkin Donuts? All you have to do is go
22         for a walk. I just feel funny about sitting in the
23         car. You never know. Trust is something we're
24         going to have to put back. It's a long time coming
25         you know. There's nothing we can do about it
26         now except take it a step at a time.
27

28   TS:   What are you gonna go back up there again?
29

30   SR:   Up where?
31

32

33   TS:   Honesdale? I wouldn't go near that fucking

1      place if I were you. You must have some set of
2      balls Steve.
3

4   SR:   It has nothing to do with balls you know. The big-
5       gest is you're like most of the rest of them.
6       Where you think cops are God or something or
7       you think you can't fuck with the FBI or the
8       government or whatever. But I'll tell you what
9       people are people no matter what the fuck they're
10      made of or no matter what they're fucking trained
11      to do. People are still fucking people. And the
12      biggest fucking scum on the earth are fucking
13      cops. Because they think they can do everything
14      illegal they want and get away with it. But you
15      know what? They can't.
16

17   TS:   What the fuck did they do that night when that fire
18       was going? Knowing you, you probably sat on
19       the pole and watched. You fucking nut.
20

21   SR:   Get out and walk for two minutes. And then maybe
22       you won't be scared to be seen with me.
23

24   TS:   I ain't scared to be seen with you. Jesus Christ.
25

26   SR:   Just put your coat on and step outside for a
27       minute. We'll walk over to my truck and back.
28       It won't take me any longer than that to tell
29       you what you want to know.
30

31   TS:   What do I want to know?
32

33   SR:   You want to know who, what, where and when.

1  TS:  No I don't. It aint no fucking difference to
2       me. If you don't want to tell me. I really
3       don't give a shit. But I'll tell you what,
4       there's somebody out there still fucking you and
5       they're starting to fuck me and I don't like that.
6
7  SR:  You know what? I can tell you who it might
8       be.
9
10 TS:  Lost my fucking job over the deal.
11
12 SR:  Nope. The job had nothing to do with that. You
13      know that was some bone you had to pick with
14      La Bar. That is his name ain't it, La Bar?
15      He loved you like a son they say or a brother.
16      Didn't he?
17
18 TS:  Yeah.
19
20 SR:  I'll tell you something though. La Bar's hands
21      were tied and there wasn't much he could do
22      about it. They didn't want you and that's it. What
23      your biggest problem is, there's too many people
24      that know you. Know what you do. And that's a
25      big problem.
26
27 TS:  Well I know I didn't go up there with you and
28      I know that for a fact.
29
30 SR:  But I'll tell you, the one guy that you should
31      have never fucked in the world was me because
32      you should have known me well enough to know
33      that I would have went through anything for

87

1  you. There was nothing or nobody I would not
2  have moved out of the way for you just for you
3  asking.  There was no time I ever left you down.
4
5  TS:  Yea, but you're leaving yourself wide open by
6  taking somebody else up there.  That's why I
7  need to know.
8
9  SR:  I'm leaving myself to nothing.  Why don't you just
10  go for a walk.  I'll tell you exactly what happen-
11  ed and how it happened.  Put your mind to rest.
12  Why do you think that I would want to harm
13  you.
14
15  TS:  You mean to tell me.
16
17  SR:  You want to go up there with me tonight, or you
18  want to go fucking home?
19
20  TS:  You mean to tell me you didn't do that up there is
21  that what you're saying?
22
23  SR:  I ain't saying anything until you walk outside
24  Just for a couple minutes.  It's no big deal.
25  I already told you that I don't want to see
26  you harmed in anyway.  I don't want to blow
27  your brains out.  I could give you a list of people
28  that would but I'm not one of them.  I told you
29  all that I'd like to do to you.  I got that all
30  planned already too.
31
32  TS:  What you're going to do to me?
33

1  SR:  Yeah. You still got your boat?

2

3  TS:  Yeah.

4

5  SR:  Well why don't you come up water skiing one
6       day. Then we'll have it out. That way you
7       can lay in the nice cold water to recuperate.
8       Now, that's all that I have in mind. It ain't
9       nothing to lose sleep over. You know what I mean?
10      I don't dislike you enough. You broke my heart
11      and you hurt my feelings. I'll get over it.

