1  talk to the attorney. He can set a meeting up
2  with me, you and the two attorneys okay?
3  But then there's two more people that know
4  you and I are doing it.
5
6  TS: Who? There you go. Who the fuck are the two?
7
8  SR: Two lawyers. If we sit down there and talk to
9  them.
10
11  TS: Oh.
12
13  SR: To discuss what we're going to do infront of them
14  lawyers. I don't need a lawyer. I can handle
15  my case just fine right. No matter what they want
16  I can give it to them you know. I'd say it I go.
17  Well what do you need to make this case a hundred
18  percent. Walk in there that you're going to win. I
19  can give it to them. I can do it with or without
20  you. You would just make somewhat easier. What
21  do they have?    The Firebird's ruled out.
22
23  TS: Let me ask you a question.  I can't remember it.
24  I think it was what's the one cop's name that big
25  old fella.   The one that was originally on it?
26
27  SR: Horek.
28
29  TS: Horek.
30
31  SR: Right.
32
33  TS: He's the one that told me about the ah, fire up

1  there right. When the hell was it remember that
2  he was approximately, just telling.
3
4  SR:  Well I have everything written down. I don't have it
5       with me.
6
7  TS:  Was it summer or winter?
8
9  SR:  Back in the fall I think.
10
11  TS:  What year was it?  Two years ago.
12
13  SR:  I have it written down. Well they asked me if I
14       wanted to confess for that.
15
16  TS:  Confess to what?
17
18  SR:  Arson.
19
20  TS:  The arson?
21
22  SR:  Cause you have to be crazy.
23
24  TS:  You mean you rode a motorcycle up there that
25       night?
26
27  SR:  Well if that's what you assume, you know, but this
28       is it. They will take me anywhere I want to go.
29       And when you find another fucking cop that is will
30       to walk 40 fucking miles a night you show me.
31
32  TS:  You didn't fucking walk up there and, and do that,
33       no way. I don't give a fuck who you're talking to

1  SR:  You know there's only one way you can see this
2       for sure.
3
4  TS:  You rode the motor, you rode the motor.
5
6  SR:  There's only one way you can see that for sure.
7       I'm willing to prove it to you. I'll walk from
8       here to my house. You can stay in this nice
9       warm car and follow me. And that I can be there
10      in six fucking hours. I'll take any kind of bet you
11      want to make.
12
13 TS:  That time out here with Smedley's fucking spread
14      you left out there. It must have been a nine foot
15      span.
16
17 SR:  I had nothing to do with that. I never confessed
18      to that. You're still accusing me.
19
20 TS:  I coulda, I coulda had you on that except for
21      La Bar. Fucking Otto come right out and told me.
22
23 SR:  Ah, Otto couldn't a told you that.
24
25 TS:  Ask Otto.
26
27 SR:  Yeah I have to go there. I have to take him
28      and his buddy up to look at Jensen's truck.
29
30 TS:  Well then why don't you fucking right, come
31      right out ank ask Otto?
32
33 SR:  You know Otto might be thinking of something

103

else that he told you cause you know I don't want
people to pick me up. Because then there's some-
body else that knows something. The only one I took
anywhere when I done anything that wasn't right
was you, you know. In Tobyhanna that was it.

TS: Well you, I can't just fucking believe that when
you went up there. All right. All right. I don't
want to know nothing else.

SR: There, there isn't anything you have to believe you
know.

TS: Yeah.

SR: The only thing that I want to do is make sure that
I come out all right. And you come out all right.
And I can't make sure you're going to come out
right. See you know what the second deal they
offered me was? If I turn over you I can have
my vehicles back and it's all over tomorrow. No
court trials. No nothing. They want a name. Tell
us who's behind it and you can go. And then they
hint around to the guy you used. The guy that used
to be a cop in Mt. Pocono. They're looking for a
name now you know. I aint giving them nothing.
I aint giving them a fucking thing. It'd be so
easy for me to wrap you up.

TS: You're telling me.

SR: It would be too fucking easy.

1  TS:  Okay. All right. I'm going to cover this. I hate to
2        keep hounding on it. But you got your ass covered
3        on the one in Mt. Pocono right.
4
5  SR:   I have my ass covered on all three.
6
7  TS:   I don't want to care about. The only ones I want
8        to worry about is that fucking car in Mt. Pocono all
9        right. My name came up on that deal too.
10
11 SR:   That's because you said it was hot.
12
13 TS:   Well.
14
15 SR:   You shoulda never done that.
16
17 TS:   And I guess now I figured that out. All right. I
18        Should never have. I shoulda just kept my mouth
19        shut and not told a fucking word to nobody. okay.
20        There we go. You got that one covered right? You
21        didn't have anybody drop you off there? Cause
22        they seem to think its a woman.
23
24 SR:   Oh, no.
25
26 TS:   They seem to think it is a woman.
27
28 SR:   No. Well they should get their stories straight.
29
30 TS:   Yeah okay.
31
32 SR:   Why do they want to bring us to court and say
33        that I sleep with Joyce and I fuck Joyce right.

That's no problem. They seem to think they can make Fran mad. We'll see when I tell you Fran knows everything. Fran knows everything. When it comes to me and other women and relationships. Now you find that hard to believe, but Fran knows what goes on. Fran'll say, yeah I know that he screws Joyce. Yeah I know that he raises Joyce's kids. I know that Steve bought Cindy's car for her. She knows all that. So when they try to pull this shit off in court, Fran knows it. She has all answers down pat. I covered all the bases.

TS: You're saying that Fran knows all this shit.

SR: No, as far as anything illegal, nobody knows.

TS: Oh.

SR: Nobody knows, Fran doesn't know nothing. She doesn't.

TS: How did ?

SR: If she didn't know you when you called on the phone.

TS: Nobody, nobody dropped you off at Squiddley's home when you took the VIN plates in there ?

SR: Short walk. Lives in Devil's hole. You told me where he lives. You were right. I found him right away.

TS: Okay let's go.

1  SR:  They're only backup ace is.

2

3  TS:  Okay a hundred percent that you went to Honesdale
4       alone on that arson.

5

6  SR:  Yup. They're all you know all this stuff is back up
7       material. I do everything alone. VIN plates are
8       only to be used on Squiddley plus a witness that
9       Squiddley hired. I have him all ready. Back up
10      if I have to go that route.

