1  TS:  I wonder why they put two people down in the
2       report.
3
4  SR:  Because they didn't know what to do and got stupid.
5       But that, see that construction outfit owns the land
6       those cars are parked on.  That land not owned by
7       them it's owned by the construction company.
8
9  TS:  I might take a run up there after this.
10
11 SR:  They lease it.
12
13 TS:  Is it all fenced in the back?
14
15 SR:  We could go up there and talk to them.  I don't
16      have any problem stealing that out of there.  I like the
17      friendly atmosphere up there.
18
19 TS:  Tell me how you lit that one.
20
21 SR:  Huh?
22
23 TS:  Tell me how you lit that one.
24
25 SR:  All it takes is one match, that's it.  I don't care
26      what anybody says.
27
28
29      END OF TAPE NO. 25, SIDE ONE, CASE NO. 21-298
30      DATE: JANUARY 19, 1986.
31
32      TAPE NO. 25, SIDE TWO, CASE NO. 21-298
33      DATE JANUARY 19, 1986.

TS: Cops place and you stood there and watched it huh?

SR: Yeah, did it twice, but they'll see what I'm doing

TS: Steve.

SR: As far as they're concerned they're still playing with amatur people who don't know what they're doing. And just, that's exactly what I want them to keep thinking.

TS: They must of went out.

SR: They start they.

TS: and killed a chicken or something.

SR: They start getting nervous and worried that there's a lot more people in on it or they have to have more help and they can't call in other people. You know to establish your alibi. I happen to know people out there that are better than I am and stronger than I am and crazier than I am that I did work for and for money people will work for anybody.

TS: Oh, you still got that lens?

SR: I can pick it up any day of the week that I want to pick it up.

TS: Will that fit one of my cameras?

1  SR:  It will fit just about any 35 millimeter camera.
2       There's an adapter that makes it, it can be made
3       three times more powerful than it is with an
4       adapter you know.
5

6  TS:  Where did that come from?
7

8  SR:  Japan.
9

10 TS:  Huh?
11

12 SR:  Japan. It came from Japan to Philadelphia from
13      Philadelphia to me.
14

15 TS:  Mailed right to you?
16

17 SR:  Yep. Not directly it was picked up. Nobody knew
18      what it was. Nobody ever seen it. It was boxed
19      up. You couldn't guess what it is because when it
20      comes to an 800 millimeter lens nobody's what they
21      look like.
22

23 TS:  A what?
24

25 SR:  An 800 millimeter lens. Nobody knows what they
26      look like. The only one larger in the world is
27      1200 millimeter and they quit making them
28      long ago and there is only four of them on the
29      face of the earth. It's a Canon. Canon came up
30      with them.
31

32 TS:  Canada. What is a Canada? What does it look
33      like a Canon?

1   SR:   It's a Canon 800 millimeter lens.
2
3   TS:   A product?
4
5   SR:   Yeah, that's a brand name.
6
7   TS:   What lens?
8
9   SR:   800 millimeter.
10
11  TS:   800 millimeter. 800 millimeter. You could see a flea
12        on a monkey a mile away. I would like to use
13        that.
14
15  SR:   You could say 800 millimeter to someone who's not
16        familiar with cameras what do you think an 800
17        millimeter lens would look like.
18
19  TS:   Must look like one of them things like ah, you
20        look at the moon with.
21
22  SR:   It's this big around in the front.
23
24  TS:   What's that about 8 inches.
25
26  SR:   Exactly, and as long as this table. You don't hold
27        it in you hand to take pictures. I had a good
28        set-up for it. A tripod, extra adapter on the
29        front, latched on to the sliding window. In the
30        Bronco shot, the I use to take them out of the
31        Bronco.
32
33  TS:   Yeah, that where you took pictures of me right?

1  SR:  Nah, that doesn't make any sense does it?

2

3  TS:  Nah.

4

5  SR:  That was to soon we didn't have any trouble when
6       I had the Bronco. It was long after Bronco.
7       You know they had the veehiles for almost two
8       years now.

9

10 TS:  Huh?

11

12 SR:  Two years.

13

14 TS:  It's none of my business, but I want to know how
15      the hell you did that job up there.

16

17 SR:  Say what?

18

19 TS:  That one up there.

20

21 SR:  Just one match.

22

23 TS:  One match.

24

25 SR:  That's all it takes. You would be surprised what you
26      could do with one match.

27

28 TS:  How many vehicles did you burn up there?

29

30 SR:  A dozen or so. Some where around there. It spread
31      fast. That's why you don't use anything hot cause you
32      never stop it. It would of kept going for hours
33      and you can't stop fires like that with anything

155

1  but foam. It would of got totally out of hand if
2  there was any dynamite or gunpower involved.
3

