Exhibit B

IN THE COURT OF COMMON PLEAS

DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THE THIRD STATEWIDE INVESTIGATING GRAND JURY | : | Supreme Court of Pennsylvania Docket 23 Middle District 23 |
| | : | Dauphin County Common Pleas |
| | : | Docket Number 150 M.D. 1984 |

TO THE HONORABLE G. THOMAS GATES, SUPERVISING JUDGE:

PRESENTMENT NO. 33

We, the Third Statewide Investigating Grand Jury, duly charged to inquire into offenses against the criminal laws of the Commonwealth, have obtained knowledge of such matters from witnesses sworn by the Court and testifying before us. We find reasonable grounds to believe that various violations of the criminal laws have occurred. So finding with not fewer than twelve concurring we do hereby make this Presentment to the Court.

/s/ _____ 5-15-85
Foreperson of The Third
Statewide Investigating
Grand Jury

IN THE COURT OF COMMON PLEAS
DAUPHIN COUNTY, PENNSYLVANIA

IN RE: THE THIRD STATEWIDE     : Supreme Court of Pennsylvania
       INVESTIGATING GRAND     : Docket 23 Middle District 1983
       JURY                    : Dauphin County Common Pleas
                               : Docket Number 150 M.D. 1984

### ORDER ACCEPTING PRESENTMENT NO. 33

1. The Court finds Presentment No. 33 of the Third Statewide Investigating Grand Jury is within the authority of said Grand Jury and is in accordance with the provisions of the Investigating Grand Jury Act, 42 Pa. C.S. §4541 et seq. Accordingly, this Presentment is accepted by the Court.

2. The county for conducting the trial of all charges pursuant to this Presentment shall be Pike County.

3. The Attorney General of the Commonwealth of Pennsylvania, or his designee, is hereby authorized to prosecute all defendants and all criminal charges as recommended in this Presentment by instituting criminal proceedings in the aforesaid County.

SO ORDERED this 15th day of May, 1985.

/s/ G. Thomas Gates
_____
G. THOMAS GATES
Supervising Judge
The Third Statewide
Investigating Grand Jury

THOMAS M. OLDRING
Corrupt Organizations, 18 Pa.C.S.A. § 911(b)(4)
Receiving Stolen Property, 18 Pa.C.S.A. § 3925
Conspiracy, 18 Pa.C.S.A. § 903
Dealing in Vehicles with Removed or Falsified Numbers,
75 Pa.C.S.A. § 7103(b)
False Application for Certificate of Title or
   Registration, 75 Pa.C.S.A. § 7121

THOMAS E. SMITHERS [1979 Ford Bronco]
Receiving Stolen Property, 18 Pa.C.S.A. § 3925
Conspiracy, 18 Pa.C.S.A. § 903
Obstruction of the Administration of Law,
   18 Pa.C.S.A. § 5101
Intimidation of Witnesses or Victims,
   18 Pa.C.S.A. § 4952(a)(1)
Removal or Falsification of Identification Numbers,
   75 Pa.C.S.A. § 7102(b)
Dealing in Vehicles with Removed or Falsified Numbers,
   75 Pa.C.S.A. § 7103(b)
Dealing in Titles and Plates for Stolen Vehicles,
   75 Pa.C.S.A. § 7111
False Application for Certificate of Title or
   Registration, 75 Pa.C.S.A. § 7121

FRANCES E. ROMANSKY [1977 Pontiac Trans-Am]
Receiving Stolen Property, 18 Pa.C.S.A. § 3925
Conspiracy, 18 Pa.C.S.A. § 903
Removal or Falsification of Identification Numbers,
   75 Pa.C.S.A. § 7102(b)
Dealing in Vehicles with Removed or Falsified Numbers,
   75 Pa.C.S.A. § 7103(b)
Dealing in Titles and Plates for Stolen Vehicles,
   75 Pa.C.S.A. § 7111
False Application for Certificate of Title or
   Registration, 75 Pa.C.S.A. § 7121

STEVEN L. ROMANSKY [1977 GMC-Truck]
Receiving Stolen Property, 18 Pa.C.S.A. § 3925
Conspiracy, 18 Pa.C.S.A. § 903
Removal or Falsification of Identification Numbers,
   75 Pa.C.S.A. § 7102(b)
Dealing in Vehicles with Removed or Falsified Numbers,
   75 Pa.C.S.A. § 7103(b)
Dealing in Titles and Plates for Stolen Vehicles,
   75 Pa.C.S.A. § 7111
False Application for Certificate of Title or
   Registration, 75 Pa.C.S.A. § 7121