Exhibit C



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

November 16, 2001

MIKE FISHER
ATTORNEY GENERAL

16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-6348

Steven L. Romansky AY-8324
SCI Waynesburg
175 Progress Drive
Waynesburg, PA 15370-8090

Re:    *Romansky v. Blaine*
       C.A. No. 01-3529 (M.D. PA Civ No 00-CV-01520)

Dear Mr. Romansky:

The Office of Attorney General believes it is under no legal obligation to provide you copies of the tape-recordings which you requested.  Accordingly, your request is denied.

Very truly yours,

Andrea F. McKenna
Senior Deputy Attorney General
Appeals and Legal Services

AFM/sjk