*Exhibit D*

April Kresge
RR 6 Box 6961
Saylorsburg, PA 18353

July 9, 2001

John Sanders, Esq
104 West High Street
Milford, PA 18337

Dear Mr. Sanders,

Enclosed you will find the affidavit I prepared for Mr Romansky along with pictures of the Bronco before and after it was painted. At the time of Mr Romansky's trial I expressed my willingness to attorney Chelak to testify on behalf of Mr. Romansky. However, even though I was there Mr. Chelak chose not to use me. If you need anything else from me please contact me at the above address.

Sincerely
April Kresge

Affidavit of April Vresage
July 4, 2001

At the request of Steve Comansky, I April Vresage, does say and depose the following: From August of 1973 until March of 1987, I was a resident of Lake Wallenpaupack. At the time my neighbors were Toale's and Yarilevich's. My knowledge of the Bronco in question relates back to the winter of 1982, when Thomas Smithers showed up with my snowmobile in the back of the Bronco.

At that time the Bronco was green and white and was equipped with a snowplow and the loudest airhorn I ever heard. Mr. Smithers explained that he would be using the Bronco to pull his boat in and out of the lake this summer. His boat was a Black 21 foot Sleek-craft which was more boat then his Lincoln could pull. Both the Bronco and boat were stored at my house. Before the summer of 1982, the Bronco was repainted. It was still green and white, however, this time it had more white and less green. It also had the snowplow and airhorns removed. The Bronco was used for the most part to put boats in and out of the lake until the summer of 1984.

Although the exact date is no longer clear, I can remember calling Mr. Smithers at his garage and explaining that I had several visitors who claimed they were there to pick up the Bronco. He stated he knew because he sent them. I never saw the Bronco after that. It was replaced with a Black Blazer.

April Kresge
RR 6 Box 6561
Saylorsburg, PA 18353