Exhibit E

Case 1:00-cv-01520-SHR-DB   Document 46-8   Filed 09/06/2005   Page 1 of 3


