IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN L. ROMANSKY,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 3:CV-00-1520 |
| | : | |
| v. | : | **(Judge Rambo)** |
| | : | |
| **CONNER BLAINE, JR.,** | : | |
| | : | |
| Respondent | : | |

## O R D E R

Petitioner, Steven Romansky, commenced this action with a petition for writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2254. By order dated January 14, 2005 (Doc. 32), the court granted Petitioner thirty (30) days to supplement the record. Subsequently, the court granted Petitioner two enlargements to supplement the record.

Pending before the court is Petitioner's supplemental evidentiary material (Doc. 46), as well as Petitioner's amended habeas petition (Doc. 44). Since the court granted leave for Petitioner to supplement the record, the supplemental materials (Doc. 46) will be accepted by the court. Moreover, since Petitioner was granted leave to file a motion to amend his habeas petition, the amended habeas petition (Doc. 44) will be construed as a motion for leave to file an amended petition, and Petitioner shall file a

brief in support of his motion for leave to file an amended petition within ten (10) days from the date of this order.  If Petitioner fails to timely file a brief in support of the motion, the court will deem the motion withdrawn. (*See* M. D. Pa. L. R. 7.5.)  If Petitioner files a brief in support of the motion, Respondent may, if he so desires, file a brief in opposition to the motion for leave to amend within fifteen (15) days from the date of service of Petitioner's brief.  If Respondent fails to timely file a brief in opposition to the motion, the court may deem the motion unopposed.  (*See* M. D. Pa. L. R. 7.6.)

    **IT IS SO ORDERED**.

                                               s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated:  November 4, 2005.