**FILED**
HARRISBURG, PA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MAR 1 7 2006

MARY E. D'ANDREA, CLERK

Per _____

| | | |
|---|---|---|
| STEVEN L. ROMANSKY,<br>**Petitioner** | : | |
| | : | |
| VS. | : | **CIVIL NO. 3:CV-00-1520** |
| | : | |
| | : | **(Judge Rambo)** |
| CONNER BLAINE, JR.,<br>**Respondent** | : | |
| | : | |

---

### MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE AND BRIEF IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS

---

**AND NOW COMES** Michael P. Lehutsky, Esq., District Attorney of Wayne County, on behalf of the above named Respondent, and makes the following Motion for an Extension of time to file a response and brief in the above matter, averring in support thereof as follows:

1.    The Petitioner's petition seeks a writ of habeas corpus. By order of February 27, 2006 United States District Judge Sylvia Rambo directed Respondent to file a response to the allegations of the petition; fully brief the legal issues presented; and compile documents relevant to the case within twenty days.

2.    The undersigned has begun a review of the considerable record of state court proceedings in this case. Although the undersigned has begun the preparation of the response ordered by this Court, additional time will be required to complete this task because of the documents required, the twenty year age of the case, and the nature of the allegations and legal contentions raised by the Petitioner.

3.      The undersigned is also preparing for a homicide trial in the matter of *Commonwealth v. Brent Moyer, NO. 0017-Criminal-2005, Court of Common Pleas of Wayne County,* that is scheduled for the week of March 20, 2006 and additional time will be required to continue a full review of the proceedings in this matter.

4.      The undersigned has not yet been able to obtain copies of the four (4) audiotapes filed before this Court (Doc.17) which are alleged to be material to the Petitioner's claims.

5.      Additionally, this Court's order of February 27, 2006 references a considerable procedural history related to this matter. The undersigned has had no part in any of those prior proceedings and requires additional time to obtain copies of relevant documents and review same.

6.      As a result of the foregoing, the undersigned respectfully requests an extension of time for the filing of a Response and Brief on behalf of the Respondents in this matter until April 20, 2006.

**WHEREFORE,** the undersigned, District Attorney of Wayne County, respectfully requests that this Honorable Court extend the time for the filing of the Respondent's Response and Brief in this matter until April 20, 2006

Respectfully submitted,

Michael P. Lehutsky, Esq.
District Attorney
Wayne County District Attorney's Office
925 Court Street
Honesdale, PA 18431
(570) 253-4912
Attorney ID #: PA 56072

## CERTIFICATE OF SERVICE

I, MICHAEL P. LEHUTSKY, District Attorney in and for Wayne County, Pennsylvania, do hereby certify that I have served a copy of the Commonwealth's Petition via regular U.S. Mail with Proof of Mailing on the following:

Steven L. Romansky, Pro Se
#AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090

DATE: 2/14/06 .

Michael P. Lehutsky, Esq.
District Attorney
Wayne County District Attorney's Office
925 Court Street
Honesdale, PA 18431
(570) 253-4912
Attorney ID #: PA 56072