IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN L. ROMANSKY,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 3:CV-00-1520 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| **CONNER BLAINE, JR.,** | : | |
| | : | |
| Respondent | : | |

# O R D E R

Upon consideration of Respondent, Wayne County District Attorney's, motion for enlargement of time (Doc. 51) to file a response to the petition for writ of habeas corpus, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED.** Respondent shall file a response to the petition for writ of habeas corpus on or before April 20, 2006.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

Dated: March 22, 2006.