# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,
      Petitioner             :

                        :      CIVIL NO. 3:CV-00-1520

VS.                     :

                        :      (Judge Rambo)

CONNER BLAINE, JR.,        :
      Respondent        :

---

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

---

TO THE CLERK OF COURTS:

      Kindly withdraw the appearance of MICHAEL P. LEHUTSKY, ESQ., only, in the above

matter. Please note that the Pennsylvania Attorney General, in particular, Andrea McKeenan, will

continue as counsel of record.

**FILED**
**HARRISBURG**

APR 0 5 2006

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

                                     **MICHAEL P. LEHUTSY, ESQ.**
                                     District Attorney
                                     Wayne County District Attorney's Office
                                     925 Court Street
                                     Honesdale, PA 18431
                                     (570) 253-4912
                                     Attorney ID #: PA 56072

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN L. ROMANSKY,
        **Petitioner**         :

                         :     **CIVIL NO. 3:CV-00-1520**

      **VS.**                 :

                         :     **(Judge Rambo)**

CONNER BLAINE, JR.,          :
        **Respondent**        :

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this 29th day of March, 2006, I have served true and correct copies

of the foregoing **Praecipe for Withdrawal of Appearance** upon the parties in the above

captioned matter by United States Mail, postage prepaid addressed as follows:

 

      **Steven L. Romansky, Pro Se**                **Andrea McKeenan, Esq.**
      #AY-8324                             Office of Attorney General
      175 Progress Drive                    16th Floor, Strawberry Square
      Waynesburg, PA 15370-8090          Harrisburg, PA 17120

DATE: _April 3, 2006_

_(signature)_

Michael P. Lehutsky, Esq.
District Attorney
Wayne County District Attorney's Office
925 Court Street
Honesdale, PA 18431
(570) 253-4912
Attorney ID #: PA 56072