Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
October 1, 2007

Office of the Clerk,
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108



FILED
HARRISBURG

OCT 0 3 2007

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re: Romansky v. Blaine, Civil No. 1:00-cv-01520-SHR

Dear Clerk:

This will acknowledge receipt of the Court's Order of September 26, 2007, which raises several concerns I felt I should point out to you.

By order of the Court dated February 27, 2006, the Court stated, "3) Within twenty (20) days of the date of this Order, Respondent shall answer the allegations in the petition for writ of habeas corpus

By order of the Court dated March 22, 2006, the Court granted an enlargement of time until April 20, 2006.

On or about April 3, 2006, Respondent filed a Praecipe for withdrawal of Appearance and to this date as far as I know they have not responded.

And now 18 months later the Court has given the Respondent yet another 20 days to respond by order of September 26, 2007. Also, in this same order the Court stated that, "Respondent has filed an answer that only addresses Petitioner's third issue (see doc. 52. p. 3)."

I never received the above response, nor should anyother response at this late date be considered timely.

In any event, could you please send me an up-to-date copy of the docket entries in this case and a copy of Respondent's response, doc. 52. Also, please take note that I think the correct case number is as I stated above and not Civil No. 3:CV-00-1520. Thank you for your attention and cooperation.

Sincerely,

Steve Romansky

Steve Romlnsky   AY-6804
175 Progress Drive
Waynesburg, PA 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.410
02 1A
0004377075   OCT 01 2007
MAILED FROM ZIP CODE 15370

Office of the Clerk
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108