Steve Romansky AY-8524
175 Progress Drive
Waynesburg, PA 15370-8090
October 18, 2007

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG
OCT 22 2007
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Re: Romansky v. Blaine, Civil No. 1:00-cv-01520-SHR

Dear Clerk:

In light of the fact that Respondent's supplemental answer to this Court's order of September 26, 2007, is past due and I have not received a copy and have only fifteen days to file a traverse I would like to know if Respondent has filed its supplemental answer and if so could you please send me a copy so that I can file my traverse. Thank you for your attention and cooperation.

Sincerely,

Steve Romansky

C: Andrea F. Mckenna, Esq.

Steve Romansky  AN-6324
175 Progress Drive
Waynesburg, PA 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

$00.41
OCT 18 2007
MAILED FROM ZIP CODE 15370

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108