Steve Romansky AY-8324
175 Progress Drive
Waynesburg, PA 15370-8090
April 28, 2008

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108



Re: Romansky v. Blaine, No. 1:00-CV-01523

Dear Clerk:

On April 11, 2008, I mailed to you my Notice of Appeal and Application for Certificate of Appealability. However, in light of the fact that I have not received confirmation of this filing and the mail here does not always reach its intended recipient could you please verify the timely filing of the above stated documents. Thank you for your attention and cooperation.

Sincerely,

Steve Romansky

Steve Domalosky AY-8324
175 Progress Drive
Waynesburg, PA., 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41[0]
02 1M
0004255916 APR 28 2008
MAILED FROM ZIP CODE 15370

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108+0983-83 B011