12

13  TS:  Well I'm pissed off at you too for you leaving yourself
14       wide open if you took somebody else up there.

15

16  SR:  Why do you keep asking me the same question?
17       Did I take anybody? Did I do it? How did
18       it get done? Step outside and I'll answer a
19       couple of these for you real quick before you have
20       a chance to get cold. You know some day I can
21       talk in here and maybe someday I can't you know.
22       But um, it's going to take a long time. I have
23       to see what side you're on before I start telling
24       you anything that's going to make the problem worse
25       you know what I mean? And you have to make
26       sure that I ain't working for them in the same way.

27

28  TS:  That's for sure.

29

30  SR:  Well you ain't going to do it by sitting here or
31       coming back three or four times.

32

33  TS:  No. I ain't coming back no more. This is it.

1  SR: You might, you might as well.
2
3  TS: This is it until court day.
4
5  SR: You might as well spend the night out. But I'm
6      telling you, you can think what you want and do
7      what you want, but if you don't work something
8      out before that day you're going to be sorry you
9      didn't you know. I can do it without you and
10     come out fine all right. I can do it with you and
11     make life a little bit easier for myself. But I
12     didn't leve myself just one play all right. I have
13     more than just my four aces. My four usual aces.
14     I have all my fucking plans and all my paper work
15     laid out already okay. And the only thing is I want
16     to make sure you know. I want to make sure that
17     I don't incriminate you in anything okay. I don't
18     want to use your name. And I don't want to use
19     you for anything unless I see it's only gonna help
20     you, you know. 'Cause the less people you involve
21     the better.
22
23 TS: Well that's exactly what I'm trying to do for you.
24     But you're not honest enough to tell me all I
25     want to know.
26
27 SR: I'm honest.
28
29 TS: Whether you were alone or whether you weren't
30     alone?
31
32 SR: I'm honest enough.
33

90

1  TS:  Before I can even talk to you.

2

3  SR:  I'm honest enough.  You ain't gutsy.

4

5  TS:  Cause there's some.

6

7  SR:  You ain't gutsy enough to hear the answers
8       cause you don't want to step out and hear the
9       answers.

10

11  TS:  There's fucking squirrels out there that might
12       know you know saying let's get smithers.

13

14  SR:  Could be.  There's a lot of people out there that
15       want to get Smithers.

16

17  TS:  Yeah.

18

19  SR:  That's why you shouldn't go around making enemies.
20       You should make friends.  You took two of the best
21       when you had just walked away from them you
22       know you always scared Otto.  Always.

23

24  TS:  Yeah as soon as I became a cop. Otto got scared.

25

26  SR:  Yeah but um.  I mean all you have to do is walk
27       out for two minutes and I can answer a lot of
28       them questions for you right away.  But you know
29       you can take it for what you want, or do what
30       you want.  But court day is scheduled sometime
31       in March.  They only have

32

33  TS:  March?

1  SR:  They only hold court every two months. March is
2        already to late. But see if they can't make it in
3        March they'll make it in May. I don't want it
4        in March. It's going to be in May. I'm going
5        to change it. You know they're going to run into
6        a snag here where they can't go ahead. They're
7        going to have to do some rebuilding.
8

9  TS:  Oh, no.
10

11 SR:  It'll hold them up a while. See the 180 day
12       right to trial they're already going to miss it
13       if they go in March. But it's a seven year
14       old law. They're not sure it's still in affect.-
15       So they're checking into that now.
16

17 TS:  Don't tell me you're going to go fucking back
18       there again.
19

20

21       END OF TAPE NO. 24A SIDE ONE
22       CASE NO. 21-298, DATE: JANUARY 14, 1986
23

24

25       TAPE NO. 24A SIDE TWO, CASE NO. 21-298
26       DATE: JANUARY 14, 1986.
27

28

29 SR:  No, I don't want to tell you anything like that.
30       You'd be an accessory if I was to tell you
31       something like that. All I'm asking you to do
32       is step out for a minute then I could tell you
33       a little bit more and you'd feel a little bit

92

1 better.