11

12 TS:  I can't believe that.

13

14 SR:  Well you don't have to.

15

16 TS:  Well then you.

17

18 SR:  There are people that.

19

20 TS:  You just fucking confide in somebody else there
21      Steve.

22

23 SR:  No. I got him on a back up plan and that's all.
24      You know for $5,000 he'll take his chance on prison
25      because that's where he's from. That's the only life
26      he fucking knows is prison. I got him on a back
27      up plan. He don't know what, where, how or any-
28      thing you know. For $5,000 he'll fucking do it. If
29      I don't get him for perjury I can get him this
30      way you know. There's no way Squiddley's going
31      to remain a cop in there. If I miss with the
32      first plan I'll get him with the second. If I miss
33      with the second, I'll get him with the third. But

1    I will not miss. He's gotta go. He's going to go
2    that's it. He's fucking dirt, trash. I don't care
3    what you want to call him he's gone okay? I'm
4    just waiting for the time to come right.
5

6  TS:  Okay.
7

8  SR:  I just want to see him get on the stand and lie.
9    He's going to lie you know. Because he's done
10    it already at the fucking hearing. He's going to
11    lie. And then we can get him for perjury. That
12    looks good. The biggest thing I wanted from
13    you. But you shut your business down. Now
14    you don't have nothing to do with the garage.
15

16  TS:  No, I have nothing to do with it.
17

18  SR:  Dean goes over there a lot.
19

20  TS:  Well Dean's kid works up there for.
21

22  SR:  Now how about the paperwork. The bills and
23    stuff?
24

25  TS:  Nothing there.
26

27  SR:  You, you have them all? Could you go through
28    them. Find receipts, tapes and stuff to give me
29    a hand with them?
30

31  TS:  I don't have any of that stuff anymore.
32

33  SR:  What did you do just.

1  TS:  All burned. It was all burned up. I went up
2       there one day and Paul was cleaning out the
3       back room there and he burned up all that shit.
4
5  SR:  I'm talking about. Tom I'm talking about titles.
6       The records that you kept you know. Like I kept
7       records of every receipt we ever made and put
8       in the filing cabinet. You didn't burn that God
9       dam shit.
10
11 TS:  Yep.
12
13 SR:  You mean you burned the fucking titles? I can't
14      believe you did that.
15
16 TS:  No any garage has a bunch of titles.
17
18 SR:  Okay, but did. did Don Williams talk to you at all?
19      Did he tell you?
20
21 TS:  Who? What about that brown truck?
22
23 SR:  That he was in the barracks. Don Williams.
24
25 TS:  No, now wait a minute. Yes he did tell me that.
26
27 SR:  Yeah and what's his name.
28
29 TS:  He said he went up there alone. Ah Horek. It was
30      him.
31
32 SR:  Williams didn't go alone though.
33

1   TS:   I want to know some more. I want to know.
2         Can you get back to me on this?
3
4   SR:   Yeah.
5
6   TS:   All right. Cause what I want to know. I don't
7         give a shit if anybody took you up there or
8         whether they didn't take you up there. You said
9         you went up on a motorcycle and the shoe, shoe
10        leather express, when that arson.
11
12  SR:   Yeah.
13
14  TS:   Okay I want to know the date or approximate
15        date so that I can start covering my ass a little
16        bit here.
17
18  SR:   Yeah will I'm telling you we can cover each other's
19        but I can't, we can't help each other if you can't
20        come up with these facts. Now see, the fact is,
21        on the blue truck right. The one that they're saying
22        they got. The blue truck and the brown truck was
23        together. Chris Nauman will testify against that.
24        When he ran out of gas coming back from that
25        transmission job that was done on that truck
26        right. I went and picked him up with my brown
27        truck and we raced back at 160 miles an hour
28        and I talked to Chris and he remembers it and
29        is willing to testify.
30
31  TS:   Now I don't know nothing about that.
32
33  SR:   Yeah well you should have a receipt from the

1       transmission job that you billed Stricklands
2       for okay. And um, that'll give me a date that
3       I can count on.
4
5   TS:   I'll look.
6
7   SR:   That'll give me a date that I can count on. If
8       not I can go to the place. Norm's Transmission
9       is the one that did it remember.
10
11  TS:   Well that's what you'll have to do.
12
13  SR:   Right, but if you can find it I want to get all the
14      paperwork I can for that. And as far as the
15      transmission goes on the truck right. Everythings
16      clean on that, but they say it's not you know. I
17      knew they was taking the truck three weeks before
18      right. They come and got it so I took everything
19      apart. Everything. I mean every fucking thing
20      okay. I have a receipt for the motor, and you
21      know where the receipt comes from for my trans-
22      mission and transfercase. From you. And you know
23      what?
24
25  TS:   Out of my fucking garage again.
26
27  SR:   No. I had that job done there. I couldn't do it.
28      And what's his name that worked for you took it
29      to the place in Blakeslee. But I don't have the
30      bill from Blakeslee. I have the bill from you.
31      Your guy billed me and I paid him 700 and some
32      dollars for that job. And I have that receipt.
33      It was done by his sister whoever that blonde

1       was.

2

3    TS:   That was when Chester was running.

4

5    SR:   Right.

6

7    TS:   And I didn't even know anything about that.

8

9    SR:   Okay, but that was perfectly legal. They put it
10         in there. They rebuilt it and put everything
11         in there okay.

12

13   TS:   Who did?

14

15   SR:   That transmission place. In Blakeslee over there
16         at the corner.

17

18   TS:   Well go back there.

19

20   SR:   Well that's why I went. You should have a bill
21         from them.

22

23   TS:   He never billed me. That was probably just
24         direct.

25

26   SR:   Well see, then I have to go there and get a
27         bill. But all this leg work I'd like to be taken
28         care of soon so it can be done. All they can
29         come up with is.

30

31   TS:   I'll try to get that information for you. You try
32         to dig up when that arson was.

33

112

1  SR:  I can get you that date.

2

3  TS:  And you're, you're telling me right now that you
4       went up there alone.

5

6  SR:  Tom there was nobody else involved.  Not never.
7       You're the only guy that I've ever been involved
8       with.  That's why it looks so fucking bad when
9       you just walked away.

10

11  TS:  The thing.

12

13  SR:  You just walked away.

14

15  TS:  Steve the thing that bothers me about that is,
16       Steve I know, if you went up there to burn them
17       fucking trucks they'd burn.