4  TS:  You used three things at S and S Lumber so what
5  in the hell did you use up there.  Three things
6  again.
7

8  SR:  Whatever was available.  I didn't take anything
9  up there.
10

11  TS:  You stood right there and the cops were running around
12

13  SR:  Yeah well.
14

15  TS:  Must have been an adrenaline rush I tell yeah.
16

17  SR:  If you do enough of it its like going to work every
18  day.
19

20  TS:  Sure you got yourself well covered even with Marley's
21  house?
22

23  SR:  When you work alone how can anybody else say any-
24  thing.  How could anybody possibly give you any
25  trouble.  If you, you know no matter how major
26  the crime scene is it's no different then picking
27  up a pack of gum out of a grocery store.  If
28  you're the only one who knows that you put it in
29  you're pocket how could you get caught.  You never
30  told anybody you did it.
31

32  TS:  Look me right square in the eye.
33

1  SR:  Take your eyes out and I could look right square
2       in the holes.
3

4  TS:  Look me right square in the eye...
5

6  SR:  There's nobody else knows envolved.    Never was
7       never will be.
8

9  TS:  And say to me, there was nobody else up there.
10

11 SR:  I just did. There was nobody else up there. The
12      only other people that's ever been up there are
13      people I hired to watch it when they gave me
14      all them lies that's all.
15

16 TS:  I still don't understand why there was two people
17      on that report then.
18

19 SR:  It wasn't me.
20

21 TS:  Your saying that you're the only one that did it and
22      that's it.
23

24 SR:  That's right. So lets face it now how could one
25      guy do it. You know, logically how could they think
26      one guy could do it. You know, logically how could
27      they think I did all the things that they fear that
28      I've done in my life time. You know they have
29      reports from people like Squiddley and Lynett and
30      stuff right. How do they. How can they.
31

32 TS:  All of hart that you went a 100 per cent alone.
33

157

SR:  You can check everthing all my vehicles if you want to. Like I'm telling you them. The only one that knew about those three vehicles was you. There's nobody else on the face of the earth that knows.

TS:  Okay.

SR:  But you. The only reason the guy didn't find nothing is because you were a good mechanic...

TS:  Yeah.

SR:  and gave me the bill.

TS:  So, did we order?

SR:  Yeah, it will be about a week. What's you're hurry you ain't got a date for the day do you?

TS:  No. Maybe I will. Maybe I'll just go and get myself a date.

SR:  Did you give up on that girl from Scranton.

TS:  She went to Fort Lauderdale. She was nice. Well I hope you come out of this thing all right.

SR:  I don't foresee any problem with it.

TS:  You got yourself covered up there on that arson right?

1  SR:    They haven't made any arrests yet.
2
3  TS:    The Firebird. You say nobody went in with you on
4         that one.
5
6  SR:    They sure have their problems don't they. See that's
7         the worse problem that's why they talk to all my
8         friends. They know someone has to be in on it
9         with me, and they try and pull them apart you
10        understand. They don't ever talk to me because
11        they can't pull me. they don't get nothing out of me.
12        You should have been there the day Squiddley
13        showed up. I was hot about how he came out
14        of that car jumping and screaming and the only
15        thing I said to him. I said, "listen here you
16        mother fucker I'm a human being and you hain't
17        got no right to talk to me like that. You can
18        get back in your car and get out of my sight
19        I'll talk to Lynett at least he can talk civilized
20        and sensible Lynett would never raise his voice
21        like that." I know Lynett since I was knee high and
22        Squiddley don't have the right. I had to go down
23        and bail Dave Pickens out because of him.
24        Twenty-five hundred dollars it cost me. The only
25        thing Squiddley said when it was all over was, I
26        didn't know he was your friend. Squiddley work-
27        ed him over. Dave was beat-up pretty good.
28        There was three guys involved in the fight and
29        the only one arrested was Dave Pickens. And
30        they wouldn't. You know they called me at home
31        and told me that the I.P. in Stroudsburg was
32        going to close at ten o'clock and they called me
33        at quarter of ten you know. Swiderski picks

Dave up at seven o'clock at night and jerks him
around until ten o'clock and they had to take
him to jail.  They wouldn't hold him there for
another fifteen minutes for me to get there with
the money that's stupid.  And then before.  Then
that night I stayed all that night talking to the
kids involved in the fight and before morning they
dropped the charges.  Squiddley didn't like that
at all.  I went down for that hearing and Squiddley
never showed up.

TS:   Wow.

SR:   He never even bothered calling the magistrate to
tell him they dropped the charges. He tried hard
to get that kid in trouble.  See when it comes
down to trial I don't think ah, Flugel will be
there.  It will be Swiderski that's all. He can't
explain how he says that there's no more scratches
and stuff like that and he had to pry the dash-
board apart to look at it.  He's got everything
backwords.  I mean I got pictures of at least
eight different vehicles there's no way you can
see the numbers through the windshield dash-
board or whatever and the rivets were scratched
and were the wrong type.  The only way the rivets
can be seen is from underneath the car with a
mirror. That's the only way.

TS:   You're lying to me about something else too.
There's no way you could have got them in his
house cause he's got a dog in that house.