2

3 TS: Who's that guy over there?

4

5 SR: Where?

6

7 TS: At the diner.

8

9 SR: That's the guy who works for Price Lumber. So
10 what do you do for a living now. Jerk off?

11

12 TS: Yeah, play with my fucking tool. Jesus Christ.

13

14 SR: I had a decent summer and next summer
15 should be good. I hope to put 30 or 40 apart-
16 ments up for the last year of working if I can
17 finish it in one year.

18

19 TS: I can't fucking believe it. I can believe it.
20 You're talking about going back up there again
21 Steve. They're going to catch you.

22

23 SR: I'm not talking about going back.

24

25 TS: They're going to fucking catch you.

26

27 SR: I wish you'd stop reading in between the lines.
28 You may be sorry for that. You aint that smart.

29

30 TS: I know how crazy you are.

31

32 SR: You aint that smart. You're not even in the same
33 neck of the woods you know. They have all the

1    information.

2

3    TS:   I gotta know. How'd you, how'd you get them
4          in Squiddley's house?

5

6    SR:   You know.

7

8    TS:   Don't you want to tell me that either?

9

10   SR:   Why won't you step out for a minute.

11

12   TS:   No way.

13

14   SR:   What's the problem?

15

16   TS:   There's somebody out there with a fucking scope
17         gun.

18

19   SR:   No, you need infrared at night.

20

21   TS:   Yeah.

22

23   SR:   Do you want to hold my, you want to hold my um,
24         bomb here. You want to go behind the building.
25         Nobody can shoot through buildings. You want to
26         go down the road 20 miles. If there's someone
27         following us or watching us they'll have to run
28         like a mother fucker.

29

30   TS:   Yeah.

31

32   SR:   Just two minutes. Man can't you just see your-
33         self outside saying Jesus I'm not dead yet.

94

1   This is going pretty good.
2
3   TS:   Fuck you.
4
5   SR:   It won't be as bad as you think.
6
7   TS:   Oh, when I die huh. No if I thought that
8        I'd have a fucking vest on and I'd have the
9        wires hanging all over the place here.
10
11  SR:   That's something that separates me from most
12       people. I ain't worried about dying.
13
14  TS:   Well I do.
15
16  SR   Most people do cause most people are normal.
17       Well see I've never claimed to be normal. And
18       I have things like my kids and people taken
19       care of already.  Believe it or not I'm planning
20       a long way ahead.  Things are going pretty well.
21
22  TS:   I think you had things pretty well planned out
23       from what I can see. But when you asked me
24       to go up there I wouldn't go with you and then
25       you go up there and fucking burn them. And you
26       do a piss poor job of it.
27
28  SR:   What's this say diesel? Are you leaving the
29       house every morning for work?
30
31  TS:   Yeah.
32
33  SR:   I see Judy a lot, but I don't see you much.

1   TS:   Sold the wrecker for a rollback.

3   SR:   Yup, they got a lot of people in this bull shit
4         involved. I'm the only one having any trials
5         though.

7   TS:   Are you?

9   SR:   Um huh. It torks them. They don't like being
10        slapped in the face. They have to retaliate
11        you know.

13  TS:   Well is Fran going to get out of this thing all
14        right?

16  SR:   They have nothing on her. They're trumped up
17        charges.

19  TS:   I feel sorry for her.

21  SR:   How can they charge her and me for five charges
22        on the same vehicle. They could charge her or
23        they could charge me. but they can't charge
24        both of us. I mean they got 15 on me and 5
25        on her. On something that don't exist.