18

19  SR:  I do what I want to do because it doesn't look
20       right in your eyes doesn't mean it's not right
21       I do what I want to do. You know what I want
22       to do? I want to slap them in the face because
23       they want to make me mad enough, they want
24       to make me mad enough to come and blow your
25       brains out. They want me to tear your fucking
26       head off don't you understand? I'm not going
27       to be provoked into doing anything I don't want
28       to do. And they're not gonna. They sit there and
29       smile and say Smithers...

30

31  TS:  You mean.

32

33  SR:  is stabbing me in the back. Squiddly comes over

113

1  puts his arm around me says you know what?
2  When you go down for this none of your friends
3  are going to help you. They're turning on you
4  right. They're turning on you. They're telling.
5

6  TS:  Dave Swiderski talked to you?
7

8  SR:  Yeah.
9

10  TS:  About this case?
11

12  SR:  Yeah.
13

14  TS:  Yeah.
15

16  SR:  When they arrested Dave Pickens. I took $2500.
17  and bailed Dave out. Swiderski worked Dave
18  over. And Swiderski come outside and said, "I
19  didn't know he was your friend or we wouldn't
20  had any trouble". He got in a fight in Joyce's
21  house. There was three guys. Dave and two
22  others. And the other two guys didn't get ar-
23  rested.
24

25  TS:  And Dave told you about this case?
26

27  SR:  Yeah, and um, well, he's trying to pump me for
28  information. What they're trying to do best is
29  get me angry at you. That's why I can't under-
30  stand. You shouldn't have fucking walked away.
31  You should have seen me every day. Every fucking
32  day you should have seen me. And I went down
33  with the cash and bailed Dave out and they still

1    had to take him to jail. You can't fucking trust
2    nobody.
3
4  TS:   That's what I mean. That's what I want to
5        know the date that you went up there. You mean
6        you didn't want to burn them?
7
8  SR:   I did what I wanted to do. I slapped them
9        in the face.
10
11 TS:   Fucker, you didn't use gas or anything like that.
12
13 SR:   I did what I wanted to do. When um, you get
14       your biggest laugh when the Honesdale Barracks
15       is crippled and has nothing to drive.
16
17 TS:   Whose fucking is that?
18
19 SR:   You'll get your biggest, you'll have to stop this I
20       spy shit. The whole world isn't watching me.
21       There's no reason we can't talk. There's reason
22       we can't pull together you know. Check anything
23       you want. I'll meet you any place you want any
24       time you want. I aint scared of nothing or
25       nobody.
26
27 TS:   All right.
28
29 SR:   Never was and never will be you know. It isn't, it
30       just isn't in my nature.
31
32 TS:   All right when we get out of the truck how, how,
33       why, why couldn't you fucking say that in here?

115

1 SR: Well because I'm still careful what I say okay.
2

3 TS: All right.
4

5 SR: I'm careful what I say because I don't like
6      anything being tape recorded. I don't. You
7      did it to me once.
8

9 TS: Well that fucking recorder that I had wouldn't
10     run this long you know that.
11

12 SR: Well there's all kinds of ways you know. This
13     sophisticated equipment is hard to come by.
14     They have to come up with rules and reasons to
15     use them. And back and forth. I can get
16     anything they can fucking get. But what we
17     want to do is get everything taken care of. One
18     step, one vehicle at a time. I want to try to
19     take one foot at a time.
20

21 TS: I can't fucking believe that you went up there.
22     Lit them fucking trucks or fire just to slap
23     them in the face.
24

25 SR: You know it's the hardest thing.
26

27 TS: I don't understand that.
28

29 SR: You'll ever have in your entire life is understand
30     me because I can't be understood.
31

32 TS: You mean you only want to burn them a little
33     bit ?

SR: I can do what I want to do you know. What they
try to do you know. You don't even know what
they did. You know what they told you.

TS: Yeah I know. I don't understand that. I don't
understand what the fuck you'd even think about
doing something like that. You're fucking out of
your mind.

SR: You know what, you know what them cops told
you and they're not telling you the truth okay.
The same as they're not telling me the truth or
anybody else the truth. They told me right
there in Harrisburg that the only vehicle that
was burned was mine and there was gas trails
that went around it and on top of it. But mine
was the only one that was touched okay. Now
anybody that is anybody that knows anything
about that fire knows that isn't true okay. So
that's a way of finding out who knows what.
Nobody knows it. They say they had all the
evidence they wanted before. You know what?
They didn't touch my truck until six months
fucking later. None of them moved. They have
one guy from New York City that checks them
vehicles out and only one guy. They didn't take
them to Harrisburg like they said they did to
check them out. Because I had a guy sit
there from the day mine went up there until
just recently and watched them every fucking
day. I paid that guy to sit there. Them
vehicles weren't moved. I know who looked at
them. And when they looked at them. And I

1   paid for that. And that's how I know. They're
2   fucking bull shitting you the same as they're bull
3   shitting everybody else. They've got shit or they
4   wouldn't be plea bargaining me. How can they
5   drop 20 fucking charges like that. It's bull
6   shit. And you're beginning to swallow it. If you
7   fucking can't trust me you got a problem.
8   Because there isn't anybody out in that fucking
9   world that I've ever screwed ever. And that's
10   another thing they can't understand. They think
11   everybody's lying for everybody.
12

13  TS:  I haven't been up there. I haven't been up
14      there to look at them.
15

16  SR:  We can go right now. Walk right up there and
17      walk right out back, say hello, knock on the
18      fucking door.
19

20  TS:  But, but I was supposed, but I was supposed
21      to be involved in this fucking arson. And you
22      mean to tell me, you're sitting there and that
23      Bronco ain't burned up? It ain't even burned?
24      You said it was the flames went around it
25

26  SR:  No, that's what they said. You're not listening to
27      me. That's what they said. So that I would come
28      out and say no, mine wasn't the only one. They
29      were all fucking burned. That's what they
30      wanted to hear me say okay. I didn't say no-
31      thing. I said ah, that's news to me. I don't
32      know anything about it. There's a whole lot
33      more damage there than anybody knows or any-

1    body said okay. I can tell you that for sure.
2

3    TS:   Then you did burn them all the way up? They're
4          not burned up?
5

6    SR:   No you can't burn steal. You have to get pretty
7          fucking hot don't you think?
8

9    TS:   Well then why the fuck. The day that you came
10         to my house did you say let's go steal it? You
11         know for a fact that we wouldn't go steal that
12         fucker out of there didn't you? You wanted
13         to just ask me to see whether I'd go. That's
14         what it fucking amounts to right?
15