160

1 SR: Man were talking a long time ago. You don't think
2 his wife takes that dog out. I tell you when you
3 go up to that house right.
4

5 TS: What date did you?
6

7 SR: Stand along the house.
8

9 TS: When did you take that Firebird. How many years ago
10 was that?
11

12 SR: Long time ago man its been awhile you, you act like every-
13 thing was yesterday, were talking 84 they were all
14 taken in 84, they had everything for over a year. I'm,
15 I'm talking, when you walk up to his house you
16 can see where I watched it. You walk up to his
17 house and look to the left there's a stonewall from
18 an old place that use to be there, go back behind
19 there and just like directly across from his house
20 you'll see things that I left there all the while I
21 was watching. You know it's easy to know where he's
22 at. When he goes on duty he's on duty. Yeah you
23 know, so its not hard to watch him. And when his
24 wife goes to work she goes to work and takes the
25 kids with him. Swiderski spends a lot of time
26 with his mother a lot of time, his mother or her
27 mother one of them.
28

29 TS: And that car is zipo.
30

31 SR: History. When it's all over your going to have to see the
32 exact replica of that, my pickup and my Bronco. I
33 got. There's no way they're taking nothing frome me.

1       I got'em.

2

3  TS:  You got the exact same things again?

4

5  SR:  All again and you know what before I'm done they'll
6       all be approved. I sent all the paperwork in it's
7       inspected.

8

9  TS:  Well don't take'em to my garage.

10

11  SR:  You don't have.

12

13  TS:  I don't have no inspection no more.

14

15  SR:  I have my stickers come in the mail.

16

17       Female: Your breakfast will be right up.

18

19  TS:  Okay.

20

21  SR:  The one on my dumptruck is good for two years. But
22       no I have to have them inspected by officers I have
23       to have a written statement a least once a month.

24

25  TS:  Whats the ah, whats the paint cans they got up there
26       on this arson thing here?

27

28  SR:  I told you they took ah, fiberglass resin cans that's
29       all they got. I don't know what the fuck's up with
30       paint cans. I don't know why they took them or where
31       or how or any reason they didn't tell me.

32

33  TS:  Well maybe you left finger prints on. Did you leave

1        anything up there?

2

3   SR:   How can you leave anything if you don't take anything.
4         I came back with my body that's all I took with
5         me and the clothes I had on that day. There's no foot
6         prints.

7

8   TS:   What the hell, what the

9

10  SR:   And if there, if there is there's no shoes. I don't wear
11        any shoes I wear a pair of shoes one time. I came
12        home I used them one time and after everything I
13        do there burnt. I take no identification. I take
14        no nothing except the clothes on my back and I us-
15        ually come back, maybe with a few rips here and
16        there but I come back. And I throw everything
17        away everytime I come back.

18

19  TS:   All right, let me, now lets see. This is looking at it from
20        like their view. They evidently got some sort of a
21        motorcycle involved. Some sort of a long wait from
22        where you walked to there. They say they got spray
23        cans or paint cans or something. And you're tell-
24        ing me that nobody went with you.

25

26  SR:   No high grass either.

27

28  TS:   There was high grass, trees or something.

29

30  SR:   There's no high grass, theres no trees up there. The
31        only thing they have way down over the hill is scrub-
32        oaks, thornbushes where you have to be an animal
33        to get through and I mean high thornbushes.

163

1      Eight foot high about, no way through.
2

3  TS:  And you went through them.
4

5  SR:  Absolutely. And you know what? An investigating
6      officer or a fucking tank wouldn't walk through
7      there without a macheta to cut his way through.
8

9  TS:  And then you got up there and then what the hell
10     did you do?
11

12  SR:  The something I always do. Tease the hell out of
13     them.
14

15  TS:  The way it stands, Steve they ain't got not a God dam
16     thing on you
17

18  SR:  For a truckdriver he's pretty smart.
19

20  TS:  Where he? Where did that trailer end up?
21

22  SR:  Back door.
23

24  TS:  Why didn't he just pull it right up to the door. You
25     know a lot of people have been waiting for their's
26     as long as we have.
27

28  SR:  This is a great business it went in before the highway.
29     They knew the high way was coming. That's the
30     welder just went downstairs. That's the guy that
31     was out there fucking welding. There's a gameroom
32     downstairs.
33

1  TS:  What takes so long, this is a hell of a truckstop
2        though. You starve to death in here before you get
3        your food.
4
5  SR:  This stuff that Flugal alibied you for, they had, they
6        showed me papers that they come to pick you up.
7
8  TS:  Huh?
9
10 SR:  They showed me papers that they come to pick you up
11       and they said that Flugel alibied you. They went
12       for warrants for your arrest you remember like
13       everbody else got.
14
15 TS:  Yeah.
16
17 SR:  And they said Flugel alibied you.
18
19 TS:  Maybe that's what their after me now for. There going
20       to arrest me?
21
22 SR:  Yeah, I tell you they had papers to come get you.
23       But this is when, you know when we went, we
24       went where we were fingerprinted and all that crap
25       like your normal arrest warrant.
26
27 TS:  Well maybe they think I was the other guy involved
28       in that thing up there.
29
30 SR:  They haven't said anything to me about that. Nothing.
31       There's nothing they can say.
32
33 TS:  They haven't even asked you about the arson?