27  TS:   15 charges?

29  SR:   Yeah.

31  TS:   Oh.

33  SR:   You'd be interested to know how I can get

1  out of all of them.
2
3  TS: Don't tell me. I don't want to know. I don't
4      want to know more. No more.
5
6  SR: I think you do.
7
8  TS: No I don't. Heard enough.
9
10 SR: Just step out for two minutes.
11
12 TS: I've heard, I don't want to hear nothing.
13
14 SR: Well.
15
16 TS: But don't be fucking crazy enough to go back
17     up there.
18
19 SR: See the thing is.
20
21 TS: They're going to be waiting for you.
22
23 SR: If you just, if you just sit there and think
24     that nothing's going to happen, or you're not
25     going to be involved, trial date's going to
26     come and you're going to have problems you
27     weren't counting on. It's best to be prepared
28     before that. And it'll be done a month in advance.
29     But I'll tell you what. If someone up there told
30     you that they got people watching them vehicles
31     right. If it makes you feel better I'll bring
32     whoever watching them down here and you can
33     see him.

1 TS: Don't tell me things like that. I don't want to
2 fucking know. How the hell can you do that and
3 you couldn't even fucking light one fire. Don't
4 give me that shit.
5
6 SR: This is where you are misinformed.
7
8 TS: Yeah.
9
10 SR: You're putting things into your own head and still
11
12 TS: I'm almost tempted to drive up there and just
13 see what the fuck they look like.
14
15 SR: Oh, I can tell you what they look like. They're
16 all fenced in. They have intercoms laid out
17 there. Speakers where they can hear mice running
18 through the fucking parking lot and shit.
19
20 TS: Don't tell me that shit. They would have got you
21 the first night you were there.
22
23 SR: Well they weren't there the first night. They
24 waited until someone tried to burn them out. Then
25 they put the fence and speakers and everything
26 in. They're all fenced in now.
27
28 TS: You said the magic word, try.
29
30 SR: Yeah, they ah, they don't even sit in their pro-
31 perty. They sit on another guy's property. They
32 have to pay him rent just to store them vehicles
33 there. The big building in the back. The one on

98

1     the right. Yup. Why don't we just step out for
2     two minutes? Want to try my truck? It's safer
3     there. I can let you in the driver's seat. That
4     way if I have a gun under the seat you grab it
5     and shoot me.
6

7  TS:  We aint going to go out of this fucking car and
8      that's the end of it.
9

10  SR:  Why? What are you afraid of?
11

12  TS:  Cause I don't want you to roll it over.
13

14  SR:  Hey, fair is fair. I mean I got of mine you
15      should at least get out of your's don't you think.
16      You don't trust me and I don't trust you. But
17      I had enough balls to get out of mine and get
18      into yours. What are you allergic to my truck?
19      It aint good enough for you or what? I got
20      something else you'd be interested in.
21

22  TS:  Do you want to check the pockets before I put
23      the coat on?
24

25  SR:  No, it's all right. I own a car dealership now
26      too.
27

28  TS:  You own a car dealership?
29

30  SR:  Pretty good huh? I can get them legally now.
31

32  TS:  Yeah.
33

1  SR:  I can get dealer plates now. Well, you'll have
2        to see this for your self.
3
4  TS:  Where the fuck you gotta car lot?
5
6  SR:  Out on 940 believe it or not.
7
8  TS:  You want to check it over or anything? Look
9        it over?
10
11  SR:  Nope.
12
13  TS:  Want to look for any tapes or anything under-
14        neath anything?
15
16  SR:  No problem. Glad you did it.
17
18  TS:  Freezing to death out there, so I could find
19        out that.
20
21  SR:  It wasn't that cold out there. I hate to see
22        you fucking wait until trial time. Cause it's
23        going to be tough. You say that we're going
24        to be there right? You're going to be there
25        one of two ways. The reason I called you is
26        cause I want to go with me because there's
27        a lot you could do to help me if you want to
28        help. If not I have to go different routes. I
29        have plenty of time there.
30
31  TS:  You have to have your attorney call me.
32
33  SR:  Well I want to get our shit together before we

100