16   SR:   Right. Well see before I asked you to do that
17         right. You know before I asked you to go that
18         night.
19

20   TS:   Well then quit.
21

22   SR:   That was another test. I was testing you to see
23         if you would go. I was sure you wouldn't go.
24         That's why I come back twice. I was hoping my
25         information was wrong.
26

27   TS:   You did come back over to my house twice.
28

29   SR:   Yeah I was hoping my information was wrong.
30

31   TS:   I couldn't remember whether you came over
32         once or whether you came twice. You did come
33         back a second time. See then you crazy son of

1       a bitch you went up there alone.
2
3   SR:   See.
4
5   TS:   Did you burn all the vehicles? Excuse me.
6         How can I word this. How can I word this
7         thing?
8
9   SR:   You shouldn't know. It won't do you any good
10        to know and you shouldn't know. Because if
11        they start to ask you about that and you do
12        know something that you shouldn't you could only
13        get it from one other person.
14
15  TS:   I didn't.
16
17  SR:   You'll get your self trapped.
18
19  TS:   Okay I don't want to know. But I want to
20        know one thing.
21
22  SR:   Um huh.
23
24  TS:   Is the Bronco burned up?
25
26  SR:   Completely.
27
28  TS:   Yeah.
29
30  SR:   It's gutted.
31
32  TS:   It's gutted.
33

1  SR:  You can't melt steel in a motor okay. There's
2       no paint left on it. It's wall to wall rust. It
3       doesn't matter. It was done legally. You know
4       you could legalize that Bronco for me. You
5       know there's two people there's a special title
6       for that piece of paper to have it done.
7
8  TS:  I don't know anything about what the fuck you
9       did there.
10
11 SR:  But nobody knows how you legalize a vehicle okay.
12      Anybody. If I buy a new cab from Grey Chevrolet
13      you know what they tell you to do? Take your old plate
14      off and pop rivet it on your new cab. Now that's
15      illegal. But everybody does it okay. Everybody.
16      And the form that I got that had to be filled
17      out either by an inspection man or a state police.
18      That I got. For that fucking Bronco. All of that
19      is minor bull shit. And it all can be proven very
20      easily. There was no real fucking laws broken!
21
22 TS:  But what they're trying to do.
23
24 SR:  Well fuck them.
25
26 TS:  Okay.
27
28 SR:  You want to move? You want to go up in Alex's
29      parking lot?
30
31 TS:  Who's Alex?
32
33 SR:  That blue house. Sit in the parking lot up there.

121

1   TS:   No.

2

3   SR:   Nobody can go there.

4

5   TS:   Let's go back over across the street

6

7   SR:   Let me take my truck over.

8

9   TS:   You want to go over here?

10

11  SR:   All right.  I'll take my truck over.

12

13  TS:   All right.  Meet you right over there.

14

15  SR:   Okey doke.

16

17  TS:   He just get out of the truck, I mean out of the
18        car. He's going over to get the truck. Gonna
19        meet in the Methodist Parking lot. If you've
20        got enough just drive through the parking lot
21        one time and that'll end it. I see you sitting
22        there. Shut that van off. I'm going in the upper
23        part. I think you'll be all right yet. If you've
24        get enough just drive through the parking lot.
25        I'll know then.

26

27  SR:   You know if I wanted to get out from under the
28        whole thing I'd of gave them your name you
29        know. If I wanted to do any harm to you or
30        turn you in or get you any trouble or have you
31        sitting right next to me I'd of already done
32        it.

33

1  TS:  That's what I thought you fucking guys did.
2      Because you and Otto that fucking lie that I
3      threatened him. I thought you were just trying
4      to use my name get in there to help. I'd be more
5      fucking help to you if I was out looking at you.
6
7  SR:  Listen as far as threating Otto you say you didn't
8      and he says you did.
9
10 TS:  Well you know fucking well I wouldn't threaten
11     Otto.
12
13 SR:  No, I don't know you that well. I'll tell you, you
14     know the something about me as they know about
15     you. You're a lying cheating thief the same as
16     I am.
17
18 TS:  Yeah.
19
20 SR:  Let's face it
21
22 TS:  Yeah.
23
24 SR:  It isn't any different on what level you do it on.
25     It's the same. And Otto wouldn't lie if he had
26     to. And when it comes down to fucking Lynett
27     threatening Otto   I believe it too. Because
28     it
29
30 TS:  You know why I  threatened him?
31
32 SR:  The words that yeah the words that Lynett used
33     is you could tell it would only come out of his

123

1      mouth.

2

3    TS:    Yeah.

4

5    SR:    He threatened him. He said "anytime we want you
6           Otto we can just set you up with dope and you're
7           gone." He said "you come talk to us now because
8           we want you to not because you want to." And they
9           took all four of them cops over there and quest-
10          ioned Otto.

11

12   TS:    Yeah.

13

14   SR:    And that was one of your buddies from Tobyhanna.
15          Did he tell you he did that?

16

17   TS:    Who Flugel?

18

19   SR:    Um huh. He questioned Otto.

20

21   TS:    No, I didn't know anything about that.

22

23   SR:    And ah, one from Tannersville.

24

25   TS:    I don't know no fucking cops from Tannersville.

26

27   SR:    Yeah you do. He's the bald one. The one you
28          one time said you didn't like. The chief down
29          there.

30

31   TS:    Oh.

32

33   SR:    Staples.

1   TS:   Rick.

2

3   SR:   Yup, and Lynett, and Squiddley they all pumped
4         on Otto. And then he just got mad and walked
5         out. That's when they accused him of everything.
6         They even took a couple of his TVs to check the
7         numbers to try to scare him. They wanted Otto
8         to say something about me but Otto doesn't know
9         anything to say anything. So how could he say
10        anything.

11

12  TS:   All right.

13

14  SR:   You know nobody, but nobody knows nothing. But
15        I'm telling you, you ought to give fucking Flugel
16        the wide berth if you think anything of him at all.
17        Because what they're trying to do is drag him
18        into it with you and if they find something bad to
19        say about him to come up with reasonable doubt
20        that he lied for you right.

21

22  TS:   Un huh.

23

24  SR:   It's gonna put you right back in it and him to
25        you know.

26

27  TS:   Okay if I want to get a hold of you to talk
28        Somemore.

29

30  SR:   You'll have to.

31

32  TS:   Is it all right if I do it this way?

33

125

1  SR:  Yeah.

3  TS:  Okay all right I got.

5  SR:  Anytime anyplace. Yeah I have to get to Liz's
6       before she goes to bed. You're right there's
7       plenty more you got to talk about.