1  SR:  Um. But the day.
2
3  TS:  They evidently have no idea who did that then.
4
5  SR:  Right, they gave me um, they tried like when there
6       was four of them when we went to get finger-
7       printed and have our pictures taken and stuff
8
9  TS:  Did you see the paperwork on me.
10
11 SR:  Just the form that they said well we have his right
12      here and we went to serve it right and ah, Flugel
13      alibied you. Is what they said. They went the, I
14      was thinking it had something to do with that black.
15
16 TS:  What did Flugel have to do with that? Flugel hasn't
17      told me about any of that.
18
19 SR:  Flugel said he alibied you. That's why they didn't
20      arrest you. Cause you were suppose to be next after
21      Otto. They went to Otto's last and.
22
23 TS:  Otto got arrested? What did they arrest him for?
24
25 SR:  Well Otto hasn't been fingerprinted yet.
26
27 TS:  But they arrested him.
28
29 SR:  Oh, no I'm mixed up. That time they went to Otto's
30      last and they new that was just for the hearing. You
31      did go to the hearing in Harrisburg.
32
33 TS:  Yeah.

1  SR: And then after that right when we were finishing
2      with all the other people like there was 60 people
3      we were arrested at the preliminary hearing up in
4      Pike County or wherever it is and it was written in
5      the paper my picture was in the paper and everthing
6      with Frans. Well with all them people they had
7      one paper for you in it too. At that time and they
8      said Flugel alibied you and that's when they asked
9      me if Flugel would lie for you. The only thing I
10     told them as far as I know all cops lie. I said
11     I don't know him that well. I don't know if he
12     did it. So what the hell could he alibi you for?
13

14  TS: Well ah, I hope people just got their. Now,
15     terrible.
16

17  SR: How could you not know. I mean the guy alibied
18     you for something they had papers for you.
19

20  TS: He didn't say nothing yet. Maybe he's working with
21     them too. I don't know who to trust anymore.
22

23  SR: The only thing it could be is them taking a lot of
24     support off me and you.
25

26  TS: This is bull shit realy. Waiting this long for some-
27     thing to eat. Did you folks order?
28

29     Unknown voice: No.
30

31  TS: Wow. alright.
32

33  SR: This is what happens when you get around ten o'clock

1      in the morning. So you have no idea what he
2      alibied you for huh?
3

4  TS:  I would like to know, yeah I really would I'll
5      have to figure out something.
6

7  SR:  Huh, huh.
8

9  TS:  Yeah. I wonder, I wonder what their coming
10     back down to my house for. I dont understand
11     if they know what's.
12

13  SR:  How do you know it's them.
14

15  TS:  True. Maybe it's just the Troopers involved huh? The
16     kids told me about it.
17

18  SR:  Golden is the one that always tries to play them head
19     games.
20

21  TS:  I only ever saw him one time and that was down at
22     the, ah.
23

24  SR:  Golden's looking into Swiderski.
25

26  TS:  Is he? Boy must of had some trouble, huh? Chef
27     walk out or something?
28

29     Female voice: No, they just have a few of them... they
30     put it all on separate plates for you too.
31

32  TS:  That's for him.
33

1      Female voice: You had coffee correct.

2

3   SR:  No, I have a double order of eggs, ham and a

4      double order of toast.

5

6   TS:  You sure you got the right table?

7

8      Female voice: Here's your milk, here's your eggs

9

10  TS:  Okay.

11

12     Female voice: He put them all on separate plates.

13

14  TS:  All right.

15

16     Female voice: And your coffee will be right up.

17

18  SR:  I didn't order coffee.

19

20     Female voice: You ordered the ham.

21

22  SR:  Right.

23

24     Female voice: Okay.

25

26  TS:  Mouth full of food too. I'm not even hungry anymore.

27     Might as well wait for lunch.

28

29  SR:  ... plenty of them people so I can at least get

30     through.

31

32  TS:  Now if you just go straight up this road I find that

33     place huh?

1   SR:   I can ride up with you.
2
3   TS:   Au, au. You stay right here.
4
5   SR:   You worry, you worry to much. I can go up there any-
6         time I want and nobody can tell me I can't.
7
8   TS:   Now, if we go by there.
9
10  SR:   Furthermore, when I go in there the nut won't. When
11        I go...
12
13  TS:   We go that.
14
15  SR:   in there and ask for directions that guy don't even
16        know me. We can pull in the parking lot and turn
17        around.
18
19  TS:   We drive by that place. Can we drive around it?
20        Where abouts you got into it. So you could, you could,
21        so I can at least take a look.
22
23  SR:   We can go up turn right back out no problem. I meat
24        there's other places back there.
25
26  TS:   See something funny.
27
28  SR:   Have to have that...
29
30  TS:   Ha, ha, that's bad.
31
32  SR:   You know if you would have come and talk to us
33        before that Harrisburg hearing I think things