9  TS:  All right

11  SR:  Shouldn't wait.

13  TS:  Anything you want to talk about say hello to Liz.

15  SR:  Don't wait to fucking long.

17  TS:  We'll have to. That's all I need. That date.
18       We'll you get the date that you were up there
19       and and ah.

21  SR:  Date's no problem.

23  TS:  On that arson.

25  SR:  I have the dates that the vehicles were supposed
26       to be stolen. The date that the arson was sup-
27       posed to be. What year they were. You know they
28       say my truck's a GMC because of the horn ring.
29       I took that horn ring out of Stanley's truck and
30       put it in my truck you know.

32  TS:  I don't want to know nothing about that

1   SR:   Well you'll have to. You'll have to know about it
2         to make sure that you're not involved in any-
3         thing.
4
5   TS:   All right.
6
7   SR:   You know I want you to go over every piece. This
8         is why I want to get back into trusting you.
9         Because I want you to go over every fucking piece
10        that I'm going to give to the lawyer. I want you
11        to be there when I talk to him. I want you to
12        know everything. And if you don't think that's
13        the right way to go I want you to say something.
14        Because I know you. You say yes and tomor-
15        row you mean no. You give people things that
16        you don't really want to give to them. You can
17        borrow it right, but you don't really want to
18        loan them.
19
20  TS:   Yeah
21
22  SR:   That's the type person you are. I want you to
23        go over every fucking piece.
24
25  TS:   All right. You have your attorney call me.
26
27  SR:   Well he will, but I want you and I to get it
28        straight before we sit down with them two
29        attorneys. Like when you had that van problem.
30
31  TS:   Yeah.
32
33  SR:   We sat down and went over everything we will

127

1       supposed to say before we went to the attorney right.
2       We knew what we were supposed to say when we
3       went to him. And I want to do the same thing
4       before we sit down in front of the attorneys.
5       Because if I have to pay for more attorneys that's
6       fine. I'd rather get another one for Fran because
7       Vican can't represent her too. So I don't care
8       how many attorneys.
9

10 TS:   I'll call you there then.
11

12 SR:   You call me there or over here and I'll be at the
13       car wash all day tomorrow.
14

15 TS:   Okay see you later. I'm back behind the playhouse.
16

17

18       END OF TAPE 24A SIDE TWO, CASE NO. 21-298
19       DATE: JANUARY 14 1986.
20

21

22       TAPE NO. 25 SIDE ONE, CASE NO. 21-298
23       DATE: JANUARY 19, 1986, CONVERSATION
24       AT THE TWIN ROCKS DINER
25

26

27       I, James A. Dill, Special Agent, Bureau of
28       Criminal Investigation, Office of Attorney General
29       investigation number 0038 am placing a body trans-
30       mitter on the person of Thomas Smithers this
31       19th day of January 1986, at 8:40 A.M. Do you
32       Thomas Smithers voluntarily consent to the plac-
33       ing of this device on your person and record

1
2     your conversation with Steven Romansky?

3  TS:  I do.
4

5     James Dill: Surveillance initiated at 9:29 A.M.
6

7  TS:  Okay.
8

9     James Dill: Good luck.  Static - radio.
10

11  TS:  You gonna be there first?
12

13     James Dill: Yup, so let us drive by.  Turn your
14     radio up.
15

16  TS:  He's coming in behind me.  Just got off 84.
17

18  SR:  Let's park out back.
19

20  TS:  You want to park out back?
21

22  SR:  You go in and get a coffee or something.
23

24  TS:  You buying?
25

26  SR:  Yeah.
27

28  TS:  What you don't want to sit in my car?
29

30  SR:  Huh?
31

32  TS:  You don't want to sit in my car?  Steve.
33

1   SR:   Did you park in the lot or the road?
2
3   TS:   Why?
4
5   SR:   Cause I though that was.
6
7   TS:   Let's go in here. Where do you want to go?
8
9   SR:   There's a spot.
10
11  TS:   Can we go over there and sit or any place?
12
13        Female. It's up to you. Just for two?
14
15  TS:   Yeah, unless you brought a couple girls. You
16        got a couple extra girls? Business is dam
17        good here.
18
19  SR:   Looks like it's a hot joint huh? I know I spent
20        a lot of nights laying out there in that parking
21        lot.
22
23  TS:   Huh?
24
25  SR:   I spent a lot of nights laying in that parking
26        lot.
27
28  TS:   What were you doing out there?
29
30  SR:   Working on tractor trailers.
31
32  TS:   Oh really?
33

1   SR:  You want to write this stuff down on something?
2        I need the paper. I got the rest of my in-
3        structions here.
4
5   TS:  What this date. September 29, 1984.
6
7   SR:  Yep.
8
9   TS:  What this 1960?
10
11  SR:  That's the combination.
12
13  TS:  Oh. What's this date for?
14
15  SR:  That's the one you asked me for. That's when
16       they had that truck followed home by. Wiring
17       diagram. Look at that truck.
18
19  TS:  That fucker looks like it should do 200 dollars,
20       200 miles an hour.
21
22  SR:  You know what? The new comings is pushing
23       out 600 horses, and it's only a six cylinder. A
24       100 horses per cylinder.
25
26  TS:  600 in there?
27
28  SR:  Yup.
29
30       Famale: Good morning.
31
32  SR:  Good morning.
33

1   TS:  Good morning.

2

3         Famale: Coffee?

4

5   TS:  I'm coffeed out.

6

7   SR:  I'll have milk and ah, I'll have scrambled eggs.

8        Give me a double order of scrambled eggs, a

9        slice of ham and a double order of toast.