170

1    would have went a lot easier cause I just didn't
2    know what to say. I had no idea. I'm glad they
3    didn't ask the questions that I didn't want them
4    to ask cause if they did I had no answers for them.
5
6    TS:   Where you get that truck? From A.I. supermarket
7          cars from on 940 or what?
8
9    SR:   I.R.'s remember I.R. Ewing from the Dallas show
10         on TV.
11
12   TS:   I.R. Ewing.
13
14   SR:   Yeah.
15
16   TS:   Did you get a good buy on it too?
17
18   SR:   No this is ah, Pittston. The Ford dealer in Pittston.
19         I leased it.
20
21   TS:   That's a pretty good deal ain't, it?
22
23   SR:   Yeah, I got three of them I think so.
24
25   TS:   You can have that Steve I'm not hungry.
26
27   SR:   Yeah, Squiddley don't know it yet, but Vivian's
28         preparing a long list for him.
29
30   TS:   What the hell popped, what the hell popped when,
31         when that place burned up there? Gas tanks?
32
33   SR:   Yeah, I can tell you. They didn't tell you?

1  TS:  Um, um.

2

3  SR:  Televisions make louder noise then that.

4

5  TS:  Was there some gress in there?  You just lit the

6       grass.

7

8  SR:  I told you there parked in the guys yard. They have

9       to pay that guy so much a month to keep them

10      vehicles there.

11

12 TS:  This is a pretty good, safe place to meet isn't it.

13

14 SR:  Yeah, 24 hours a day this place is open. You know

15      what? This ah, the only thing they could possible

16      have on that Firebird from what they say is the

17      door belongs to a 77 all right. They no that's a

18      lie, but they ain't got it so they can say it now

19      right. They figure they can say it and I would

20      bring the door back or something and prove to

21      them their lying.  There's no number on it.

22

23 TS:  What did you do with the door.

24

25 SR:  That's totally wasted. See what I did is went and

26      got a receipt for my door. The guy that put that

27      door on my car right. The insurance company

28      approved, mine got kicked in by a deer right. He

29      got me the door and the bodyshop that put it on gave

30      me a receipt. I have all the insurance papers

31      right. The guy that signed it.  The guy that did

32      the bodywork how much he charged me. And he

33      went and got his receipt of where he got the door

172

1      from.

3   TS:   That's good. I don't see any problem with that.

5   SR:   You know what I see a problem with?

7   TS:   What?

9   SR:   The Truck. And one of the biggest problems is because
10        there's two dam different years in your inspection
11        records.

13  TS:   Well I ain't got my inspection.

15  SR:   When they asked you why it, it's like that. You told
16        them it's problem stolen.

18  TS:   And who did I tell that to?

20  SR:   Horek, Alexander Horek.

22  TS:   Did he testify to that?

24  SR:   Horek's out of there. Horek was to nervous to go
25        on I think. He wasn't at any of my hearings.

27  TS:   That would have to be the guy that was at my house.
28        I though the name was, started with at.

30  SR:   You won't see Horek nomore. Novatnak took over
31        for Horek. Horek's out.

33  TS:   Who's Novatnak?

1 He was Horek's right hand man the guy that was
2 always with him. But Alexander Horek right. These
3 guys arn't from the Honesdale barracks they're
4 special investigators.
5

6 TS: Well who's all involved in this?
7

8 SR: Alexander Horek, Novatnak, Golden and one other
9 fellow. I got his name written down. I have every-
10 thing.  I have the day the vehicles were stolen.
11

12 TS: Were they up there the day that you burnt that
13 place?
14

15 SR: Not likely they don't work out of that barracks I
16 told you.
17

18 TS: Well who all was there?
19

20 SR: And if they...
21

22 TS: Who was there?  Who was there?
23

24 SR: ... them in Swiftwater.
25

26 TS: You saw, you said you saw when they came out.
27

28 SR: Just whoever works night shift. The guy might be
29 there now and whoever works the radio and the guy
30 that's out on the road they might have two.  One
31 works the radio and one patrols the area.  They
32 don't have a big area to patrol.
33

1   TS:  Well who put the fire out?

2

3   SR:  Those guys.

4

5   TS:  Who did?

6

7   SR:  The fire comedy come right after that.

8

9   TS:  The guys.

10

11  SR:  One come running out with a foam extinguisher and
12       the other one come running out with a firehose ten
13       minutes later. It isn't something that went out right
14       away it just, it was just that, it kind of picked
15       its self up. Didn't stay in the same area, okay.
16       It was good. Like a well oiled plan. Just enough
17       to get attention. Do you realize what it's costing
18       them people to fence them in there like that.
19       Another way they tried to nail me is they tried
20       to say mine was the only one that burnt and they
21       did that right up to Harrisburg. All the way they
22       keep spreading that lie. All the way.