10

11       Famale: No home fries?

12

13  SR:  No thank you.

14

15  TS:  Getting close to lunch huh?

16

17       Famale: Are you ready to order?

18

19  TS:  I'll just have a couple eggs over.

20

21       Famale: Over easy?

22

23  TS:  Yeah, and ah, sausage and a glass of milk.

24

25       Famale: You want anything else with that?

26

27  TS:  Nah.

28

29       Famale: Okay thank you.

30

31  TS:  Thank you.

32

33  SR:  That car wash on 940 would be a good invest.

1     ment. 400 bucks a day pretty good. I just got
2     the water in there working again. Did you find
3     out why the cops stopped at your place?
4

5   TS:  I don't know. I just hope they didn't find out
6       about me seeing that report up there coming
7       out.
8

9   SR:  So what if they did? Who can prove you looked
10      at it?
11

12  TS:  Huh?
13

14  SR:  Who can prove you looked at it?
15

16  TS:  He wouldn't give me a copy of it. Those things
17      mean anything to you. It was in the report.
18      Those are the things that I highlighted, but
19      actually there's not much of anything else there.
20

21  SR:  What does it look like now.
22

23  TS:  There's a, There's a Dorphin Construction or
24      something like that near this place.
25

26  SR:  There's a building, there's one behind it
27

28  TS:  Is that what that is?
29

30  SR:  I don't know what the name of it is though.
31

32  TS:  What is it a wooded area?
33

1  SR:  Through high grass.
2
3  TS:  There was two people and something about paint
4       cans.
5
6  SR:  There's ah, no high grass that I know of. I
7       know for sure there's no two people and there's
8       nothing about any paint cans. They confiscated
9       fiberglass cans from my house while we were
10      doing fiberglass work for some reason, but I
11      don't think that means much seeing how I
12      have three different brands of fiberglass in
13      there you know. I don't know what they
14      want them for they left a receipt for them.
15
16 TS:  What day did they come to your home?
17
18 SR:  The same day they picked up the truck. They
19      asked to search the basement for the Firebird
20      They walked through and checked everything out,
21      but they didn't find nothing.
22
23 TS:  Well.
24
25 SR:  Golden's the one that always calls the house. He
26      says were just about ready to make an arrest,
27      we think whoever took your Firebird and start-
28      ed the fire. I said, "well that's good because I'd
29      sure like to have my Firebird back," and he does
30      that about once a week. See they don't play
31      games like that if they have evidence they just
32      come get you. Know what I mean.
33

134

1  TS:  Um huh.
2
3  SR:  They tried to do a shake down. They're pushing
4       their limit with the dates. Their plot bothers
5       me.
6
7  TS:  What?
8
9  SR:  Two people through a wooded area. You should
10      know better than that.   Did you ever see me
11      take anybody or ask anybody for help when I
12      was doing something I wasn't supposed to
13      be doing? Who else do you know who could do
14      some thing like that?
15
16 TS:  I'm trying to think how they would think.
17
18 SR:  Well they would think that someone else has
19      to be in on it because it's impossible to do a-
20      lone. That's the same kind of bull shit they
21      tried to pull on Otto with the Firebird. They
22      had to try to convince themselves that some-
23      one else had to be there and they tried to in-
24      sinuate that it was Otto, because nobody knew
25      where it was.  They told Otto it was at the Mt.
26      Pocono garage which is your garage. And that's
27      all they told him and that's where Otto though
28      it was. As far as the building, it was taken
29      from I ain't never been there and I never knew
30      where it was. Never knew it existed. I ain't
31      seen Swiderski in a long time do they have him
32      on duty. Lynett has been out with back trouble
33      for a long while.

1   TS:  I haven't seen any of those guys. I try to steer
2        clear of them.
3
4   SR:  He keeps trying to get into the State Police. They
5        keep turning him down his dad said.
6
7   TS:  Who's that?
8
9   SR:  Lynett.
10
11  TS:  Oh.
12
13  SR:  I seen his dad at the funeral.
14
15  TS:  Where is that barracks from here?
16
17  SR:  You see the road you parked by?
18
19  TS:  Um huh.
20
21  SR:  You go straight up this road. There's a red light
22       there. There at the red light you keep going
23       straight through. Keep on that one. Go clear around
24       the mountain and you come in behind the barracks.
25       You going?
26
27  TS:  Um, Um, no way.
28
29  SR:  Why we could go up and say hello. We have every
30       right to be there. You know when they impound-
31       ed my Bronco I come up there. We got special
32       permission from the Attorney General's office.
33       Ablen, Greg Ablen the attorney general in charge

1   of the case, we got him on the phone and asked if
2   we could go up and take pictures of the Bronco
3   with a professional photographer all right. And they
4   didn't like that at all and wouldn't let us take 'em
5   and then Vican came up and got things worked out.
6   I had the forms that told you where to put my
7   plate right and the paperwork I had filled out for
8   the plate and every. And as far as the Firebird
9   goes they got nothing on it nothing. Squiddley said
10  we run a number on it and it came back hot. Otto
11  said they run all the numbers on it they could and
12  nothing. They run every number they could on that
13  car and he took it in because he didn't want to
14  believe it wasn't hot.
15
16  TS:   I saw Otto at the diner yesterday and he wouldn't
17        even say hi to me.
18
19  SR:   Where's that in Mt. Pocono.
20
21  TS:   Yeah.
22
23  SR:   You got him nervous. Otto's the nervous type.
24
25  TS:   Who's that guy hanging around there?
26
27  SR:   I think he works here. I think Chuck put a
28        deposit on the truck. He works for the same outfit
29        that Otto works for. Otto's doing construction work
30        now.
31
32  TS:   You have no idea what these cops want to talk to
33        me about, huh? I haven't heard from them for

1     months and months and months. Then you and I
2     talk and cowam.
3

4  SR:  Well you know I feel the same way. I think it's
5     basically. For one thing I felt right after I talked
6     to you right I ran into Horek at the mall and
7     chased him out of there everytime he sees me he
8     runs for some reason. And three days after that
9     I got a call from Vician about the arraignment you
10    know. So how do you think that makes me feel.
11    Only three days after I see the both of you this
12    happen. And before that it was the same way three
13    days after I went into talk to them cops. They
14    tried to hook me up with everything. Extortion
15    Vician, a case with Vician I guess. Vician had a big
16    fire. It wasn't. It wasn't a small time thing. Did
17    they give your records back? Your inspection
18    records?
19

20  TS:  Nah, they're still going to call me in on that.
21

22  SR:  Are you past the date you'll have it?
23

24  TS:  Yeah.
25

26  SR:  Who's name is on my inspections?
27

28  TS:  I don't remember who the hell's on them dam
29    things. They came and got those on a generic
30    write-up investigation.
31

32  SR:  Yeah, but you can get'em. Tell your lawyer to
33    subpoena the records or copy them. They have

1 to copy them and give them to you. Have to even
2 if you did it, it shouldn't be a problem, but we should
3 get the names for sure. Because I ain't never wrote
4 in them myself never. Did they take all of them?
5