23

24  TS:  Wasn't yours the only one?

25

26  SR:  There was at least a dozen. They was there for
27       three hours running around.

28

29  TS:  There were there for three hours.

30

31  SR:  I had to check a couple of those cop cars out
32       close you know.

33

1 TS: Steve eat this I don't want it.
2
3 SR: Taste alright don't it.
4
5 TS: Hm. Can I have some of that water. Here.
6
7 SR: What was that other guys that went up there with
8 um. The guy from Stricklands. Don Williams and
9 that other guy.
10
11 TS: Yeah, what the hell is their involvement?
12
13 SR: Well they went to identify the truck, but what's
14 the other guys name?
15
16 TS: What other guy?
17
18 SR: That went with Williams. He's related to his sister.
19 Brother-in-law or something. He works for Strick-
20 lands also. He drove the blue dumptruck.
21
22 TS: I have no idea.
23
24 SR: If you think about it long enough you'll remember.
25
26 TS: What about this Williams guy. Did he ID it or
27 what?
28
29 SR: They say so.
30
31 TS: I'm trying to think of the other guy that was
32 with him.
33

1   SR:   Getz.

2

3   TS:   What's his name Getz?

4

5   SR:   Getz.

6

7   TS:   Getz. I don't even know who in the hell that would

8         be.

9

10  SR:   Sure you do. You talked to him dozens of times.

11

12  TS:   Getz. The real old man that worked for Stricklands.

13

14  SR:   That's what I told you.

15

16  TS:   Little tiny scrony guy.

17

18  SR:   Yeah, he drove the blue dumptruck. The real small

19        blue dumptruck.

20

21  TS:   They never brought that truck to the garage.

22

23  SR:   Yeah they did.

24

25  TS:   Remember he always took it to Skip.

26

27  SR:   You had a transmission put in that for them. Trans-

28        mission and transfer case up in Scranton. That's

29        why I want you to go through your records and find

30        that.

31

32  TS:   Alright.

33

SR: That dates the exact. See you sent Chris Nauman up to pick that truck up after it had the transmission and he drove, was driving it back it ran out of Gas. I went up with my brown truck to pick that blue truck up to give him gas. Chris and I raced down the road like a 100 miles an hour with them two trucks that's why he remembers it. That was Norms...

TS: Well did you get Chris?

SR: Transmission. Yeah.

TS: Did you talk to Chris?

SR: Yeah.

TS: That's good.

SR: I got everybody. The only one I didn't have was you. And it's hard to get to you because I'm finding it very hard to accept you know.

TS: Well I ain't a cop no more.

SR: Yeah, but see it isn't just this shit. It's that time when we had that trouble at the mill with Joe. I know you're the one that turned me in for that. That was your second, that was your first attempt.

TS: Wow, look at that.

SR: Why would you do that though.   Did you think

1     I was in over my head? Did you think I was
2     doing something to Joe I shouldn't be doing?
3

4 TS: That's the way I figured it. They never pressed
5     charges on you anyhow for that.
6

7 SR: How could they? What did I do? Joe knew
8     what I was doing. The only one that didn't know
9     was you.
10

11 TS: So you made me look like a horse's ass then didn't
12     you?
13

14 SR: No you still don't know you look like a horse's ass.
15

16 TS: You just told me.
17

18 SR: You just found out now. You didn't look like a
19     horse's ass you was completely behind cover you
20     didn't know I knew it was you until the other
21     day when I told you. And you kept right on
22     being nice to me when you were sure that I
23     didn't know.
24

25 TS: Well...
26

27 SR: Yeah.
28

29 TS: I better get the hell up there, see what's going on.
30     I can drive right round that place right?
31

32 SR: I'll go with you.
33

1   TS:   No, no, no.
2
3   SR:   But ah, at that time when that happened right
4         what we did we had good reasons for doing it and
5         there was no other way of doing it, it's one of
6         those things where you can't trust anybody else.
7         And they were bleeding Joe dry and there was
8         no way to get out from under it. Except for some
9         one taking the fall and I did and that's what
10        opened a can of worms you know. That's just the
11        way it boils down. Couldn't trust anyone else to do
12        it though.
13
14  TS:   Welp. I'm gonna go. I can't believe you even made
15        it through. What an outfit.
16
17  SR:   You know, have you have to understand it was hard
18        for me to trust anybody even at that time, because
19        you're telling me not to trust people. Joe telling me
20        not to trust you. My Father-in-law telling me not
21        to trust. Everybody telling me not to trust people. I
22        need someone I had to trust back then.
23
24  TS:   Yeah.
25
26  SR:   The biggest bullshit maker is Squiddley and Lynett.
27
28  TS:   Yeah, that's that's, that's, when that comes out
29        that's going to be comical as shit. Him, him having
30        those dam things in his house.
31
32  SR:   You know what? All I want to do is get him for
33        the liar he is. We have him set up for that he gets

180

1   it one way or the other. You know, if you can't
2   get me say okay. Come to me and say well maybe
3   we'll get you next time that's it. All he's got to
4   do is be a man. He don't have to sneak around
5   the bush and make up lies and stories. I know
6   there was no missing...
7

8  TS:  He seams to think. He seams to think that he
9      has you on that, on that car.
10

11  SR:  number. No way the only thing he got is the
12      number on the door and he's lying through his
13      teeth about that. Who had the door before he had
14      it? I did. Who had the door after he had it?
15      I did. I know the facts. I know he's lying. Otto
16      said every time they run it, it was different. I just
17      hope he don't drag Flugel in to it.
18