6 TS:   All of the inspection records.
7

8 SR:   You know that may be one of the biggest parts. Everything
9 I ever owned had to be inspected by you everything.
10 The other day while I was at work they took the number
11 off the Gray Ford. They took the number off the Bronco,
12 Truck and the Firebird they all have to be found in
13 that fucking book because I never got em anywhere
14 else. My Mom and Dad's Car.
15

16 TS:   All right I'll see what kind of questions their going to
17 ask me.
18

19 SR:   The only thing they'll ask you is if you knew anything
20 about my Firebird. And it's going to be a bitch
21 for you to deny you did that because hell everybody
22 knows that when Otto drove that Firebird in there you
23 told Otto to get that car out of there because it
24 was hot. Unless you can pull something off like saying
25 you just said that to Otto to scare him. That's
26 gonna be tough.
27

28 TS:   You know I was talking the other day. How about that
29 arson out there at S and S Lumber out there. You got
30 your self really covered on that one?
31

32 SR:   I got the money out of that already. So I stand
33 pretty well covered. They um, as far as arson goes

139

1    they have a new officer down there now by the name
2    of Decker.
3
4  TS:  Who?
5
6  SR:  Decker
7
8  TS:  Decker a friend of yours.
9
10  SR:  You know the new investigator job now. The invest-
11       igator for Monroe County. He's the fire investigator
12       for Monroe County, down Monroe County now. Don
13       Decker.
14
15  TS:  Don't even know him.
16
17  SR:  He's the fire marshal.
18
19  TS:  Fire marshal. For what the state or just Monroe
20       County?
21
22  SR:  Monroe County.
23
24  TS:  Monroe County.
25
26  SR:  It's his job to investigate fires.
27
28  TS:  I heard they had an ID on your truck that night.
29       Something about the Bronco or something.
30
31  SR:  They had it. They had the Bronco
32
33  TS:  They had the Bronco.

140

1 SR: They had all my vehicles. Yep, and as far as Mike's
2  house goes I got my $16,000 from Mike right. I
3  paid everybody off that I asked to help on his house.
4  I called that in it's just fair and square that's all
5  I wanted out of that. If I do a favor for somebody
6  in return for a favor and they tell me they're going to
7  help me get my loan, make sure I get everything I
8  want through S and S and then they back out they
9  better pay me for the work I did for them. That's only
10  fair. People don't screw me then walk away from me
11  you know. Do you know how much money I would
12  have got paid if they did what I had to do.

13

14 TS: That must of scared the hell out of them, huh.

15

16 SR: Hey that's tough. You know after Bob Marley's place
17  disappeared over in ah, the new $100,000 dollar home
18  that they just finished putting the new carpet in.

19

20 TS: Over in Readers? Is that big S and S territory?

21

22 SR: It was only like three months latter and his house
23  in Florida burnt down he lives with his daughter
24  now in California. They can run, but they can't
25  hide. Ain't possible. You know, you see what hap-
26  pened is ah, Bob Marley, Mike Palmisano, Tom
27  Kaufman and that asshole that tried to screw
28  you out of more money when we built your garage.
29  They're, they're close as brothers and they lie, cheat
30  and steal altogether. And then you get people like
31  Harley Fish that are good and wouldn't lie or steal
32  for anybody and they get rid of em and at least
33  a dozen other people I know because they tell

1    the truth about how Kaufman spends from 12 o'clock
2    to 4 o'clock drinking his lunch every day at Calhoun's
3    They have to go there to pick up their checks. They
4    don't want to hear that. They have to back every-
5    body up because. ah, the other owner the guy that
6    owns 49 percent. Ettinger. From Ettinger and
7    Wykoff he owns 49 percent of S and S. Him
8    Mike and Kaufman bought Bob Marley's 51 per-
9    cent. They had to do all that explaining to
10   Ettinger. I've done enough work for Ettinger
11   that I hope they don't buy it. See this is what
12   I'm saying. When I'm ready to get even with them
13   they know I'm ready to get even for you to sit
14   there and be worried about something after I
15   told you exactly what I would do. In the beginning
16   they was mad enough to hang you but they got over
17   it. I can just about understand why you did
18   what you did
19
20   TS:  That bothers me.
21
22   SR:  Well there's nothing they can do to you. How many
23        times did you ever see me take somebody with me?
24
25   TS:  I'm thinking there was, there was.
26
27   SR:  Like I told you out of 117 vehicles I had in my
28        entire life I had trouble with three. Only one
29        other person on the face of the earth knows about
30        them three and that's you.
31
32   TS:  There you go, there go lying. The other night you
33        said 128 when you got out of the car.

142

1   SR:   I said a 117 exactly. I have written records of
2           everthing I've ever done. Where they went and
3           who got'em. You know I didn't even complain
4           when I got screwed out of the money we brought
5           down from Pete's I never got my share of money
6           out of that from De Lease.
7

8   TS:   Yeah.
9

10  SR:   The night his eight kids were out. I never got my
11          half back. You know and I got stuff for all of
12          them, all of them.
13

14  TS:   I could have had sworn that you said 125.
15

16  SR:   117 vehicles and I told you about the car dealer-
17          ship I opened up too and it isn't no bull shit.
18

19  TS:   No you don't own no car dealership.
20

21  SR:   JR Auto Service.
22

23  TS:   You're so full of shit Steve you don't own no car
24          dealership.
25

26  SR:   JR Auto Service.
27

28  TS:   JR. Auto Service.
29

30  SR:   Is a new building I just built it.
31

32  TS:   Where up here some place?
33

1  SR:  Nope, it's 50 feet long. It's got two stories. 15
2       foot of garage by 13 feet of apartment over top
3       of it. It sits on 940 you can't miss it, it's got a
4       great big sign says JR's there's about 30 cars
5       parked out front
6
7  TS:  I don't understand what happen with that arson
8       up there though. I just don't understand
9       them.
10
11 SR:  There's nothing to understand. They're spitting in
12      the wind, if they try and prove anything. The
13      worst thing they can do is hang their self. That's
14      what's good about working alone. There's no one
15      there to hang you. You have to do it all by yourself.
16
17 TS:  You're saying you walked all the way from your
18      house up here to do this job?
19
20 SR:  You want to do it?
21
22 TS:  Huh?
23
24 SR:  You want to do it?
25
26 TS:  Me?
27
28 SR:  Yeah.
29
30 TS:  I'm too God dam old.
31
32 SR:  Just for the exercise.
33