19  TS:  I didn't know anything about that one either what
20      did you drive through the door when you leave open
21      the door or leave a thank you card or?
22

23  SR:  I didn't leave anything. It went off like clock
24      work like usual. Went very well. Everything
25      went according to plan.
26

27  TS:  And you were up there for three hours before you
28      went ahead with that up there.
29

30  SR:  I take my time. I like to know where everybody
31      is and what everybody is doing.
32

33  TS:  That must of went huh, they were.

1  SR:  They're not telling you the truth because they
2       want to know if you can fill in the blanks.
3       Cause if you can fill in the blanks then you know
4       something you know what I mean I don't have
5       nothing. I don't say anything to them. Everytime
6       they question me about anything I don't know
7       nothing.
8
9  TS:  All right I'll see you Steve.
10
11 SR:  What's your hurry.
12
13 TS:  Oh, I got to pee. See you later.
14
15 SR:  What's your hurry. Lets take a ride up. I'll show
16      you where it's at. We can take your car or mine.
17      Here. We have to wait for them to give us a check
18      anyhow. This is your's isn't?
19
20 TS:  Yeah. I'll take it with me. Let's go over there.
21
22 SR:  She has to give us a check. But um, it ain't
23      any big problem, but if we wait until the last
24      month it might be... Do you know where old
25      man Hawk is?
26
27 TS:  Yeah, he's dead.
28
29 SR:  The old man?
30
31 TS:  Yeah, yep.
32
33 SR:  Hawk.

1   TS:  Yep.

2

3   SR:  How about his brother Kevin? Do you know where
4        Kevin is?

5

6   TS:  I don't know where Kevin is. I'll take a drive
7        up there after and see what the hell's going on.

8

9   SR:  I want another couple of witnesses.

10

11  TS:  Give me a call. Give me a call when you get a
12       chance to... anything you think about. I'll look
13       through those records and see what I can come
14       up with.

15

16  SR:  Cause I want you to find a receipt for their
17       truck. Stricklands truck from that company
18       so we have to date it back.

19

20  TS:  What transmission joint that go to?

21

22  SR:  Norms Transmission in Scranton. Okay and then the
23       one from my truck right. See the reason...

24

25  TS:  That one says Blakeslee.

26

27  SR:  Yeah.

28

29  TS:  They were in the shop at the same time.

30

31  SR:  No. Long time apart. Mine was just.

32

33       Female voice: Thank you.

1  SR: Thank you. Mine was just recently you know, like
2      a few years ago down in Blakeslee when Cheet
3      worked for you. The other one was done when
4      I worked for you. I have the receipt right here
5      that got your garage on it and your name on my
6      transmission okay.
7
8  TS: Well where did you get that from?
9
10 SR: From Cheet. Your secretary made it out who ever
11     the blond is. I had to work. I couldn't do it
12     don't you remember on my truck. I gave him my
13     truck and he took it over there and had it done.
14     I got it back. I paid the bill right. I gave him
15     cash for it right. We checked...
16
17 TS: Well who the hell paid. I never saw the money
18     for that.
19
20 SR: Well that's to bad. They charged me for it. And
21     you can ask cheet about it okay. And then I
22     had to bring it back because the detent cable
23     wasn't working right. But Cheet sent me right
24     over there I dropped it off for another day. There
25     was no charge for that okay.
26
27 TS: What's a detent cable?
28
29 SR: It goes from the carburetor down to the trans-
30     mission.
31
32 TS: Oh.
33

1   SR:  But, um.

2

3   TS:  And, that's, and that's your truck was at Blakeslee.

4

5   SR:  The put the motor. And then,

6

7   TS:  That was at Norms. What year?

8

9   SR:  the transmission and transfercase.

10

11  TS:  What year?

12

13  SR:  I'm not sure.

14

15  TS:  Well find the dates. Approximately, and I'll start,
16       and I'll start looking.

17

18  SR:  Yeah, but I don't, you know, you can, I can
19       give you my copy of the bill and you can use
20       my number off my bill for your garage. But
21       what I want is a receipt from their garage
22       okay cause I don't want you to be involved in
23       that cause if they say that transmission right
24       there they got a number off of it and that's got
25       to be untrue cause I got it from the people
26       over here that had nothing to do with me if there's
27       a number that says that's hot then them people
28       over there are responsible for it.

29

30  TS:  Over where?

31

32  SR:  Over at that transmission place. They put it in.

33

1  TS: They put a hot transmission in your truck.

2

3  SR: No. I don't know that they did. This is what they
4      told me at the hearing, that they got a number
5      off there that says that's hot okay. And that can't
6      be. I figure it's a lie. It can't be unless those
7      people are pulling some bull shit. But if you could
8      ask them for a receipt, you know for your company
9      then I can take that one instead.

10

11  TS: All right you try and find out what approximate
12      dates they are. Get in touch with me as soon
13      as possible and I'll let you know if these guys
14      balk how's that. And your telling me right now
15      that you're the only one that up to there. And that
16      you're the only one that went.