1  TS:  I don't think you even did that job.
2
3  SR:  I spent two days.
4
5  TS:  I don't even think you did that job.
6
7  SR:  Spent two days doing that job. Two days.
8
9  TS:  You took two days to do that job?
10
11  SR:  Two days.
12
13  TS:  You're going tell me now that you went up there
14       twice.
15
16  SR:  No, I went up there about eight different times
17       and I had what's his name watch 'em for me for
18       the next two weeks just to see what they'd do.
19       And you know what? They say they found, they
20       found, found hidden numbers on the bodies and
21       things like that. That's bull shit, they didn't even
22       tear 'em apart they never left the parking lot. No-
23       body even took them apart. Nobody. It's all bull
24       shit.
25
26  TS:  You got that burned good though, huh?
27
28  SR:  Prefabricated bull shit.  Listen, once you get
29       numbers you can't burn numbers off no matter
30       what you do. That's all there is to it.  When
31       they pick 'em up in your possession they got the
32       numbers and the only thing they can possibly
33       get you for is possession cause there's no way

145

1    out of that because it's in your possession. It's a
2    fine. That's it. But the next step you have to do
3    is to prove you came by it legitimately. That's all
4    I have to do. That shouldn't be no major
5    problem.
6
7    TS:   Then why the hell did you even go up there then?
8
9    SR:   I don't like people that fuck with me. I don't like
10          people that take things from me because when they
11          do I take 'em back.
12
13   TS:   You didn't take 'em back.
14
15   SR:   Oh yeah, not yet, but I will.
16
17   TS:   Well I don't understand what the hell's the
18          point of even goining back up there. What the
19          hell did you even go back up there for then if
20          all they can get you with is just possession?
21
22   SR:   You know what possession can get you? Six or
23          seven years. That's what possession can get you
24
25   TS:   Nah.
26
27   SR:   They want to give me two years county time right.
28          They want to give me no time if I would tell them
29          who's in charge of this bullshit. You know what
30          the chances of that are? Slim and none. They
31          have to started plea bargain long before it's time
32          to go to trial. I mean even S and S those guys
33          didn't have a case and they knew they didn't have

146

1     a case right. There was no way? The best thing
2     they could do was make me spend money and
3     they waited to the last five minutes to drop the
4     charges.
5

6 TS:  How about that out there at S and S did you see
7       the cops pull in out there?
8

9 SR:  A basic timer. I was, let's see where the hell was
10      I? I was at least home or close to it before
11      that even started.
12

13 TS:  A what?
14

15 SR:  A timer.
16

17 TS:  You what a lot of television.
18

19 SR:  No, that's the trouble with you, you watch a lot
20      of television. All it takes is a battery, a battery
21      operated timer for that. They can't even tell you
22      what started it. They said it was some kind of
23      accelerant and they can't, they can't even under-
24      stand paint thinner, oil and gasoline. They get
25      something in their minds and they can't get.
26

27 TS:  What did you use?   What did you use?
28

29 SR:  They can't get it out.
30

31 TS:  What did you?
32

33 SR:  Paint thinner, oil and kerosene and ah, 15 tons of

147

1　　wooden shingles that sat there leaned up against
2　　the building. It looked like someone tried to
3　　start it first but they couldn't get it to work for
4　　some reason.
5

6　TS:　You're telling me that you used 50 tons. I didn't
7　　even know what was involved out there. That must
8　　have been a hell of a lot of money.
9

10　SR:　Wooden, wooden shingles.
11

12　TS:　Oh, I heard they had that fire out before it even
13　　did any damage.
14

15　SR:　It only did about 3,000 in the back of the building.
16

17　TS:　Oh. So you did a piss poor job there too.
18

19　SR:　The smoke damage killed em. That was the last
20　　thing that I had.
21

22　TS:　You know for such a smart guy you don't know what
23　　the fuck your doing.
24

25　SR:　If you want to see a good one, you just keep watch-
26　　ing the paper. I'll let you know when its time for
27　　a good one. You ain't seen nothing yet. I got the
28　　rest, I got the rest of my life to play with these guys.
29　　I don't have to do anything. I don't have to work
30　　for a living.
31

32　TS:　Well how did you light that one up? How did you
33　　light that one up there then? On a timer?

1    Did you run a lead cord from the state police
2    barracks out?
3
4  SR:  No, I wanted to stay and watch that one.
5
6  TS:  You watched it?
7
8  SR:  Yeah, there's only two guys on duty that's it. They
9       came back with nothing about twenty minutes
10      after it started. It only made.
11
12 TS:  How did you light that one?
13
14 SR:  It only made a couple of loud pops that's it.
15
16 TS:  You know Steve, I thought you were crazy, now I
17      know it.
18
19 SR:  It has nothing to do with being crazy. You know I got
20      along good with Bob Hartman. And you know why?
21      Because he come up and asked me if he had a
22      problem. He didn't run and sneak behind my back
23      and try to get evidence. Get me locked in a corner
24      before he tried to prove anything. I don't like people
25      that come up and try to stab me in the back and can't
26      talk honestly. They have proof they should tell me
27      about it or they should come and say, we know
28      you did it. They shouldn't beat around the bush
29      and try to make believe they have information they
30      don't have.
31
32 TS:  Wait a minute I know something else.
33

149

1　SR:　They don't have nothing and they try to make me
2　　　　believe they do.  You can't bull shit the guy that's
3　　　　involved you know what I mean they can't.
4
5　TS:　Was there a motorcycle involved in that one up
6　　　　there?
7
8　SR:　They didn't have anything up there at that arson.
9
10　TS:　Huh, did you ride one up there?
11
12　SR:　It's only about, maybe ten miles from my place.
13　　　　They didn't see nothing. You want to know what I
14　　　　seen those two days?  Just cops, and the only
15　　　　place I seen them was at the barracks. Not another
16　　　　car on the road. Not another person walking through
17　　　　the woods. Maybe a couple of deer or rabbits that's
18　　　　all. You don't use the road if your going to do some-
19　　　　thing you don't want to get caught at that's what
20　　　　they make the woods for because people don't get
21　　　　out in the middle of the night and walk through the
22　　　　woods. I don't care if there a cop or God or what
23　　　　they are. They don't go through the woods to flush
24　　　　somebody out like they used to years ago on TV you
25　　　　know. That's stupid.
26
27　TS:　Where is this construction outfit?
28
29　SR:　Never heard of it.
30
31　TS:　Why would that be in the report?
32
33　SR:　I have no idea.