17

18  SR: I'm the only one that does anything to my cars. The
19      only one. That's it.

20

21  TS: And you didn't take anything up there to light
22      that?

23

24  SR: Could you carry whatever they say. How many things
25      do you think you could carry at once if you're going
26      to drive a bike. It takes two hands and two
27      feet to drive a bike. How long do you think you
28      could work with a bike in each hand. Forever?
29      And it would slow you up, you ain't going to run no-
30      where. How do you drag all this stuff through the
31      woods. It just doesn't make sense. You know,
32      what's grate about everwhere you go if you want
33      to do something everything you need to do it with

186

1      is usually right in front of your face all the time.

2

3  TS:  Was there snow on the ground at that date when

4      you were up there?

5

6  SR:  Naw. December.

7

8  TS:  September 29, 1984, there could have been snow

9      on the ground.

10

11  SR:  Naw, definitely not. You don't

12

13  TS:  I don't know how the hell they could have figured

14      out that you road a bike up there then.

15

16  SR:  They didn't.

17

18  TS:  Did you, how many, how many, how many miles away

19      did you put the bike?

20

21  SR:  It's got to be eight, ten miles. I can show you the

22      spots even. It's, its nothing but solid woods from

23      here to there all the way.

24

25  TS:  And um.

26

27  SR:  We could get there. If you walk from my house

28      accross the lake you can go straight through

29      the woods and get there quicker then you could

30      by the road much shorter.

31

32  TS:  Okay. I'm um, if they ask me about you I'm going

33

1        to deny every freaking thing.

2

3    SR:   You have to because you know I have to deny
4          everything. We don't know nothing about the
5          Firebird. The only thing I want you to stick
6          together on is the Pinto. I don't want to be
7          telling them one thing and you telling them
8          another. Now.

9

10   TS:   All right you get the dates on those things and I'll
11         see what I can do.

12

13   SR:   Another thing with the Bronco is the title okay.

14

15   TS:   What about that now. Tell me something about the
16         title for the Bronco.

17

18   SR:   Yeah, I haven't told them where I got it from
19         except from Harrisburg. I went and filled
20         forms out and a state trooper...

21

22   TS:   Well Steve they know that.

23

24   SR:   inspected it and they sent the forms back okay.
25         And they sent it back with the plate. I have the
26         paper that told me where to put my plate on the
27         Bronco. What their saying is the title come from
28         Davis. And Davis is going to say that he gave
29         that car to you.

30

31   TS:   Well then I gave that car to you.

32

33   SR:   That, that isn't one of the questions they asked

1   me. I didn't involve you at. They asked me
2   if I ever brought ah. Pinto or Maverick or
3   something from Davis. I said no. I said I
4   don't even know the man. I never bought nothing
5   off of him. I said if my names on the title
6   then.
7
8   TS:   Then where did you get the title transfer from
9        the Pinto?
10
11  SR:   I told em I did it through the barracks that's
12       just what I told em. I had no plates I says
13       I went and got the special form I had to because
14       I couldn't get a legitimate title for the truck.
15       I went through the barracks.
16
17  TS:   You mean a state trooper approved everthing on
18       that truck?
19
20  SR:   Everything. Okay, and ah, the only thing they did.
21
22  TS:   Who did the inital inspection on it then?
23
24  SR:   It had to be you're garage that's the only place.
25
26  TS:   No no, no, that when, when you get that kind
27       of title back you still have to have an inital
28       inspection.
29
30  SR:   A cop or an inspection mechanic. That could
31       have been any garage mechanic.
32
33  TS:   Oh.

189

1  When it's a cop does it all he does is walk out side
2  and checks the VIN number right...

4  TS: Huh, huh.

6  SR: on the door, checks under the hood and on the
7  motor and he calls them in and if they come back
8  clear it's alright. And they all came back clear.

10  TS: Huh, huh.

12  SR: They're fishing and fishing with a lot of bull shit.

14  TS: All right, I'll get those dates and we'll get together.
15  I got a hot number lined up.

18  END OF TAPE NO. 25, SIDE TWO, CASE NO. 21-298
19  DATE: JANUARY 19, 1986

22  TAPE NO. 25, SIDE ONE, CASE NO. 21-298
23  DATE: JANUARY 19, 1986.
24  NOTE: TWO TAPES, TWO OF TWO.

26  TS: Nope. I don't even think I'm going near the place.
27  Hope you like my music. I'll meet you down the
28  road in about 10 minutes.

31  Static and music.

33  TS: Turn around buddy. Stay put. Take a right.

1    Radio we play more of your favorite music WIOI,
2    WGBI FM.

3

4    TS:   Oh, shit, that's him? Looks more like a drug buy.
5    876 54.

6

7    James A. Dill: Surveillance terminated about
8    the 11:17 A.M.

9

10

11    END OF TAPE NO. 25, SIDE ONE, CASE NO. 21-298
12    DATE: JANUARY 19, 1986.
13    NOTE: TWO TAPES. TWO OF TWO.

14

15

16    NOTHING ON SIDE TWO OF TWO.

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33